```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,)
           Plaintiff,        )   CRIMINAL CASE NO.
 4         vs.               )   GLR-21-178
                             )
 5   HOWARD HOFFBERG,        )   SENTENCING HEARING
           Defendant.        )   9:35 a.m. - 1:02 p.m.
 6   _____)

 7
                        THURSDAY, FEBRUARY 24, 2022
 8                          Courtroom 7A
                          Baltimore, Maryland
 9

10
     BEFORE:  THE HONORABLE GEORGE LEVI RUSSELL, III, Judge
11

12   For the Plaintiff:

13     Joshua R. Treem, Esq.

14     Neel Lalchandani, Esq.

15
     For the Defendant:
16
       Jason D. Medinger, Esq.
17

18   Also Present:

19     Special Agent Daniel Rzepecki, FBI

20
       Proceedings recorded by mechanical stenography, transcript
21   produced by computer.
                          _____
22
                           Reported by:
23
                         Melissa L. Clark, RPR
24                  Federal Official Court Reporter
                    101 W. Lombard Street, 4th Floor
25                    Baltimore, Maryland  21201
                           410-962-4474
```

```
 1                    P R O C E E D I N G S

 2        (9:35 a.m.)

 3             THE DEFENDANT:  All rise.  This Court is now in

 4   session.  The Honorable George Levi Russell, III, presiding.

 5             THE COURT:  All right.  Take a seat everyone.

 6   Good morning.

 7        Mr. Medinger, always a pleasure, sir, why don't you call

 8   the case.

 9             MR. MEDINGER:  Good morning, Your Honor.  The case

10   is the United States of America versus Howard Hoffberg.  Case

11   No. GLR-21-178.  I'm Jason Medinger for the United States.  To

12   my right is Special Agent Daniel Rzepecki with the FBI.  We're

13   here today for the sentencing of Dr. Hoffberg.

14             THE COURT:  Very good.

15        Mr. Treem?  Always a pleasure, sir.

16             MR. TREEM:  Good to see you, Your Honor.  Joshua

17   Treem and Neel Lalchandani on behalf of Howard Hoffberg, who

18   is seated to my left.  We are prepared to proceed this

19   morning.

20             THE COURT:  Very good.

21             MR. TREEM:  Your Honor, just to -- I think just to

22   put on the record what we -- I think I've submitted -- we hope

23   to be able to call five character witnesses at the appropriate

24   time to have them say a few words on behalf Dr. Hoffberg.

25             THE COURT:  Okay.  Very well.  All right.  Counsel
```

1    and Dr. Hoffberg, good morning to you, sir.

2             **THE DEFENDANT:**  Good morning.

3             **THE COURT:**  All right.  We are here for the purposes

4    of sentencing.  The defendant pled guilty to a criminal

5    information.  Count 1, conspiracy to violate the anti-kickback

6    statute in violation of Title 18 United States Code 371.  We

7    will address any arrangements regarding sentencing during the

8    sealed portion of these proceedings.

9         I will tell you from a masking mandate policy, I will ask

10   that any members of the public who are not participating in

11   this proceeding, remain masked at all times.  People that are

12   participating may remove their mask when addressing the Court,

13   and speaking, if you desire to do so.  It's not required, but

14   you may only remove your mask if you've been fully vaccinated

15   with either two shots of Pfizer or Moderna or Johnson &

16   Johnson.

17        I have been fully vaccinated and boosted and I am engaged

18   in a speaking role.  And during that time, I am choosing to

19   take off my mask so that I can be heard a little bit more

20   clearly.  I will place my mask back on when I do not have an

21   immediate speaking role.

22        So with that, Dr. Hoffberg, if you could, did you have

23   the opportunity to review the presentence investigation report

24   that was generated in this case?

25            **THE DEFENDANT:**  Yes, I did.

1          **THE COURT:**  All right.  Counsel, could you bend that

2     and pull that microphone up to him by its base.  Very good.

3          And did you have an opportunity to speak would your

4     attorneys about the report?

5               **THE DEFENDANT:**  Yes, I did.

6          **THE COURT:**  And were all of your questions answered?

7          **THE DEFENDANT:**  Yes.

8          **THE COURT:**  I note that there were no objections to

9     the presentence report itself.  I have had the opportunity to

10    review the government's sentencing memoranda, as well as the

11    defendant's sentencing memoranda and the numerous attachments

12    and correspondence that came along with it, including various

13    letters from patients and family members and children, et

14    cetera.

15         I've also had the opportunity to read the reply to the

16    government's sentencing memoranda.  There are no objections.

17    I'm going to find you formally guilty, Mr. Hoffberg, of the

18    individual charge after reviewing all of the information.

19    There is no dispute as to the sentencing guideline range as to

20    Count 1.  The base offense level is an 8 pursuant to United

21    States Sentencing Guidelines 2X1.1(a) and 2B4.1(a).  Six

22    additional levels are added due to the amount of the fraud

23    pursuant to 2B4.1(b) and 2B1.1(b)1(D).  Two additional levels

24    are added because of Mr. -- Dr. Hoffberg's role in the

25    offense.  In other words, he breached the private and public

1    trust, as well as he used his special skills as a physician to

2    facilitate the criminal activity.

3        Pursuant to 3B1.3, that two levels are added, raising the

4    offense level to 16.  Minus two levels for acceptance of

5    responsibility.  The government is making a motion for an

6    additional one level based upon the timeliness of the

7    defendant's acceptance.

8        Is that correct, Mr. Medinger?

9        **MR. MEDINGER:**  That's correct, Your Honor.  We do so

10   move.

11       **THE COURT:**  Noted and granted.  That reduces the

12   offense level to 13.  Dr. Hoffberg does not have any criminal

13   history, and as a result, he is a criminal history category

14   Roman Numeral I.  That places his offense level at a 13, Roman

15   Numeral I, with a guideline range of between 12 months and

16   18 months.  A supervised release range of between one and

17   three years, and a fine range of between $5500 and $55,000.

18   There is a special assessment in the amount of $100 which will

19   be imposed as well.

20       Mr. Treem, is that an accurate characterization of the

21   sentencing guideline range in this case?

22       **MR. TREEM:**  It is, Your Honor.

23       **THE COURT:**  All right.  This portion of the

24   proceeding will be sealed, and shall remain sealed until I

25   order otherwise.

1    I'm going to ask that Dr. Hoffberg be given an earpiece,

2    which should be on the table and turn it on and put it to your

3    ear.  I am going to ask counsel to approach for this portion

4    of the proceeding.

5                      Conference at the bench.

6        (It is the policy of this court that every guilty plea

7    and sentencing proceeding include a bench conference

8    concerning whether the Defendant is or is not cooperating.)

9        **THE COURT:**  I'm going to address Mr. Treem.  There

10   was an issue with regard to the presentence report that you

11   needed to address and have Ms. Cameron in probation address.

12       **MR. TREEM:**  Yes, Your Honor.  I had a brief

13   conversation with Ms. Cameron earlier before court.  I think

14   I'll let her explain.

15       **THE PROBATION OFFICER:**  Your Honor, I apologize.

16   There was an extension much after the final submission of the

17   PSR that had slipped through the cracks, and I did not know

18   this until this morning, that there were several objections to

19   mostly personal characteristics of the defendant.

20       I am happy to make all of those changes in an amended

21   presentence report if Your Honor orders.  And there were just

22   two issues regarding sentencing guidelines and the zone that

23   the defendant was in which, I think, would be resolved by the

24   guideline calculation that Your Honor already reviewed.  I

25   just wanted to apologize to the Court and say that I'm happy

1   to make those changes.

2            **THE COURT:**  Ms. Cameron, no need to apologize.

3   You're great.  So we're going to have those changes made and

4   the report will be amended accordingly.

5            **THE PROBATION OFFICER:**  Thank you, Your Honor.

6            **THE COURT:**  All right.  Thank you.

7        All right.  This will conclude -- well, we have concluded

8   the sealed portion of this proceeding.

9        Mr. Medinger, I've had the opportunity to review the

10  sentencing memoranda that you submitted, as well as the reply.

11  I know that the defense is challenging the, sort of, uncharged

12  conduct of unauthorized prescriptions to individuals who

13  otherwise would not be eligible to receive the medication or

14  otherwise addicted for the purposes of profit.

15        I've had also the opportunity to review the comments

16  made by defense counsel, indicating that, sort of, like the

17  off-label use of this particular drug is not in and of itself

18  unlawful, but it's -- the unlawful conduct is such that he was

19  required not to receive compensation from pharmaceutical

20  companies under a guise or a hide of a fake honorarium.

21        And one of the things that I was thinking about related

22  to this case as I was digesting the material is the -- is the

23  sort of interesting commonality between this particular scheme

24  and narcotics distribution, street-level distribution itself

25  of opioid products.  And if you're a street-level hitter,

1    you're given a 50 pack, and you're given a certain amount of
2    money after you dispose and sell that 50 pack.

3         Here, Dr. Hoffberg received moneys as an honorarium, a
4    fake honorarium, in order for him to prescribe a particular
5    opioid, powerful opioid product that was specifically designed
6    for cancer patients to other individuals who may not be
7    suffering from the precise affliction that this drug was
8    designed to treat.

9         So I -- if I'm wrong about my, sort of, idea of this,
10   let me know, but I also would like to hear a little bit more
11   about his knowledge into the operations of some of his
12   codefendants or other unindicted co-conspirators potentially
13   related to the sale and distribution of opioid prescription
14   medication as well.

15        **MR. TREEM:**  Your Honor, I apologize for
16   interrupting, but if this is going to get into the realm of
17   the relevancy of the uncharged conduct, then I object to all
18   of that.  I think it goes far beyond the four walls of why
19   we're here today and the charge and the plea agreement and the
20   statement of facts that has been entered into by the
21   government and the defense.  And so to the extent that the
22   Court's inquiring about prescriptions of drugs that we don't
23   know whether Dr. Hoffberg wrote any or not, because there are
24   no records in the -- no records in the record, I just want to
25   object.

1          **THE COURT:**  And I acknowledge in your sentencing

2     memoranda, Mr. Treem, that you strongly urge the Court to

3     provide little, if any, weight to representations related to

4     uncharged conduct.  And certainly, I will give it the weight

5     that I think that it deserves.  You are going to be afforded

6     the opportunity, both orally and you've already indicated that

7     your objection in writing related to the Court's consideration

8     of uncorroborated statements related to conduct occurring

9     outside of the pain management office that may or may not be

10    associated within the prescription or providing of medication

11    by Dr. Hoffberg.

12          So, you know, I read the materials.  I've read your

13    response, and so that was -- that's something that the

14    government is seeking to demonstrate as far as Mr. Hoffberg's

15    character is concerned.  Dr. Hoffberg has put forth very

16    strong evidence of his good character, and so this is, to me,

17    is a demonstration of, potentially, Dr. Hoffberg's poor

18    character.

19          **MR. TREEM:**  Well, Your Honor, I think it assumes --

20    the predicate for it is it's an assumption that the

21    descriptions that appear in the papers to date that are filed

22    by the government are, in fact, attributable to Dr. Hoffberg.

23    I just want to remind the Court and -- that the conspiracy

24    that he's charged with is conspiracy with Insys, not with

25    Dr. Rosen and not with any other doctor.  That's the four

1    corners of the charge and what he pled to.  And I think

2    anything -- any statements that seek to go beyond

3    Dr. Hoffberg's conduct are just not relevant for the Court's

4    consideration.

5            **THE COURT:**  Well, why am I considering his

6    character?

7            **MR. TREEM:**  Well, you can consider his character.

8            **THE COURT:**  Right.  This is going to his character.

9            **MR. TREEM:**  Except that it assumes the accuracy.  It

10   assumes that there is proof of the generalized statements that

11   are contained in the government's memorandum.

12           **THE COURT:**  I just want to hear from the government

13   on that regard.

14           **MR. TREEM:**  Fair enough, Your Honor.  I guess I'll

15   get a chance to respond.

16           **THE COURT:**  You know, I will tell you, you will.

17      Yes.  Mr. Medinger?

18           **MR. MEDINGER:**  Thank you, Your Honor, for the

19   opportunity.  I just want to point out a couple of things in

20   response to the objection.  First and foremost, we do have a

21   plea agreement here.  That plea agreement expressly says that

22   the office, our office and the defendant reserve the right to

23   bring to the Court's attention all information.  So we've

24   actually expressly reserved the right to talk about all of

25   this conduct of which we are aware.

1        The second thing I'll say, I do actually think this

2   Court is commanded, under 3553(a), to consider all of this.

3   You have to consider the history and characteristics of this

4   defendant.  And he's worked at this practice for a very, very

5   long time.  And it is created all of these negative

6   externalities that we've talked about in our memorandum, and

7   he has to be held accountable for that, too.  He certainly is

8   going to be given credit for the good things that he did and

9   he should.  But by the same token, there is a lot of other

10  things on the other side of the scale that we need to talk

11  about.

12       The last thing I'll say on that point, Your Honor, is I'm

13  not asking the Court just to go on the assumptions that we've

14  talked about or the evidence that we've proffered to you, even

15  though you could rely just on that.  Just look at the

16  information in the plea agreement.  If you look at the

17  averments in the statement of facts, the first part of what

18  Dr. Hoffberg agreed to, he agreed to knowing that Dr. Rosen's

19  patients had positive results for cocaine, heroin, and other

20  street drugs, and they still got oxy.  He knew that there were

21  indications of doctor shopping, and they still got

22  prescriptions for oxy.  He knew that there were negative test

23  results for the oxy indicating that patients were selling it

24  and they still got more scripts.  So he knew that there were

25  people nodding out in the practice.  He knew all of these red

1    flags.

2        So Your Honor, these are admissions that this defendant

3    has made.  He knows that these facts are true.  So I think

4    it's very fair to hold him accountable for the things that he

5    said that he was aware of.  In addition, we've talked about --

6        **THE COURT:**  For the purposes of demonstrating his

7    character.  In other words --

8        **MR. MEDINGER:**  Yes.

9        **THE COURT:**  -- he was too much of a coward to turn

10   somebody in?

11       **MR. MEDINGER:**  So that's what he's proffered, Your

12   Honor, and I'm --

13       **THE COURT:**  Right.  I'm just asking you, that's the

14   character evidence, that he knew of unethical behavior that

15   was going on by his partner and took a blind eye to it.

16       **MR. MEDINGER:**  Yes, and profited from it.

17       **THE COURT:**  And profited.

18       **MR. MEDINGER:**  So that's, I think, going to his

19   character, and that's going straight to a 3553(a) factor that

20   I think we'd like to talk about.

21       So based on that, Your Honor, I do think that objection

22   is not well taken.  And so to your question, Your Honor,

23   about, you know, the recitation that you gave, you're right.

24   You're right in terms of, you know, why we're here and why

25   this is troubling.  This was a troubling case with a doctor

1    that really should have known better and should have done

2    better.

3         So if you think about the conduct that we're talking

4    about here, kickbacks in exchange for prescriptions, this, I

5    think, is what every patient fears.  That you go into a

6    doctor's office, you're being given something, and, in fact,

7    you're only being given that something because the drug rep

8    was there 30 minutes ago with baked goods and promises of

9    honoraria, and that then causes the doctor to engage in this

10   behavior.  It's not about whether the prescription is the best

11   for you, it was the best for him.  And it was best for him

12   because it kept him in the good graces of Insys.

13        Insys has these forms where they would track doctors, and

14   they would see how well are they responding to the honoraria

15   that they were being given.  And so you saw Dr. Hoffberg in

16   those e-mails that we attached to our sentencing memo talking

17   about how he was promising the rep, "Don't worry.  I'm going

18   to move everybody from Teva over to Subsys.  I'm going to do

19   it.  It's going to be great."  And you see in the trend lines,

20   it happened.  And that is a pay to play.

21        That's exactly what patients have to be protected from.

22   This Court has to protect patients from that kind of criminal

23   conduct because, otherwise, we don't know.  And it only was a

24   very long investigation by the FBI and DEA that ferreted this

25   out.  And obviously, Dr. Hoffberg wasn't the only doctor.

1    There's many doctors across the country that fell for this,

2    too, and put this stuff out there.  But that's only, sort of,

3    the first order problem, and that's why, I think, if we look

4    at all of the 3553(a) factors, what comes next?

5         So this was a really high dose of a sublingual fentanyl

6    spray.  And fentanyl, as you know, is a very powerful drug.  A

7    lot of the patients here, including some of Dr. Hoffberg's,

8    after they got these scripts, they would get hooked, and then

9    they would need fentanyl on the street.  They would need

10   heroin on the street, and that's where we started going down

11   this parade of horribles.

12        And what was really troubling is that family members of

13   patients noticed.  They noticed their loved ones going down

14   into this death spiral.  And patients' spouses went to

15   Dr. Hoffberg and said, "Quit it.  My spouse is dying."  And

16   what did Dr. Hoffberg do?  Did he cut them off?  No.  He just

17   kept prescribing.

18        That's troubling to me.  That's suggestive of a practice

19   that's not a practice.  That it is what you were describing,

20   sort of the pay to play.  You know, he is the hitter who is

21   having people come to him, pay them money, give them what they

22   think they need or want, but really it's not that.  It's

23   poison, and it poisoned these families to catastrophic

24   results.

25         There is so many other red flags, and I guess that's the

1    other, sort of, troubling thing about the conduct here.  So in

2    2000- --

3           **THE COURT:**  And these pharmaceutical companies will

4    stop at nothing, even trying to -- I mean, you've got -- stop

5    at nothing to make sure that their opioid is out there and

6    gets ingested no matter what.  And there are good doctors and

7    there are bad -- there are really corrupt doctors and there

8    are good doctors who get caught up in this.

9           I mean, you know, I have no doubt -- and I'll probably

10   end up undercutting some of Mr. Treem's argument.  I have no

11   doubt that Dr. Hoffberg did a lot of good and helped -- and

12   alleviated a lot of pain.  I don't think that the people

13   attached in this letter -- all of these letters are somehow

14   not telling me the truth, but the sway of these pharmaceutical

15   companies and the profits that they make off of these opioids

16   is just unreal, and it's led to a real crisis in this country.

17          **MR. MEDINGER:**  So it's led to enormous crisis, Your

18   Honor, but also I think it's one thing to be, sort of, lured

19   by money, and it's one thing to, sort of, you know, be pulled

20   in one direction against your better judgment.  But here, I

21   think we've demonstrated a consciousness of guilt that I think

22   shows a higher level of criminality.

23          And I would point you to that other e-mail that we had

24   where the drug rep is saying, you know, Dr. Hoffberg wants to

25   move these patients, but he's so paranoid.  He's so paranoid

1   about attracting attention to himself.  And he came up with

2   this scheme to, sort of, placate both the Insys rep and the

3   Teva rep by prescribing some other drug.  That, to me, shows

4   he knows what he's doing.  It's not just a, I was tempted and

5   I did it.  It was, I knew it was a crime and I'm paranoid

6   about getting caught.  Paranoid about this day, this day that

7   he's facing right now.  And so I think we showed a

8   consciousness of guilt that's a little bit more criminal, even

9   than just the lure of easy money.

10          Now, the other thing that I'll say, Your Honor, about

11   this is, it's conduct that goes, I think, to the core of

12   doctor/patient relationships.  It goes to the core of what we

13   expect out of doctors, people that are educated.  People that

14   have good supports and good education and good families, and

15   they still go this way and do it to the detriment of patients

16   who are sometimes at their most vulnerable.  The patients that

17   were going to the Rosen Hoffberg Clinic often were in very

18   difficult situations.  Folks that have been, you know, dealing

19   with pain or dealing with addiction issues.  And they go to

20   this clinic and this is how they get treated.

21          We put the picture in there of one of the female

22   patients who is clearly addicted to oxycodone, you know,

23   nodding out in the waiting room, for crying out loud, and she

24   still gets oxycodone, just over and over and over again.

25                THE COURT:  How is that attributable to

1    Dr. Hoffberg?

2             **MR. MEDINGER:**  Well, that was Dr. Hoffberg's

3    patient, the one we included, he wrote the script for that

4    lady.  And, you know, we have admissions, you know, through

5    witnesses indicating that he indicated that that was wrong,

6    but he did it anyway, and that was the kind of sad circus that

7    was going on at this clinic.

8         And yes, I want to be very clear on the record.  There

9    were patients that were treated well at Rosen Hoffberg.  We

10   have talked to them.  And I think, perhaps, there is some

11   sitting in this room, and I'm elated that some of these

12   patients were treated well and that they were treated the way

13   they were supposed to.

14        But we've talked to many, many more that were in a

15   terrible spot, that were in drug-seeking behaviors, that lost

16   everything.  They lost their families.  They lost their lives.

17   They lost everything based on the poison that they were being

18   given by this outfit.  And so, you know, I know it's a

19   difficult job for the Court to balance both of these things.

20   It's, in some respect, sort of a tale of two cities.  You

21   know, some people say this was the greatest practice ever;

22   other people are saying, this ruined my life.

23        But I think you have to look at all of the red flags

24   that Dr. Hoffberg was facing, right?  So, you know, CVS tells

25   him in 2014, we're not filling any more of your scripts.  You

1    guys are way out there.  And you think that that should have

2    some resonance, when a major drug company says, you guys are

3    just out to lunch.  We're not going to do anything more for

4    you, but they don't stop.

5        And then in 2016, there was another pain clinic called

6    Healthy Life that I actually prosecuted.  We shut them down,

7    and that didn't stop them.  They just kept going, and they

8    were then the highest opioid producer in Maryland.  So it just

9    didn't stop.

10       And then Insys comes along and he'll take payments from

11   them.  So, you know, yes, I think 100 percent there were

12   patients that were treated appropriately at the practice, and

13   I'm not -- I don't think there is any question about that, but

14   what we're here today is to hold him accountable for the

15   criminal conduct that he engaged in.

16        So based on all of that, Your Honor, based on all of

17   these factors, you know, we do respectfully submit that a

18   sentence of imprisonment, you know, within the guidelines is

19   appropriate.  And we say that because, if you look at all of

20   the other doctors that took these Insys bribes and kickbacks,

21   they're receiving pretty stiff sentences, to be quite honest.

22   And if we're trying to put similar conduct in a similar vein,

23   I think certainly a guideline range of what you've discussed

24   would be appropriate here.

25        Because at some point we have to send a message.  It

1    can't just be, you can do this and get away with it because

2    of, well, look at all of the other good things that you've

3    done.  At that point, it becomes a free pass.  And, Your

4    Honor, I just don't think we can do that.

5        So based on that, that is the government's

6    recommendation.  Unless you have any further questions, I'll

7    submit on that.

8        **THE COURT:**  Not at this point in time.  Thank you

9    very much, Mr. Medinger.

10        Mr. Treem, I'll be more than happy to hear from you.  I

11   know that you are going to present certain individuals to

12   speak briefly on behalf Dr. Hoffberg.  I would be more than

13   happy to defer to you regarding your presentation as to when

14   you wish for them to speak, but I'm going to start with the

15   assumption, Mr. Treem, that your client is not an evil person.

16   I'll start with that, all right?

17        **MR. TREEM:**  Thank you, Your Honor.

18        **THE COURT:**  And I'll start with the fact that he has

19   a significant support system.  Has been a successful husband.

20   He's been a terrific dad.  He is well educated.  He built a

21   practice from scratch, and at some point in time got involved

22   with a person who maybe didn't want to do the right thing or

23   hasn't done the right thing, but -- and got way too close to

24   the pharmaceutical companies for maybe his own good.

25        So -- but, you know, I'm going to start with that

1   assumption at the outright.  And I know that there are people

2   who wrote letters who you're asking to hear from, and I

3   imagine that they're going to echo those sentiments.  So I'm

4   operating on this -- from the aspect that he is a loving

5   husband, father, who takes care of his family, who has

6   provided assistance to many individuals in managing pain, both

7   chronic and immediate for a fairly long period of time.

8           **MR. TREEM:**  Thank you, Your Honor.  And I will try

9   not to spend too much time repeating what you just said.  We

10  appreciate that you recognize, at least as you did,

11  Dr. Hoffberg's character, but I'll have more to say to that in

12  my remarks.

13       I would preface this by saying I am -- to the extent that

14  Mr. Medinger was alluding to Dr. Rosen's and -- Dr. Hoffberg's

15  knowledge of Dr. Rosen's prescription methods and the high

16  doses of controlled substances, including oxycodone and other

17  opioid medications, that is part of the statement of facts

18  which resulted from Dr. Hoffberg's proffer, and that is being

19  now used against him.

20          **THE COURT:**  No, no, no.  Those statement of facts

21  were part of a public document, in a plea agreement your

22  client agreed to.  You didn't ask and he didn't ask that it be

23  excised out.  He didn't deny any of this information, so while

24  I -- he may have told the government this, the government took

25  that information and Dr. Hoffberg admitted it.  So it's a

```
 1    fact --

 2              MR. TREEM:  Well, I'm not --

 3              THE COURT:  -- that he knew.

 4              MR. TREEM:  Well, that's the point, I'm not arguing

 5    that he admitted it.  I'm arguing that it is now being used

 6    against him.

 7              THE COURT:  Of course it is.  Of course it is.

 8              MR. TREEM:  There is a provision in the plea

 9    agreement -- I can approach the bench to just make the record

10    aware what it is that makes me think that it's really not

11    something that the government can do.

12              THE COURT:  Well, he agreed to it in an attachment.

13    If you want to come up and make a record of what you object

14    to, but the reality is that in open court, these statement of

15    facts were, at least, summarized into the record.  He signed

16    off on them as true and accurate and this is -- it helped

17    form, at least one part of the mens rea necessary to support

18    his intent and knowledge with regard to receiving kickbacks

19    from a pharmaceutical company.

20              MR. TREEM:  Well, I would like the opportunity to

21    approach and just put this on the record.

22              THE COURT:  Okay.

23              MR. TREEM:  Very briefly.

24              THE COURT:  That's fine.

25         (Conference at the bench.)
```

1          **THE COURT:**  Where is it?

2          **MR. TREEM:**  It's in the sealed supplement, Your

3  Honor.  And it's the limited paragraph on page 2.  It's

4  paragraph 2.

5          **THE COURT:**  (Reading) "In order to convict

6  defendant" -- "except as set forth below."

7       Mr. Medinger?

8          **MR. MEDINGER:**  Well, I can't even understand what

9  the objection is, so maybe he could elucidate, because I just

10  know the plea agreement has always said, forever and a day, at

11  sentencing we can bring up anything that we wish under the

12  3553(a) factors, and that's exactly what we've done.

13          **MR. TREEM:**  Well --

14          **MR. MEDINGER:**  And these are facts that he's agreed

15  to.  So, you know, why can we not discuss them if they're in

16  the public record?

17          **THE COURT:**  Right.  Okay.  Your objection is noted

18  but these are facts that he has agreed to in open court.

19          **MR. TREEM:**  Okay.  I understand that, Your Honor.

20          **THE COURT:**  This is before his cooperation.

21          **MR. TREEM:**  I understand, Your Honor.  He has

22  cooperated and now the government is using his cooperation

23  against him.

24          **THE COURT:**  Well, they're using the statement of

25  facts as the nature and circumstance of the offense.

1        **MR. TREEM:**  Well, I understand that, but they're

2   using that in the context of, this is why we want him

3   incarcerated, and that's being used against him.  It's one

4   thing to say, that's fine.  Then he gets on the witness stand

5   at a trial and repeats it and he's either breached the

6   agreement or he hasn't by his testimony, but this is

7   different.  This is -- we're now at a sentencing, and we're

8   not disputing that he said it.  We're not even disputing that

9   it's true.  What we're disputing is the government is now

10  using this as a basis to ask for jail.  That's being used

11  against him.

12        **THE COURT:**  Well, I'm considering the nature and

13  circumstance of the offense, which includes what he admits to,

14  in determining whether or not that's the case.  You know,

15  the -- you know, that's what I'm --

16        **MR. TREEM:**  I got it.  I got it.

17        **THE COURT:**  I mean, this is the admitted conduct

18  which I'm using as the nature and circumstances of the

19  offense.

20        **MR. TREEM:**  My exception is the admitting conduct of

21  Dr. Rosen, not Dr. Hoffberg.

22        **THE COURT:**  Right.  But he knew about it; correct?

23        **MR. TREEM:**  Yes, that's what he said.

24        **THE COURT:**  And he -- this is willful blindness.

25        **MR. TREEM:**  Well, I don't know about -- okay.

```
 1      Maybe.
 2                  THE COURT:  You don't believe that?
 3                  MR. TREEM:  I'm not -- no, because the crime isn't
 4      the kickback.  The crime is the prescription that was not for
 5      a medical -- a legitimate medical purpose.
 6                  THE COURT:  And the --
 7                  MR. TREEM:  And there isn't -- there is nothing in
 8      the record about any patient using a prescription that was not
 9      for a legitimate medical purpose, and that's -- and I believe
10      that the government because they want -- after four years,
11      they don't have it and -- because if they had it, they would
12      do what they did in Healthy Life, was to charge the drug
13      charges.
14                  THE COURT:  Well, they were partners, right?
15                  MR. TREEM:  Not with Healthy Life.
16                  THE COURT:  Hoffberg and Rosen?
17                  MR. TREEM:  Oh Hoffberg and Rosen were.
18                  THE COURT:  Right.  So the alleged conduct, improper
19      conduct of Rosen turned out to be profits for Dr. Hoffberg if
20      they were partners.
21                  MR. TREEM:  Well, but -- I will say this on the
22      record in open court, but, in fact, Dr. Rosen didn't get any
23      of the proceeds from the Insys payments.  They all went to
24      Dr. Hoffberg, so he did not -- he did not have anything to do
25      with the kickbacks.
```

1          THE COURT:  Right.  I understand, but his willful

2   blindness or knowing and not doing anything about his business

3   partner engaging in at least what he knew or believed to be

4   unethical or unlawful practices as outlined in the stipulation

5   of facts not only goes to the nature and circumstances

6   potentially of the offense, but also to the defendant's own

7   character himself.

8          MR. TREEM:  Well, okay.  Your Honor, I'll respond at

9   the podium.

10          THE COURT:  Okay.  Very good.  Thank you.

11      (Conference at the bench ended.)

12          THE COURT:  Mr. Treem?

13          MR. TREEM:  Yes, thank you, Your Honor.  Let me --

14   with the Court's permission, I'm going to take my mask off.

15          THE COURT:  Yes, please.

16          MR. TREEM:  Thank you.  Okay.

17      Your Honor, let me start by just responding to one of the

18   comments that I believe Mr. Medinger made with respect to

19   Dr. Hoffberg's awareness of Dr. Rosen's prescription habits,

20   if you will.  Dr. Rosen -- and comments about he knew and

21   should have done something about it.

22      There is a comment, I believe, in one of the government's

23   submissions that might have been in -- I forget exactly where

24   it appears at.  Dr. Hoffberg didn't walk out the door despite

25   knowing what Dr. Rosen was doing, but the statement of facts

1   clearly indicates that -- and I'm quoting now, Dr. Rosen

2   established and maintained the rules of the practice.  One of

3   his rules was that the customer, i.e. the patient, is always

4   right and the practice should cater to what the patients want.

5   At times, the defendant, that would be Dr. Hoffberg, did not

6   believe a patient stated preference for medication was

7   medically appropriate but was, in fact, drug-seeking behavior,

8   and so he declined to provide the requested medication.

9        Additionally, at times the defendant over -- the

10   defendant discharged patients for abhorrent behavior.

11   However, the defendant learned that Dr. Rosen often overruled

12   his decision making and continued to treat patients at the

13   Towson location that the defendant had discharged from the

14   Owings Mills location.  Dr. Rosen would prescribe medication

15   to patients at levels the defendant believed were not

16   appropriate.

17        And, Your Honor, just to reiterate what I think I said

18   earlier, the defendant's conduct that he's been charged with

19   is the kick -- accepting a kickback or being involved in this

20   kickback scheme devised by Insys.  It's not because he

21   overprescribed drugs, and it's not because Rosen

22   overprescribed drugs.  The charge is a conspiracy with Insys

23   and that's what Dr. Hoffberg has admitted to doing.  There

24   is -- and I'll have a little more to say about this in a

25   little bit.  There is absolutely no proof in this record

1     before this Court at this time that Dr. Hoffberg wrote a

2     single prescription that was not for a legitimate medical

3     purpose.  There was just none.  And at his level, that's the

4     crisis, that the doctors are writing prescriptions that are

5     not for a legitimate medical practice.

6          Prescribing large amounts of these drugs is not the

7     crime.  The government can't prove a drug case against the

8     doctor without proving prescriptions.  And so even a

9     prescription below whatever magic number is established as --

10    over which it's becomes excessive per -- writing a

11    prescription for less than that amount, and it's not for a

12    legitimate medical purpose, would be a crime.  It's really

13    that simple.

14         So with that said, Your Honor, because I've got -- I've

15    got an outline and I need to get to it.

16              **THE COURT:**  That's fine.

17              **MR. TREEM:**  Okay.  So just about four years ago

18    today -- actually, I think it was about five days -- I think

19    it was on February 23rd, Dr. Hoffberg's practice was searched.

20    The DEA came in.  It was a week day.  There were patients in

21    the waiting room.  There were patients scheduled to come in.

22         They had a search warrant.  They shut down this practice

23    right then.  Thirty-five years in operation, started off in

24    the mid-1980s, and now the doors were closed.  The patients

25    who were there had to leave.  The patients who were coming in

1    found the doors locked or at least their access was denied.

2    The files were removed.  Everything that Dr. Hoffberg had

3    worked for and toward was gone in a flash.  The search was

4    conducted early enough in the day so that it made the news and

5    made the headlines the following day in the newspapers.  His

6    career was over in a flash.  After years of dedicated service,

7    he was -- he was, at that point, unemployed with nowhere to

8    go.  And he was the target of what turned out to be a

9    four-year investigation that resulted in a plea last year, and

10   now here we are.

11        Over the course of that 30-plus years, Dr. Hoffberg had

12   thousands of patients, thousands, and there were -- I don't

13   even know how many were active at the time of the search, but

14   they were shut out.  They had no access to doctors.  They had

15   no access to their records.  They had nowhere to go.  Their

16   doctor, Dr. Hoffberg, who had been maintaining many of these

17   patients for years and years was no longer able to treat them.

18        The CV that -- Dr. Hoffberg's CV that's attached to our

19   submissions, Your Honor, I know you've read it, establishes an

20   extraordinary medical career.  It describes a life dedicated

21   to pain management, to pain treatment.

22        Dr. Hoffberg's board certified in three different

23   disciplines.  He's fellows of the academies that oversee those

24   disciplines.  His practice was, for a large part, separate and

25   apart from Dr. Rosen's.  He had an office in Owings Mills.

 1    Dr. Rosen had an office in Towson, and as we just read,

 2    Dr. Rosen, essentially, established the protocols for the

 3    operation.

 4        Dr. Hoffberg wrote his own prescriptions.  Dr. Rosen

 5    wrote his own prescriptions, and sometimes, as we just read,

 6    Dr. Rosen said, I'll do it my way, and Dr. Hoffberg let him do

 7    that.

 8          What we don't have -- although the government, I'm sure,

 9    would like to have it -- what we don't have, any evidence of

10    any single one prescription where that took place.  We have

11    the government using words that are essentially pejorative.

12    We have the government saying -- we have the government saying

13    in its submissions that Rosenberg Hoffberg was a -- Rosen

14    Hoffberg was a pill mill.  That Dr. Hoffberg did severe harm

15    to his patients.  That he spent years prescribing eye-popping

16    levels of opioids with taking kickbacks to prescribe

17    fentanyl-based drugs.  That he hooked patients on powerful

18    opioids and left them in a spiral of misery and abuse that

19    caused harm to the patients and their families, and he did

20    great harm prescribing for patients who did not need it, and

21    all of this was for the money.

22        The government had four years to come up with evidence

23    to support that.  They seized over two and a half million

24    documents at the time of the raid.  We know because we counted

25    them, and they have produced nothing to support this.  It is

1    outside of the charge.  It is outside of the conduct.  And the

2    government knows that they can't prove it.

3        And they know that Rosen Hoffberg was not a pill mill

4    because, as Mr. Medinger noted and cited, the Healthy Life

5    prosecution, in which he and I were adversaries on behalf of

6    our respective clients in that, that was a pill mill.  That

7    was a pill mill.  It distributed opioids only.  Cash was

8    accepted, only cash.  No insurance was accepted.

9        There were virtually -- there were no exams of any note,

10   any physical exams, or cursory.  There were phony MRIs that

11   were used.  There were phony urine analyses done.  There was

12   no X-rays.  There was money laundering.  The office was

13   nothing more than a couple of office -- you know, an office

14   suite which had none of the equipment that the Rosen Hoffberg

15   offices had, which was physical therapy and holistic approach

16   as we've described it in our papers, which was available with

17   a social worker, counselor, physical therapist, all available

18   and were used.  There was no therapy other than the pills.

19   There were no qualified pain doctors.

20       Dr. Hoffberg is a trained pain management doctor.  This

21   is a field where a lot of doctors don't want to touch it

22   because it is very subjective.  You're dealing with pain.

23   What is that?  You know, my experience I suspect it's not much

24   different than many is, you know, you go to see a doctor and

25   he says, "Does it hurt?"  And you say, "Yes."  And he says

1   "Where?"  I say, "Well, I think it's over here in my

2   shoulder."  And well, "On a range of 1 to 10, what is the

3   scale?  What is your pain?"  And it's on that basis that the

4   relationship starts, and where do you go?  So a lot of doctors

5   don't want to touch it.  And, in fact, most -- most of

6   Dr. Hoffberg's patients were referred by other doctors who

7   either didn't want to or couldn't because they didn't know

8   enough about the medicine to do it themselves.

9       These are patients, for the large part, who have been

10  seeing him for years, who came to him with chronic injuries,

11  and that prevented them from working, from playing, from being

12  parents, being sons and daughters, the whole gamut.  And they

13  came to him because his reputation in the community was he was

14  a -- one of the go-to guys.  And he didn't have to advertise.

15  He didn't have to go out and stand on the street corner.  He

16  didn't have to make phone calls, hey, come see me.  They came

17  to see him.

18      He has -- he has peer-reviewed articles.  He has

19  lectured.  He has been awarded -- recognized by Governor

20  Glendening for his services in pain management.  He was on the

21  staff at -- well, wasn't on the staff, but he was an on-site

22  consultant at GBMC in their pain management department.  He

23  was on a -- appointed to a medicochirurgical task force to

24  deal with the opioid issues.  This was his life.  That's what

25  was going on here.

1          The numbers that -- the numbers -- the government

2     doesn't have the numbers to show you that this was some kind

3     of over-prescription with some kind of consistent pattern.

4     Even of Dr. Rosen, we don't even have his records.  And so to

5     make the leap that the government wants to make that, oh,

6     Dr. Hoffberg knew about the over-prescription, and therefore

7     had to know that it wasn't for a legitimate medical purpose

8     misses the essential element, the essential factual element

9     that he would have to know to know that, which was, show me

10    the patient's file.  Let's see.  Let's see if this is too

11    much.  Let's see if you -- but do it anyway.  We know we can't

12    do it.  We know it's harmful, but do it anyway.

13         That's what -- that's what they're arguing to you is what

14    he did as part of his -- and they want you to take the

15    generalization, as if it were a fact, to hold that against

16    Dr. Hoffberg and his conduct.  That conduct is just totally

17    anathema to who he is.  And these good people, who have come

18    here today, some of them have great difficulty, have been

19    patients of his for decades, some of them.

20         I have -- I didn't file this, Your Honor, but I'm

21    holding this binder containing 70 -- more than 70 letters from

22    other patients and there are -- there are more that we have

23    and more that are out there.  And they all prescribe one

24    central core fact:  We came to Dr. Hoffberg because we

25    couldn't live our lives.  He allowed us to live our lives.  We

1    are -- they're here today because they're able to do that.

2    They're able to negotiate getting out of their houses, coming

3    on a day when the weather is not supposed to be terribly good

4    and coming to the courtroom as a demonstration of this man is

5    a doctor, he's not a drug dealer.  And that's what the

6    government is saying, that he was either directly or at least

7    complicity a drug dealer.  That's the crime.

8        Accepting the kickback is a different crime.  It's not

9    relevant.  And the government knows it's not relevant.  You

10   know, the presentence report says there are no related cases

11   to this in this district.  Okay.  There are none.  This case

12   is about this conduct by this man.  There are no -- they don't

13   identify any victims in here and so restitution is not

14   appropriate.

15       People lost their jobs.  They lost their families.  They

16   lost money.  They lost their homes.  Who?  When?  Where?  How?

17   Why?  We don't have any of that.  And the government's asking

18   you to accept that to consider that as part of Dr. Hoffberg's

19   conduct.  It doesn't exist because that wasn't his conduct.

20   What he knew about Dr. Rosen, he's prepared to acknowledge

21   what he has said, but that doesn't get the government to where

22   it wants you to go, and that's the problem here, and that's

23   the problem with uncharged conduct generally, because where

24   does it stop?  The government has to prove the relevance of

25   uncharged conduct by a preponderance of the evidence.  That's

1    what the cases say.

2        And, Your Honor, with all due respect, I -- I think I'm

3    compelled to say if you consider those, that conduct, which is

4    unproven, as well as uncharged, I think that's an abuse of

5    your discretion, and I urge you not to consider it at all,

6    that sentence judge -- sentence Dr. Hoffberg for what he did

7    because that's where it stops, because as I said, the

8    government is missing -- in all of its hyperbole, in all of

9    its gross mischaracterizations, they're asking you to do that.

10   And in particular, I want to mention or respond to

11   Mr. Medinger's -- well, two things.

12       One is the letter from the pharmaceutical

13   manufacturer -- actually, not manufacturer, excuse me, the

14   pharmaceutical company, which was CVS that sent this letter

15   out.  Well, it, in fact, was a mass mailing nationwide because

16   I think it's accurate to say that CVS had just been sued in a

17   class action in which the class was seeking recovery of

18   damages for CVS's activities.  And so this was an

19   after-the-fact.  This was a protection.  It wasn't directed at

20   Dr. Hoffberg specifically or at the practice specifically.  It

21   went out nationwide.

22       The other thing is the -- Mr. Medinger's reference to

23   the single photograph of the patient who was nodding off

24   making -- I think Mr. Medinger noted that the patient was

25   Dr. Hoffberg's and, in fact, he prescribed oxycodone for her

1    that day -- well, yes, the answer is, yes, he did that, but

2    what he left out is that, first of all, the patient in the

3    photograph is from ten years ago.  It's not even -- it's not

4    four years ago when the practice was still operating.  We're

5    talking about 2011 or 2012 that photograph was taken.  And

6    subsequently, her medication was tapered, as was medically

7    indicated.  She was sent to a compliance program outside of

8    the practice and was ultimately discharged from Dr. Hoffberg's

9    practice because she was not doing what he had instructed her

10   to do.  He was acting as a legitimate, appropriate doctor, and

11   the files are replete with that.

12        Let me mention a couple of things, Your Honor.  We've

13   asked -- we've asked for probation here.  I know that's -- it

14   may be in some circumstances asking for a lot.  I frankly

15   think that it's -- that's more than appropriate here.  The

16   government charged here what they could -- what they could

17   prove.  They charged a conspiracy, a kickback conspiracy

18   because they could prove it.

19        The Department of Justice manual instructs that the

20   government, in a plea agreement situation, should charge the

21   most serious crime that's provable beyond a reasonable doubt.

22   That, I assume, is what they did.  That was a kickback

23   conspiracy, not a prescription conspiracy, not a, he's a

24   street dealer and nothing better than a street dealer

25   conspiracy.

1          They chose the statement of facts.  Subsequent to

2    negotiations, the statement of facts, which is not -- there is

3    not one word in the statement of facts about Dr. Hoffberg

4    prescribing anything that was not for a legitimate medical

5    purpose.  His -- to say something that I think I said earlier,

6    but I think it bears repeating.

7          **THE COURT:**  Is it fair to say, Mr. Treem, that the

8    defendant's involvement in the conspiracy, he engaged -- the

9    pharmaceutical companies corrupted him?

10          **MR. TREEM:**  Well -- yes.

11          **THE COURT:**  In other words, the pharmaceutical

12    companies bought him off so that he could prescribe their

13    medication instead of prescribing alternate medication from

14    either a competitor or maybe possibly medication that -- the

15    medication itself off label.

16          **MR. TREEM:**  I think in large measure, Your Honor,

17    what you just said is accurate.  What happened here because

18    marketing goes on, it's selling -- pharmaceutical companies

19    are engaged in a competitive business.  They want their

20    products used.

21          **THE COURT:**  Of course they do.  That's why it's

22    killing this county.

23          **MR. TREEM:**  Well, that's -- I agree with you.  I'm

24    not arguing this, but that's kind of the point here.  The

25    point isn't that Dr. Hoffberg made presentations and was paid

1    for it.  The point here is that the presentations were a sham.

2    That's the point.

3        And yes, and I think Dr. Hoffberg -- you'll hear from

4    Dr. Hoffberg about -- I'm not going to steal his language, but

5    you'll hear from Dr. Hoffberg on that.  But yes, he ignored

6    what he, in retrospect, certainly should have recognized here.

7    But the question is how did that translate to his practice?

8    And what Mr. Lalchandani and I have -- among other things,

9    we've been doing for the past several years -- have been

10   taking Dr. Hoffberg on three different occasions for

11   depositions in an attorney general investigation which had

12   been -- until recently, may have been until the pandemic had

13   been somewhat ongoing.  It's still open as far as I know, but

14   the point is that during that investigation, we were shown a

15   list of 40 -- I think it was 40 patients who the state

16   believed were patients who received Subsys, 40, 40 out of

17   thousands that Dr. Hoffberg would have seen between the --

18   between 2012 and 2015 when he was making these presentations.

19       And again, it's not -- it's not the prescription of

20   Subsys, because Subsys is an FDA-approved product.  It's out

21   there.  It was seen as a very helpful product for people who

22   were already opioid tolerant, and that was the majority of the

23   patients who Dr. Hoffberg saw.  It came to him in large

24   measure, having already undergone years of painkiller

25   medications and opioids, and so they had built up a tolerance.

1    And so they maybe had to have started at higher levels than

2    might -- other doctors might start at.  But the practice was

3    set up to wean people off, and that happened, too, t-o-o, and

4    it happened a lot, and Dr. Hoffberg took pride in being able

5    to do that.

6         And I think, again, Your Honor, the outpouring of

7    support for him is certainly testament to that.

8         **THE COURT:**  Mr. Treem, just from a scheduling

9    standpoint, I'm going to need to break at 11.

10        **MR. TREEM:**  Okay.

11        **THE COURT:**  And then we can resume back about 11:35,

12   something like that, but I just want to -- I wanted to give

13   you a, sort of, heads-up, ten minute heads-up start.

14        **MR. TREEM:**  I will, just as an aside, Your Honor, I

15   will confess that, you know, much like -- much like a trial

16   for cross and -- cross-examination, Your Honor, I generally

17   prepare an outline, and then I ask the first question, and the

18   outline goes right out the window.  That's just happened here,

19   but -- so I -- but I will try not to repeat.

20        The government has asked for incarceration within the

21   guidelines.  That allows for a guideline -- we're in Zone B

22   now if I -- if my math is correct.  And that -- and that

23   allows for probation.  The range that was agreed upon being

24   appropriate for consideration as part of the C plea now that

25   the government -- that also -- that also allows for probation.

1    The statute, it's a class D felony.  That allows for

2    probation, and the guidelines, as I said, allow for probation.

3    And you have the opportunity to create the -- to create the

4    sentence without any real limitations at all in terms of how

5    creative you can be.

6        The government claims that this was done for the money.

7    It was $66,600, and Dr. Hoffberg has agreed he will write the

8    check as soon as the order forfeiting that money is signed.

9    And I believe Mr. Medinger may have filed it, but if not, that

10   would be done shortly, and he will do that.  And there are all

11   kinds of possibilities that are available to you.

12       You will hear from the witnesses about some personal

13   issues that have struck the family recently, and I will not

14   speak for them.

15           **THE COURT:**  His brother?

16           **MR. TREEM:**  Yes, his brother and more recently his

17   father who has had a significant operation and is recuperating

18   well, and Dr. Hoffberg will -- I'm sure will mention that as

19   well.

20           **THE COURT:**  Eighty-nine years.  That's a long life.

21           **MR. TREEM:**  Yes, it is.  It is.  And that's -- that

22   family is a remarkable family.  Dr. Hoffberg considers his

23   patients --

24           **THE COURT:**  Although his mother said he's gullible.

25           **MR. TREEM:**  And, in fact, I think there is at least

```
 1      a letter, if not one of the character witnesses will describe
 2      that he is too trusting.
 3              THE COURT:  I'm not worried about other character
 4      witnesses.  It's what his mama says.
 5              MR. TREEM:  Yeah, I get it, but right, and he is.
 6      He is.  And he's always looking for the good in people and he
 7      always wants to do good.  And he would stay late and come in
 8      early and work on holidays and work on weekends and answer the
 9      phone late at night and go over to a patient's house and hold
10      his or her hand to ease them, to help them.
11          This is a remarkable man.  I wish he were my pain doctor.
12      I could have used him a couple years ago with a knee and a
13      shoulder.  But this is a guy who has so much to give his
14      community and is prepared to do it.  And, in fact, I think we
15      pointed out he already has begun that.
16          The Court can create something other than imprisonment
17      under all of what's available to you.  And if you really think
18      that money was the root of this, fine him.  I mean, fine him.
19      He's done well.  He doesn't live extravagantly and driving
20      that 2009 Suburban is -- I don't know how laudatory that is,
21      but I got him beat by three years.  I'm driving a 2006 MDX.
22      And my service men love it when I come into their operation to
23      repair it because they can't find any parts to it now, it's
24      too old, so...
25              And if we look at, you know, what has befallen him since
```

 1    February 23, 2018, the question is begged why?  Why anymore?

 2    What do we gain?  He's been -- he's been shut down.  He lost

 3    his business overnight.  He lost his license or is about to,

 4    it's been suspended, and it will be revoked as soon as the

 5    judgment is entered.  He lost -- he's now -- regardless of

 6    what happens, he is on the Internet.  If you put his name in,

 7    that's what pops up.

 8         He -- give me a moment, Your Honor.

 9         This man -- nothing is served by sending him to jail.

10    You can make restrictions, you can put him on home

11    confinement.  You can order him to perform a year of community

12    service or two or three.  He'd love to do it.  He's available

13    to do it.  He is a doctor of incredible talent.  This behavior

14    on his part, unfortunately, has ruined him in terms of his

15    profession, in terms of being a licensed medical provider.

16    That was everything to him.  And he has to live with that

17    every day, that he can't treat these patients and others like

18    them anymore.  He can talk to them.  He can hug them, but he

19    can't treat them, and that's what he has dedicated his life to

20    doing.

21         This was -- his conduct was -- it wasn't who he was.  He

22    wasn't the monster that the government paints him to be.  He's

23    done a great deal of good in this community to people who

24    couldn't get treatment elsewhere.  They were in pain.  They

25    came to him.  He relieved the pain.  He did it appropriately.

1    The government can't prove otherwise, Your Honor.  And so the

2    conduct outside of the charge really doesn't demonstrate --

3    the actual conduct doesn't support what the government's

4    claiming it does, and they haven't shown you a document to

5    suggest otherwise.

6         Again, Your Honor, the crime is not accepting the money,

7    that goes on, an off-label goes on.  That's a day-to-day

8    operation.  That's what pharmacy companies do.  They market

9    their product and they -- and off-label use is -- that's

10   typical.  Aspirin is used off label all of the time, and

11   that's how -- that's just the medical profession.  That's

12   being a good doctor.  And that's what Dr. Hoffberg did, he was

13   a good doctor.  And we hope that you fashion a sentence that

14   allows him to use his skills in this community, which sorely

15   needs people like him to help out.  And he's already started

16   with the ALS program that he has been volunteering at and will

17   continue to do.

18        **THE COURT:**  All right.  Well, we're at 11:00,

19   Mr. Treem.

20        **MR. TREEM:**  I'm going to go through my notes.  There

21   may not be anything more that I need to say.

22        **THE COURT:**  That's fine.  But I just wanted -- you

23   have the opportunity to do that.  We're going to take a

24   recess.  I'm going to come back about 11:35 or so.  All right.

25        Thank you very much.

```
 1              THE CLERK:  All rise.  This Honorable Court is now
 2      in recess.
 3           (Recess taken 11:00 a.m. until 11:35 a.m.)
 4              THE COURT:  All right.  Mr. Treem?
 5              MR. TREEM:  Yes, thank you, Your Honor.  Just a few
 6      things, Your Honor.
 7           The government rightfully claims that the -- that the
 8      illegal acts, whatever they may be, at least with respect to
 9      doctors overprescribing, is all about the money, and that they
10      tried to lob Dr. Hoffberg in with that.  That is, it's all
11      about the money.  I think it is accurate to say that with
12      respect to the PSR in this report of his financial condition,
13      it is clearly not about the money.  Dr. Hoffberg, as I said,
14      has $66,600 to pay tomorrow, which he could do, but I think
15      the bigger issue is that if it's about the money, generally,
16      that's what -- it's all about the money for drug dealers, and,
17      you know, to combat drug crime, you know, picking up a dealer
18      on the street isn't going to work.  It doesn't -- it may
19      punish that dealer, but it doesn't do anything about stopping
20      the flow of the drugs into the country or into Baltimore or on
21      the street.  To do that, you got to go to the source.
22           And the source here is the pharmaceutical company
23      marketing and paying for the doctors to come to their
24      functions and talk about their drugs.  That's the source.
25      And, in fact, I'm sure the Court is aware, Insys was
```

1   prosecuted and its out of business, and it's officials are

2   doing time.  But going after Dr. Hoffberg and putting him in

3   jail does nothing to deter anybody.  The loss -- the

4   deterrence to an individual doctor is his license, because

5   without the license, he's not entitled to the money flow,

6   regardless of its size.  He doesn't get it because he can't

7   prescribe the drug.  It's -- and Dr. Hoffberg, of course, he

8   lost that ability when -- right after the search, and he's

9   going to lose it, as I said, through revocation after --

10  shortly after these proceedings are over.

11      He lost his DEA license.  He lost his medical license.

12  He lost his ability to earn a living.  He actually -- the

13  records submitted by the government reflect that the last

14  Subsys payment for a marketing presentation was in 2015.  And

15  I think it corresponds with Subsys being at least

16  investigated, maybe even charged, but subsequently was

17  prosecuted and put out of business.

18      And so I would submit, Your Honor, that the issue of

19  deterrence -- deterring -- sentencing a doctor to prison,

20  especially sentencing Dr. Hoffberg to jail, to imprisonment,

21  given his record over 35 years, and his conduct over 35 years

22  isn't going to deter a doctor who wants to overprescribe

23  medication so he can get more money from a pharmaceutical

24  company.  That's not going to deter anyone.  The deterrence

25  would have occurred before.  It's going to punish

1    Dr. Hoffberg, and it's going to deprive him of being able to

2    continue in, perhaps, a different context to provide services

3    to people who are in pain and who are in need and who are

4    suffering.  That's what ought to be happening here.  But

5    simply to say that -- as the government has -- that we need to

6    send him to jail to deter some other doctor, kind of misses

7    it.  The splash was made at the time of the raid, and that's

8    when the deterring effect could be made to any other doctor,

9    because the board of physicians, all they need is a crime of

10   moral turpitude, whatever that means, to suspend and then

11   revoke a license.  And so that's where the pressure point

12   needs to be, Your Honor, not -- not after a charge and after a

13   conviction, and in fashioning a sentence.

14       If the sentence -- in fact, Your Honor, the guidelines

15   teach that if a -- and this is in 5C1.1.  It's in the notes,

16   note 4.  If the defendant is a non-violent first offender and

17   the applicable guideline range is in Zone A or B of the

18   sentencing table, the Court should consider imposing a

19   sentence other than a sentence of imprisonment in accordance

20   with subsection B.  And that just defines a non-violent first

21   offender, which Dr. Hoffberg is.

22       The other point I wanted to make, Your Honor, is that

23   the crisis -- and there is a crisis of overdosing has, I

24   think, taken a different turn.  And I think we provided the

25   cite to this.  Over the past ten years, the number of deaths

```
 1    due to overdosing from prescription opioids is down
 2    44 percent.  What's increased is the use of illicit fentanyl
 3    on the street mixed with other substances, heroin and cocaine
 4    by example, that is the source of the increase in
 5    opioid-related deaths.  And those are from the street, they're
 6    from family medicine cabinets.  They are not from doctors such
 7    as Dr. Hoffberg.
 8         So I think, you know, the government is certainly right
 9    to say there is something that's got to be done, but
10    prosecuting and then sentencing to jail a doctor who has
11    talents which can be used in the community, I think, misses an
12    opportunity to enlist Dr. Hoffberg in helping, at least as
13    best he can, for a solution because he's just not the problem,
14    Your Honor.
15         I had some other things to say, Your Honor, but I
16    think -- I think I've said enough.  And thank you for your
17    consideration.
18              THE COURT:  Thank you.  You indicated, Mr. Treem,
19    earlier that there was someone you wanted me to hear from.
20              MR. TREEM:  Yes.  My associate Mr. Lalchandani has
21    some witnesses he'd like to call to address the Court, Your
22    Honor.
23              THE COURT:  All right.  Very good.  Thank you.
24              MR. LALCHANDANI:  Good morning, Your Honor.
25              THE COURT:  If you could stand up when you address
```

1      the Court.

2                  **MR. LALCHANDANI:**  Good morning, Your Honor.  I would

3      like to present five character witnesses to briefly address

4      you directly at this time.

5                  **THE COURT:**  Very good.

6                  **MR. LALCHANDANI:**  And we'll start with

7      Mr. Stephen Hooper.

8              (Stephen Hooper, called to address the Court.)

9                  **THE COURT:**  Mr. Hooper, why don't you approach the

10     podium here.  If you could, Counsel, direct him to the podium.

11                 **MR. LALCHANDANI:**  Yes.

12                 **MR. HOOPER:**  Good morning, Your Honor.

13                 **THE COURT:**  Good morning.  If you could please state

14     and spell your full name for the record.

15                 **MR. HOOPER:**  Yes, Stephen L. Hooper -- well, Stephen

16     Long Hooper, Sr., S-t-e-p-h-e-n, L-o-n-g, H-o-o-p-e-r, Sr.

17                 **THE COURT:**  Okay.  Mr. Hooper, I'll be more than

18     happy to hear from you, sir.

19                 **MR. HOOPER:**  All right, Your Honor.  I'm a little

20     nervous here, so I want to get this right for you.  So I'm

21     going to do a little reading here so I keep myself on --

22                 **THE COURT:**  Okay.

23                 **MR. HOOPER:**  -- task here, okay?

24          So, good morning, Your Honor.  My name is Stephen L.

25     Hooper, Sr., and I'm a 52-year-old former high school and

1    college athlete.  I've been married for over 32 years.  I also

2    coach my kids and presently coach my grandkids with over

3    25 years' experience in coaching.  Needless to say, sports is

4    my life.

5          THE COURT:  This is your letter that you wrote;

6    correct?

7          MR. HOOPER:  I don't -- do you mind if --

8          THE COURT:  Are you fully vaccinated?

9          MR. HOOPER:  Yes, sir.  And boosted, too.

10         THE COURT:  Okay.  Very good.  I thought there was a

11   letter from Mr. Hooper.

12         MR. LALCHANDANI:  There is a letter from Mr. Hooper,

13   though, my understanding is that his remarks are going to

14   speak to something beyond his letter.

15         THE COURT:  Oh, they mirrored.  His introduction

16   mirrored his opening sentence in his letter?

17         MR. LALCHANDANI:  Right.  Though it's not going to

18   be --

19         THE COURT:  Okay.  Okay.  Very good.

20       Sorry about that, Mr. Hooper.  Go ahead.

21         MR. HOOPER:  So I was saying I coach my kids.  I

22   coach my grandkids.  I have over 25 years' experience in

23   coaching, and needless to say, sports is my life.  And my mom

24   said I would pay for it for how hard I played in the future

25   and she was correct.  I've had over 24 major surgeries, most

1    before the age of 35.  I've had 17 knee surgeries, shoulder

2    reconstruction surgery, wrist reconstruction, many more, and I

3    had a back fusion in 2007, which is how I initially met

4    Dr. Hoffberg at GBMC Hospital.

5        When I helped my daughter move to college, I threw my

6    back out and had to have emergency surgery.  I was in horrific

7    pain when I met Dr. Hoffberg and told him how bad it was and

8    the fact that nobody was listening to me.  At that point,

9    Dr. Hoffberg said, and I will never forget these words, "I

10   will take care of you."  And he said that some doctors

11   under-treat African-Americans.  That's a harsh statement.  I

12   knew that, but he's telling me that.  So I'll never forget

13   those words, and I was impressed how he listened and spoke to

14   me.  And he's been my doctor for the last 15 years, and I

15   trust him with my life.

16       Now, I could talk about him all day, but I'm just going

17   to give you a few examples of how much he really cares.  There

18   was one time I couldn't walk, and I had awful pain due to

19   bilateral neuropathy in my legs and some severe enzyme

20   problems with my blood.  Dr. Hoffberg cared more than my

21   primary care physician did.  He did EMGs, among other tests,

22   blood tests, and sent me to other doctors.  And with his

23   persistence, I eventually did get better with that.

24       And there was another time when I lost 90 pounds in three

25   months.  I thought I had cancer.  And Dr. Hoffberg, again,

1   treated me better than any other doctor.  He had me see

2   several specialists.  He kept doing blood work and trying to

3   figure out the problem.  The amount of time and effort he put

4   forth trying to get me better is still amazing to me today.

5       Patients always spoke of Dr. Hoffberg's bedside manner

6   and the care that he gave to each and every patient.  In fact,

7   there was a time I was having a severe cluster headache, which

8   is also known as a suicide headache because of how severe the

9   pain is.  Dr. Hoffberg drove to my home to treat me, to my

10  home, to give me a nerve block.  What doctor does that?

11  Dr. Hoffberg does that.  He always has my best interest at

12  heart.

13      And just to throw this in there, I am one of the 40

14  patients that took Subsys.  I'm in a lot of pain all of the

15  time on a regular basis, but Dr. Hoffberg there is the one

16  that actually got me off of pain -- or tried -- helped me get

17  my pain medicine way down, okay.

18       So Dr. Hoffberg even now, going through what he's going

19  through, texts me, e-mails me with new studies or trials or

20  new medication for my cluster headache to this day.  I can

21  show you on my phone, okay.

22      So, Your Honor, this man really cares, and for that

23  reason, I really care about Dr. Hoffberg.  He kept his promise

24  to me to understand my pain and improve my life.  He is not

25  only a great doctor, he's a great human being, okay?  Please,

1    Your Honor, Dr. Hoffberg doesn't belong in prison.  Without

2    Dr. Hoffberg, I don't know where I'd be -- would be at today.

3        I haven't found, still to this date, another doctor with

4    his bedside manner or his caring.  So, please, let him

5    continue to help me and countless others.  I thank you.

6            **THE COURT:**  Thank you very much.  What are you going

7    to do when he loses his license?

8            **MR. HOOPER:**  Cry.

9            **THE COURT:**  Okay.  Good.  All right.

10           **MR. HOOPER:**  All right.

11           **THE COURT:**  Thank you.

12       Next up?

13           **MR. LALCHANDANI:**  Thank you, Mr. Hooper.

14       Next will be Ms. Janice Reuling.

15       (Janice Reuling, called to address the Court.)

16           **THE COURT:**  Ms. Reuling, good morning to you.  If

17   you could --

18           **MS. REULING:**  Good morning.

19           **THE COURT:**  -- please state and spell your full name

20   for the record.  You can remove your mask if you've been fully

21   vaccinated.

22           **MS. REULING:**  Yes, I have.

23           **THE COURT:**  Thank you.

24           **MS. REULING:**  Janice Reuling, J-a-n-i-c-e

25   R-e-u-l-i-n-g.

1          **THE COURT:**  Ms. Reuling, I will be more than happy

2    to hear from you.

3          **MS. REULING:**  Thank you, Your Honor.

4       My name is Janice Reuling, and I have had the pleasure of

5    knowing Dr. Hoffberg since 2004 when I became employed by

6    Rosen-Hoffberg Rehabilitation and Pain Management Association,

7    having worked directly under him when I was manager of the

8    Owings Mills office which is where he mainly practiced.

9       If I had to choose two words to describe Dr. Hoffberg,

10   they would be generous and compassionate.  That is the way

11   that he treated his patients, and that is the way he treated

12   his staff.  With his patients, patients who were suffering

13   from chronic pain caused mainly from debilitating illnesses,

14   and/or failed surgeries who, for the most part, had nowhere

15   else to turn, he was generous with his time, so generous that

16   I sometimes would have to knock on the door and say, "Move it

17   along.  You have other patients to see."

18          Not to mention the long hours that he put in the office,

19   never turning away a patient in need.  Even after our office

20   was raided and the providers could no longer prescribe, his

21   patients came to the office.  And after the office was closed

22   permanently, most of them followed him to subsequent

23   practices.  They didn't come for the medication.  They came

24   for the care and the compassion that Dr. Hoffberg gave them.

25   They came for his ear.  They knew that he understood their

 1    pain and would do everything in his power to alleviate that

 2    pain.

 3         As for his staff, it was not unusual for Dr. Hoffberg to

 4    treat the staff -- and we were not a small group -- to lunch

 5    at least once every other month just to say, I appreciate you.

 6    And if you didn't have money for lunch, he would reach in his

 7    pocket and he would give it to you.  Each year he and Esther

 8    would host a cookout and a pool party for the entire staff and

 9    their families of both offices, again, just to say, thank you.

10    I appreciate you.

11         When our office was closing, he tried his best to find

12    jobs for his staff, never wanting them to have to go on

13    unemployment.  But there are two particular examples of his

14    generosity and compassion that I will never forget.  One

15    summer one of our receptionists, a single mother struggling

16    financially, who I will refer to as RT, suddenly lost child

17    care for her young son.  RT tried to find alternative care for

18    him, but in the short period of time was unable to do so.

19    Knowing that being unemployed would drive her deeper into

20    financial debt, Dr. Hoffberg set up a temporary space in the

21    office, complete with a DVD player for her son to stay while

22    his mother worked, until she could secure proper child care

23    for him.  How many other employers would do such a thing?

24         Then there was Penny.  Penny was a long-time employee

25    who sadly passed away from cancer.  We learned from her that

1    they could not afford a headstone for her grave.  Dr. Hoffberg

2    stepped up to the plate and made a very generous donation to

3    the family so they could properly mark her final resting

4    place.  Again, generosity and compassion.

5        Then Dr. Hoffberg is also a man of integrity.  When not

6    busy with patients, I could always find him doing research or

7    writing articles regarding pain control.  He always had hope

8    for a future where people would be free from pain and agony.

9    The compassionate doctor with dreams that those currently

10   suffering from chronic pain would be able to live a carefree

11   life.

12       To incarcerate Dr. Hoffberg, this generous and

13   compassionate man, would be a disservice to not only his

14   patients, but to the community as a whole.

15       Thank you, Your Honor, for your consideration.

16           **THE COURT:**  Thank you very much.

17           **MR. LALCHANDANI:**  Thank you, Ms. Reuling.

18       Ms. Sara Wilkins?

19       (Sara Wilkins, Called to address the Court.)

20           **THE COURT:**  Ms. Wilkins, if you could, please state

21   and spell your full name.  You can remove your mask if you've

22   been fully vaccinated.

23           **MS. WILKINS:**  My name is Sara Wilkins, S-a-r-a,

24   W-i-l-k-i-n-s.

25           **THE COURT:**  That's your dad?

1          **MS. WILKINS:**  Right.

2          **THE COURT:**  Good ahead.

3          **MS. WILKINS:**  I was just looking at the time.

4      Good afternoon, Your Honor.  My name is Sara Wilkins and

5      I appreciate the opportunity to tell you about my incredible

6      dad, who is also a loving grandpa, known as Pops.  On top of

7      being a devoted husband, son, brother, and uncle, he is the

8      glue that keeps the family, including my four siblings,

9      together regardless of our various locations around the

10     country.

11         Before elaborating on how much my dad means to our entire

12     family, I'd like to briefly touch on how much his patients

13     meant to him and how much he meant to them.  Growing up, my

14     siblings and I remember our dad sacrificing so many evenings

15     and weekends for work.  And looking back, we often marvel at

16     how he managed everything with the five of us.

17         We realize that our dad always had endless energy for

18     taking care of people.  He has always taken so much pride in

19     improving the lives of his patients, sometimes just by being

20     an active listener.

21         Nothing made us prouder of our dad than encounters with

22     patients who would rave about the care that they received.

23     They would tell us, Dr. Hoffberg is one of a kind.  I don't

24     know where I'd be without him.

25         We don't know where we would be without our dad either.

```
 1      He makes every event and every person feel special, and not
 2      just because he takes a million pictures and videos so we
 3      can't possibly forget a single moment.  Over the years, he has
 4      made an effort to make each of our interests his own.  He led
 5      my brother's Cub Scouts troop, trained so that he could
 6      participate in triathlons and ten-mile races with us, branched
 7      out his pop culture references, and figured out how to satisfy
 8      kosher, vegetarian, and gluten-free food preferences so we
 9      could all eat together.
10          As a mother to two young children, I still need my dad.
11      He regularly helps care for my almost three year old and my
12      almost one year old, whether by reading the kids a book,
13      changing their diapers, or preparing a delicious meal.
14      Because of my dad, I have learned so much about being a parent
15      and role model to my own kids.  My dad chose the same
16      compassion for our entire family.
17          In recent years, my dad demonstrated his devotion to our
18      uncle and his brother-in-law Len, who recently passed away
19      from ALS, also known as Lou Gehrig's disease.  This past
20      Thanksgiving my dad saw that Len's condition was in serious
21      decline, so he decided to stay in New Jersey as Len's
22      caretaker.  He routinely communicated and coordinated with
23      Len's doctors and assumed the physical care of Len, bathing
24      and dressing him, as well as outfitting the house to account
25      for his disabilities.
```

 1          Len only wanted my dad to take care of him, and my dad

 2     made sure that Len was comfortable and had dignity in his

 3     final moments.  The love, support, and kindness he showed to

 4     Len were remarkable and exhibit his unwavering commitment to

 5     helping others.

 6          My mom, having now lost both of her brothers and her

 7     mother to ALS, following the passing of her father, needs my

 8     dad, her husband of nearly 42 years now more than ever as she

 9     grieves.  They are each other's support system.  And there is

10     still more people heavily leaning on my dad right now.

11     Unfortunately, his father, my grandpa Teddy, was recently

12     diagnosed with congestive heart failure.  Without hesitation,

13     my dad drove to Connecticut to provide morale and comfort to

14     his parents and support them through my grandfather's surgery.

15          He communicated with the hospital staff and ensured my

16     grandpa had regular phone calls with his grandchildren and

17     great-grandchildren.  My dad has a gift for bringing people

18     together and making them feel loved.

19           There are so many more examples of lives that have been

20     made better because of my dad, just ask any of his neighbors,

21     patients, friends, or colleagues.  The community needs him as

22     his family needs him.  To know my dad is to love him and to

23     also be loved and supported by him.

24          My dad has not yet met his sixth grandchild, and the

25     newest member of our family, Logan, who was born in mid

1    January and lives in St. Louis.  Logan's

2    two-and-a-half-year-old brother, Jordan, frequently asks my

3    dad, Pops, on Zoom calls when he will be able come play with

4    him and meet his baby brother.  He would love nothing more

5    than to be able to tell him very soon.

6         Your Honor, there is no doubt that my dad's situation has

7    weighed heavily on our family, and we would be incredibly

8    grateful if you deemed him fit for a positive exercise of

9    discretion.  Please give him the opportunity to remain in the

10   community and support our family.

11        Thank you.

12            **THE COURT:**  Thank you very much, Ms. Wilkins.  Thank

13   you very much.

14            **MR. LALCHANDANI:**  Thank you, Ms. Wilkins.

15        Dr. Randy Hallman?

16            **THE COURT:**  I'm sorry, last name?

17            **MR. LALCHANDANI:**  Hallman, H-a-l-l-m-a-n.

18        (Dr. Randy Hallman, Called to address the Court.)

19            **THE COURT:**  All right.  Dr. Hallman, if you could

20   please state and spell your full name.  If you're fully

21   vaccinated, you can, obviously, remove your mask.

22            **DR. HALLMAN:**  I am.  Randy, R-a-n-d-y, Hallman,

23   H-a-l-l-m-a-n.

24            **THE COURT:**  Yes, sir.  I'd be more than happy to

25   hear from you.

1          **DR. HALLMAN:**  Thank you, Judge Russell, for allowing

2    me a few minutes of the Court's time to speak about my

3    relationship with Dr. Hoffberg.  I am a chiropractor and my

4    office is in Baltimore City.  I first met Dr. Hoffberg about

5    15 years ago after having completed my postgraduate training

6    in electrodiagnostics, specifically nerve conduction and EMG

7    testing.  We call them EMGs for short.

8          Over that time, his role in my life has evolved --

9          **THE COURT:**  If you could, Doctor, just slow down a

10   little bit, because she is taking down every single word, and

11   I seem to smell some smoke coming from those keys.

12         **DR. HALLMAN:**  My apologies.

13         We call them EMGs for short.  Over that time, his role in

14   my life has evolved from that of a mentor, to a colleague, but

15   also a friend.

16         My formal training had provided the foundation for

17   performing EMGs, by the true expertise needed to realize the

18   test's full potential comes only from experience.  This is

19   difficult to gain as a chiropractor because EMGs are most

20   often performed by physiatrists and neurologists who get their

21   specialty training as part of a mentorship with more

22   experienced doctors.

23         After several months of trying to find a provider who

24   would allow me to observe them, I met Dr. Reginald Davis, a

25   neurosurgeon from Hopkins, at a networking event hosted by his

1    office.  I asked if he recommend anyone and he immediately

2    recommended Dr. Howard Hoffberg.  He said that he often

3    referred his patients to Dr. Hoffberg for their EMG testing.

4    Just one call to his office resulted in the okay to come

5    observe.  I did this over and over again for several months,

6    and every time Dr. Hoffberg would share his clinical expertise

7    and EMG knowledge with me.

8        Eventually he agreed to let me do some of the simpler

9    parts of the test under his supervision.  A few months after

10   that I started working with Dr. Hoffberg on many of his EMG

11   cases.  He shared with me decades of his expertise in EMG

12   testing, but also his experience in physical exams and signs

13   and symptoms to differentiate complicated conditions from

14   simple ones.

15       Also he shared research studies that he came across in

16   his readings that he thought I might be interested in.  Over

17   the next ten years, I observed Dr. Hoffberg with countless

18   patients.  Some cases were simple, while others were very

19   complex, and it was this diverse array of cases which allowed

20   me to benefit from his expertise and tutelage.

21       No matter how complex the patient's presentation might

22   be, Dr. Hoffberg always spent whatever time was required to

23   complete a thorough examination.  He took the time to retest

24   any portions that he wanted to confirm for himself, and he

25   comforted the patients who were apprehensive about having the

1    tests done.  Seeing him put people at ease and answer their

2    questions helped me do the same with my own patients.

3         He was always available to me for detailed discussions

4    about the clinical decision making that he used to arrive at a

5    diagnosis, as well as the anatomy and the neurology that was

6    involved.

7          To this day, I still remember watching Dr. Hoffberg work

8    through a complex case involving a patient who had seen

9    multiple specialists, multiple surgeries, and yet was still

10   experiencing pain and upper extreme paresthesias.  I began the

11   upper extremity tests with the patient but couldn't figure out

12   the diagnosis.  Dr. Hoffberg came in to review the results.

13   He continued the test for another 30 to 45 minutes repeating

14   the upper extremity portion that I had done, but also testing

15   the lower extremity muscles, muscles in the face, and even the

16   patient's tongue.

17        When we exited the room, I asked if he had any thoughts

18   regarding the test results and the patient's presentation,

19   because I had no clue what was going on.  He looked at me and

20   with considerable certainty he said, I think he has ALS.  He

21   finished taking his notes and then called, himself, the clinic

22   at Johns Hopkins to see about getting the patient on a waiting

23   list for this clinic as they specialized in treating

24   neurodegenerative conditions.

25        We found out, unfortunately, a few months later that he

1   was, indeed, diagnosed with ALS.  After that test, I went home

2   and read as much as I could on everything that I saw

3   Dr. Hoffberg do and how it related to that patient's

4   condition.  This was a process that repeated itself over and

5   over again for the next ten years.

6       I have observed and worked with several different

7   physiatrists and neurologists over the 15 years I've been

8   doing EMGs, and Dr. Hoffberg is by far the one who most

9   thoroughly understood the strengths and weaknesses of the

10  tests, as well as the clinical conditions that we tested it

11  with and how to marry those two aspects well.

12      We regularly saw patients with cervical and lumbar disk

13  herniations, carpal tunnel syndrome, and peripheral

14  neuropathies, those were the everyday patients.  But we also

15  saw conditions I rarely or have never even seen since,

16  conditions like Charcot-Marie-Tooth disease, Guillain-Barre

17  syndrome, MS, transverse myelitis, spinal cord injuries, and

18  even patients with rare cancers suffering from various

19  different side effects from those treatments.  This wide range

20  of conditions, along with Dr. Hoffberg's tutelage, has made me

21  a better clinician.

22      On a personal note, Dr. Hoffberg was someone I could

23  contact first when I had a complex case.  He always made time

24  to review any of my EMG testing that I had done in my office,

25  helping with interpretation of the results, and giving me

```
 1    suggestions for additional testing.
 2         More recent, when my father was diagnosed with prostate
 3    cancer and then later with Alzheimer's, Dr. Hoffberg was
 4    generous with his time and knowledge on current standards of
 5    care, as well as sending me articles detailing new or
 6    alternative treatment options.
 7         I struggle with how to express succinctly how much I have
 8    learned from Dr. Hoffberg and what his time and experience has
 9    meant to me both professionally and personally.  While he has
10    already provided so much, there is more Dr. Hoffberg has to
11    offer the medical community, like continuing to help other
12    practitioners, such as myself, better care for their patients.
13         Thank you, Your Honor, for your time and consideration.
14              THE COURT:  Thank you very much, Doctor.
15              MR. LALCHANDANI:  Thank you, Dr. Hallman.
16    Last but certainly not least, Melissa Cohen.
17              THE CLERK:  Judge, I have her standing at the end
18    where the jurors are because she's --
19              THE COURT:  Okay.  That's okay.
20    (Melissa Cohen, Called to address the Court.)
21              THE COURT:  Yes, ma'am.  Why don't you come on
22    forward and move right to that microphone.  If you're fully
23    vaccinated, you can go ahead and remove your mask.  If you
24    could please state and spell your full name for the record.
25              MS. COHEN:  Good morning.  Melissa Cohen,
```

```
 1    M-e-l-i-s-s-a, C-o-h-e-n.

 2              THE COURT:  Yes, Ms. Cohen, I'll be more than happy

 3    to hear from you.

 4              MS. COHEN:  Thank you, Judge.

 5         Good morning, Your Honor.  Again, my name is Melissa

 6    Cohen.  I am 30 years old.  I'm a legal assistant, math tutor,

 7    and I was recently accepted into graduate school this week.

 8              THE COURT:  Congratulations.

 9              MS. COHEN:  Thank you.  But none of this would be

10    possible without Dr. Howard Hoffberg.  I was born with a rare

11    form of dwarfism called diastrophic dysplasia.  I had 18

12    surgeries before my 18th birthday.  I had countless procedures

13    and pain was kind of the name of the game for me.  It just

14    took over my entire life, every thought my entire life.  And

15    Dr. Hoffberg was the game changer for me.

16         I was referred to Dr. Hoffberg by a family physician who

17    served with Dr. Hoffberg on the board of the brotherhood at

18    our Synagog, and I asked him, seeing he knew my case and I

19    said, "Who do you trust?"  And he said, "There is no one

20    else," he said, "Dr. Hoffberg.  Go see Dr. Hoffberg."  So I

21    did.

22         Like I said, I was in a whirlwind of pain.  I couldn't

23    walk more than ten feet.  I had just come off my 18th surgery,

24    which was a full hip replacement, and I had a deteriorating

25    back.  I couldn't -- and I had also just experienced the loss
```

1  of my best friend to suicide.

2      So I didn't really see the light, but then there was

3  Dr. Hoffberg.  He was thorough, so thorough.  I remember the

4  paperwork that went on for ten pages every single time.  He

5  wanted to know everything about your care, how it changed,

6  what worked, what didn't.  There were the physical exams, the

7  testing, imaging, sending me out for every kind of test.  He

8  spent more time with me than any other physician I'd ever

9  known, and you can imagine I'd seen a lot in those 20 years.

10  But he wanted to get to the origin of the pain.  He didn't

11  just want to do anything, for lack of a better word, all

12  willy-nilly.  He wanted to get to the root of it.  You were

13  never in and out, and he involved my family in my care.

14      He was also the first doctor that introduced me to

15  holistic care.  He prescribed aqua therapy, physical therapy,

16  home exercises in addition to the injections that pretty much

17  saved my life, allowed me to go to school and to live my life,

18  but more than anything, he insisted on mental health,

19  especially in the situation that I was in having lost a best

20  friend.

21      But I think in addition to that, he was compassionate.

22  He was -- he treated me like a human being, I think it was

23  said.  There is not a lot of dignity in being in pain and not

24  being able to live your life, and Dr. Hoffberg provided me

25  with that.

1    He cared about my life, about my goals.  When are you

2    going to law school?  What's going on with school?  How is

3    life?  He cared about how my pain impacted me.  Thanks to

4    Dr. Hoffberg's treatment, the tide began to turn.  I was able

5    to return to school.  I graduated with honors, and I was able

6    to participate in life that -- in a way that I never thought

7    was possible.  His holistic -- sorry, his holistic treatment

8    paved the way to a life without opioids today that I never

9    thought would be possible.

10    He tried every alternative before he would -- and he

11    even, like I said, brought my family in before he would make

12    any change.  He didn't push anything on me.  He did everything

13    to avoid it.

14    So I just want to say that my experience is not unique

15    because that's twofold.  The waiting room at Dr. Hoffberg's

16    office, much like the gallery today, is -- and I get a bunch

17    of agreements, you know, nods, because, you know, we're all on

18    the same page.  This man helped every patient the way that he

19    helped me.  He gave everybody the time that they deserved.  We

20    had a lot of time to talk in the waiting room, because there

21    was a lot of time to kill.  You were usually there in

22    Dr. Hoffberg's office for a good couple of hours, but I can

23    tell you, nobody was upset.  Nobody was upset except for the

24    person that it was their first day because they didn't know

25    how Dr. Hoffberg operated, that he gave everybody the patience

1    to answer questions.  He gave everybody the care and concern

2    and compassion that they deserved.

3        The idea that these people and I were just, you know,

4    drug seeking and he was just our drug dealer, it's just so

5    foreign to me.  These people became like friends.

6    Dr. Hoffberg, to us, you know, was -- he would do anything

7    and -- anything for anyone, and he always went above and

8    beyond.

9        In our faith, we call him a mensch, which is one of

10    integrity and honor.  And I also say this because I'm not the

11    only Cohen that Dr. Hoffberg treated.  He treated my younger

12    sister for migraines.  And just briefly, she couldn't go to

13    school.  She was in Baltimore County Public Schools Home and

14    Hospital program because she couldn't go to class, couldn't

15    cheerlead, couldn't live her life, and Dr. Hoffberg found a

16    solution for her that nobody else did.  He often did that like

17    many other people have said.  He was unique, one of a kind,

18    they don't make them like Dr. Hoffberg.

19        So my parents also -- I wanted to say that Dr. Hoffberg

20    saved families.  He didn't destroy them.  He saved families.

21    He brought families together.  My parents, if you -- I don't

22    know if you have read their letter, but they would say he

23    brought peace to our hearts, and he -- you know, what would we

24    do without Dr. Hoffberg answering -- gave us his personal cell

25    phone number in the middle of the night when my sister was at

1    the ER, I was in surgery.  Never missed a call.  So he saved

2    our family just as much as he did me.

3         Judge, Dr. Hoffberg is an asset to the community.  He has

4    so much more to give.  He's a good man.  He's a good father.

5    He's a grandfather.  He's a good friend.  A man of faith.

6    He's amassed so much knowledge.  I'll wrap it up, but he just

7    amassed so much knowledge.  It just amazes me how much this

8    man -- did you know there was a study on -- can I tell you

9    what I read recently.

10        Like, he always wanted to broaden.  He always wants to

11   brighten.  He always wants to enrich his patients' lives.  And

12   I just can't say enough of how much I humbly ask you to show

13   this man the same compassion that he showed me over all of the

14   years.  I hope that you can find an alternative to -- I hope

15   you can find an alternative just like he did for me and for

16   the impact that he had in my life.  He changed my life and he

17   showed me there is another way to live, and I hope you will,

18   too.

19        Thank you.

20             **THE COURT:**  Thank you very much.  Well said,

21   Ms. Cohen, and congratulations, again, on graduate school.

22             **MS. COHEN:**  Thank you.

23             **MR. TREEM:**  Your Honor, I think that's the -- that's

24   the presentation that we have.

25             **THE COURT:**  Okay.

1     **MR. TREEM:**  I just want to mention one thing, I

2     guess.  I thought -- Ms. Cohen's comment about drug dealers

3     and drug patients, I think, really does, in some respect,

4     capsulize the government's argument.  The government wants you

5     to imprison him, not because of his -- really his prescribing

6     opioids, but prescribing drugs illicitly, and you made

7     reference to the drug dealer analogy.  In their mind, he is

8     the supplier.  And that, I would suggest, kind of diminishes

9     the audience because you're telling them that he was -- that

10    they were getting treated by a drug dealer.  And I hope we've

11    given you some insight into the fact that        Dr. Hoffberg

12    is anything but a drug dealer, Your Honor.

13         Thank you.

14         **THE COURT:**  Thank you.

15         Mr. Hoffberg, you have the opportunity to speak to me

16    prior to the imposition of sentence.  You don't have to say

17    anything, but if you'd like to speak to me, I'll be more than

18    happy to hear from you, sir.  If you've been fully vaccinated

19    and boosted, you can take your mask off.  Yes, sir.

20         **THE DEFENDANT:**  First of all, I very much appreciate

21    the presence of my support system today.  And I also thank you

22    for the opportunity to address you, Judge Russell.

23         Since 1980, I have dedicated myself to being the best

24    possible healthcare professional, and I have devoted my life

25    to helping people from all walks of life to regain function

1   and be able to transition back to society.  I became a
2   physician in the field of physical medicine and rehabilitation
3   because I felt that this best exemplified an integrated and
4   holistic approach to patient care, even in cases where the
5   underlying condition cannot be cured.  I soon became aware
6   that often the most limiting factor for a patient was
7   incapacitating pain frequently associated with irreversible
8   neurologic and musculoskeletal effects, and that a patients'
9   pain intensity cannot be measured by any objective means.  I
10  then went on to subspecialize in pain medicine because I
11  observed the profound suffering of my patients, especially
12  when their condition became chronic and unrelenting and
13  resulted in mental distress.
14      I empathized with my patients' ordeals, which often
15  involved an unfortunate history and difficulties obtaining
16  treatment.  Some common challenges they faced involved
17  receiving mixed messages from multiple providers and
18  undergoing numerous procedures which could be physically and
19  emotionally taxing and sometimes actually worsened the
20  patient's condition.
21      I recognized their frustrations in obtaining the
22  compassionate care that they so well-deserved, and my personal
23  attention gave them hope and fulfillment.  Many of my patients
24  have had very complex medical and mental health problems,
25  which made them vulnerable and challenging to treat.

1       Furthermore, in many cases, other healthcare providers did not

2       want to spend enough time to fairly evaluate them by taking a

3       comprehensive history and providing a detailed physical

4       examination to formulate effective treatment options.

5            I dedicated myself to all comers by working long hours

6       and sacrificing personal time, and I provided care in

7       hospitals, clinics, nursing homes, in-home and outpatient

8       settings.  I recommended and provided conservative approaches

9       when they were best -- when they were the best course of

10      action, including injections, physical therapy, chiropractic

11      and psychosocial counseling in my office.  I also prescribed a

12      wide spectrum of medications for my patients' conditions, as

13      appropriate, as part of the art of medicine.

14           I enjoyed my reputation as a patient advocate and was

15      regarded as an expert in the community.  I was involved in

16      numerous professional organizations where I actively

17      contributed to committees, gave lectures, and wrote medical

18      articles.  However, in my career, I made a grave mistake in

19      associating with a pharmaceutical company, Insys, which

20      committed gross improprieties with respect to marketing their

21      product.

22           I admit today to steering certain patients from one

23      opioid fentanyl product to another, namely, Subsys.  And

24      because I received kickbacks, I realize -- I realize were

25      disguised as honoraria by providing lectures to peers and my

1    office staff.  I also received a payment when a scheduled

2    event was suddenly canceled.  I deeply regret my moral compass

3    that did not question the impropriety of these circumstances

4    sooner.

5        I'm reminded of this unfortunate lack of judgment every

6    day, as I can no longer be a practicing physician in the

7    specialty that I enjoyed so much.  I feel remorse that my

8    actions have contributed to tainting the public perception and

9    trust of all physicians.

10       I would also like to apologize to all of my patients,

11   some of whom are present today, because I can no longer serve

12   as their pain management physician.  My relationships with

13   them were often developed over many years, and my

14   irresponsible behavior has resulted in additional suffering

15   for them.

16       I plan to dedicate myself to continuing to be a

17   productive member of society by assisting people in need and

18   working for worthwhile causes.  I have selected the

19   Amyotrophic Lateral Sclerosis, or ALS, organizations in honor

20   of my family members.  In addition, I will volunteer for other

21   charitable services and senior centers within the community

22   and use my skills to alleviate patient suffering.

23       Your Honor, I sincerely appreciate your consideration of

24   my statement.

25           **THE COURT:**  Thank you very much, Mr. Hoffberg.

1          All right.  I'm going to take ten minutes, and then I
2    will be prepared to give my ruling.  All right.  Thank you.
3              **THE CLERK:**  All rise.  This Honorable Court is in
4    recess.
5          (Recess at 12:37 p.m. until 12:48 p.m.)
6              **THE COURT:**  All right.  You can have a seat
7    everyone.
8          All right.  Applying the Section 3553(a) factors,
9    looking at the history and characteristics of this defendant,
10   he presents as a 65 year old who is married and has accepted
11   responsibility for his conduct.
12         He is a physician who is married and has several adult
13   children.  As far as his childhood is concerned, he had an
14   outstanding childhood.  He never really wanted for anything.
15   He matriculated through medical school and developed a very
16   successful medical practice and has lived a very comfortable
17   life.
18         Dr. Hoffberg has assisted many people.  There is no
19   dispute and doubt about that.  He has alleviated pain and
20   suffering of many individuals.  His particular skill-set is
21   going to be lost because he will no longer be able to treat
22   individuals with acute pain.  That part of his profession is
23   over.
24         Individuals who don't know what they're going to do
25   without him treating them are going to have to find another

1    physician.  That's the reality.  I have no doubt the words

2    that have been expressed by especially his daughter and his

3    mother and other family members and friends are sincere

4    regarding his assistance to them.  I also have no doubt that

5    he has made a very -- has created a very lucrative financial

6    life for himself through his hard work.  He wasn't doing this

7    for free.  He billed medical providers and provided that

8    caring, loving touch, which is absolutely critically important

9    for any successful physician, but he accumulated substantial

10   assets as a result of his treatment.  Shouldn't be blamed for

11   it, but necessarily shouldn't be given credit for it either.

12        The nature and circumstances of the offense are very

13   serious.  The defendant was corrupted by a pharmaceutical

14   company to receive kickbacks and bribes in order to promote

15   their pain management opioid products that contained fentanyl.

16        That drug is extremely dangerous and should not be

17   administered unless under very careful circumstances.  This

18   particular drug was designed to treat certain cancer patients,

19   and while off the books prescription medication is something

20   that may be relatively commonplace, nevertheless, Dr. Hoffberg

21   put himself in a position to be compromised, and, at the very

22   least, gave the appearance that he was looking out for the

23   best interests of the pharmaceutical company and himself

24   instead of his patients in the instance of this particular

25   drug.

1   　　　　Further, there is no question that he did change his

2   prescribing practices based upon the conspiracy that he ended

3   up engaging in.  A less significant factor is -- I take from

4   the statement of facts, and it doesn't carry heavy weight, but

5   it points to me a little bit about Dr. Hoffberg's -- other

6   side of Dr. Hoffberg's character, and that relates to his

7   admission as to what he believed to be inappropriate behavior

8   by his business partner.  Instead of turning him in, since

9   they were business partners, he turned a profit.  And his

10   business partner -- he didn't agree with his business

11   partner's practices, prescribing and treating individuals, but

12   nevertheless received the benefits through the partnership of

13   those particular improper tactics.  Again, this is not a

14   weighty issue, but it certainly does go to counterbalance some

15   of the character evidence that I otherwise received, which

16   there is no doubt is extremely powerful.

17   　　　　For the reasons that I've stated, the criminal acts that

18   he engaged in, which was not a one-time circumstance, these

19   honoraria occurred over the period of several months over many

20   different instances, and the text messages revealed that

21   Dr. Hoffberg did, indeed, know this conduct was improper.

22   　　　　As far as deterrence is concerned -- as far as specific

23   deterrence is concerned, I'm certainly certain Dr. Hoffberg

24   won't even be in a position to engage in this kind of behavior

25   again, but there is a need for general deterrence.

1           Imposing of people like Dr. Hoffberg, if they believe

2     that a fine is appropriate and they're worth millions of

3     dollars, who cares about a fine?  That's not a deterrent.  If

4     they are worried about community confinement or home detention

5     in a large home or a lavish home, that's not really a

6     deterrent, especially given where we are on social media, but

7     prison is a deterrent.  Prison does send a message to

8     physicians not to be corrupted by pharmaceutical companies.

9     That is -- quiet.  If there is any -- if anyone has any

10    comments about it, they can leave.

11          Training and treatment is not a heavy consideration, and

12    I have to weigh the balancing factors here and the passion and

13    feelings and the good Dr. Hoffberg has done.  I also have to

14    weigh the damage that he has caused as well, not only to his

15    patients through his corrupt act and not being able to treat

16    them anymore, but also the message that he has put out there

17    by being corrupted by a pharmaceutical company and

18    understanding that he is not the only one.

19          The guidelines in this case are offense level 11,

20    criminal history category 1, a range between 8 and 14 months.

21    Supervised release, guideline range is one and three years,

22    and a fine of $5,500 to $55,000.  The sentence is sufficient

23    but not greater than necessary to comply with the purposes set

24    out in Title 818, United States Code Section 3553(a)(2) is

25    eight months.  There's going to be a supervised released

1    period for a period of one year.

2        In addition to the standard and mandatory conditions of

3    supervised release, I'm going to add a special condition that

4    he must provide the probation officer with access to requested

5    financial information and authorize the release of financial

6    information.  The probation office may share financial

7    information with the U.S. Attorney's Office.  I am going to

8    impose a fine of $55,000 based upon his ability to pay.

9    Restitution, luckily, is not applicable because no one was

10   killed, necessarily, by these practices.

11       I did sign an order of forfeiture, and it will be a

12   special assessment in the amount of $100.  I'm not going to

13   recommend any particular vocational training or otherwise

14   treatment unless it's sought by the defense.

15        Is there a recommendation, Mr. Treem, on a Bureau of

16   Prisons location?

17            **MR. TREEM:**  Well, yeah, a camp, Your Honor.

18            **THE COURT:**  Right.  Closest to Maryland?  A camp

19   closest to Maryland?

20            **MR. TREEM:**  Yes.

21            **THE COURT:**  Okay.  A camp closest to Maryland.

22       The sentence falls within the guideline range and is

23   appropriate in light of the sentencing guidelines and all of

24   the factors set out in Title 18 United States Code

25   Section 3553(a)(2).

1       Are there any open counts to be dismissed,

2    Mr. Medinger?

3        **MR. MEDINGER:**  There are not, Your Honor, no.

4        **THE COURT:**  Mr. Hoffberg, you've got 14 days to file

5    an appeal of your conviction if you believe that your guilty

6    plea was somehow unlawful or involuntary or there is some

7    other fundamental defect in the proceeding that wasn't waived

8    by your guilty plea, and you also can appeal your sentence if

9    you believe the sentence was unlawful.  Of course, you retain

10   any rights not otherwise waived by the guilty plea.

11      Is there any issue regarding self-surrender, Mr. Treem?

12       **MR. TREEM:**  I hope not, Your Honor.

13       **THE COURT:**  Right.

14     Mr. Medinger.

15       **MR. MEDINGER:**  No, Your Honor.

16       **THE COURT:**  All right.  Dr. Hoffberg, I'm going to

17   allow you to self-surrender to the U.S. Marshal Service upon

18   the designation of the Bureau of Prisons facility.  It's going

19   to be important, as always, to continue to comply with the

20   conditions of your release.

21      Mr. Treem, is there a particular report date so that

22   Mr. Hoffberg can get his affairs in order?  I can give you a

23   noise button.

24       **MR. TREEM:**  Yes, if --

25       **THE COURT:**  And what I will do, I certainly can

 1    extend it out to 90 days, something like that so he can get

 2    his affairs in order.  He can tend to his parents, see that

 3    grandbaby.  This is not a death sentence.  This is not a death

 4    sentence.  You will be reunited very shortly.

 5         So Mr. Treem, I'm going to put the noise button on.  You

 6    can consult with your client.  I always allow individuals,

 7    especially those that have been compliant with their release

 8    and that have other familial matters, to extend them the

 9    courtesy of being able to self-surrender for a little bit

10    longer period of time.  I'll put the noise button on.

11         (Defendant and Counsel confer.)

12         **THE COURT:**  Please no discussion in the court while

13    this noise button on.

14         (Defendant and Counsel Confer.)

15         **THE COURT:**  Mr. Treem?

16         **MR. TREEM:**  Yes, 90 days will work, Your Honor.

17         **THE COURT:**  Okay.  That's fantastic.  We'll 90 days

18    for a self-surrender date.

19         **THE CLERK:**  April 28th, Your Honor.  I apologize,

20    May 30th, Your Honor.

21         I'll tell you, why don't we do the first part of -- first

22    week in June, that way we go through the holiday.

23         **MR. TREEM:**  Yes, Your Honor.

24         **THE CLERK:**  June 6th?

25         **THE COURT:**  June 6th.

1          A judgment and commitment order will be prepared, a

2     statement of reasons will be prepared, and these records,

3     along with the other appropriate records of sentencing, will

4     be filed with the United States Sentencing Commission, as well

5     as the United States Bureau of Prisons in this case.

6          Mr. Medinger, is there anything else that we can

7     productively handle?

8                **MR. MEDINGER:**  Not from the government, Your Honor.

9                **THE COURT:**  Mr. Treem?

10               **MR. TREEM:**  No, Your Honor.

11               **THE COURT:**  Okay.  Thank you.  Good luck to you,

12    Dr. Hoffberg.

13               **THE CLERK:**  All rise.  This Honorable Court is now

14    in recess.

15         (Proceedings concluded at 1:02 p.m.)

16

17

18               I, Melissa L. Clark, RPR, do hereby certify that

19    the foregoing is a correct transcript from the stenographic

20    record of proceedings in the above-entitled matter.

21

22                     _____/s/_____
                            Melissa L. Clark
23                        Official Court Reporter

24

25

81

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**$**

$100 [2] - 5:17, 77:11
$5,500 [1] - 76:21
$55,000 [3] - 5:16, 76:21, 77:7
$5500 [1] - 5:16
$66,600 [2] - 39:6, 43:13

**/**

/s [1] - 80:21

**1**

1 [4] - 3:4, 4:19, 31:1, 76:19
10 [1] - 31:1
100 [1] - 18:10
101 [1] - 1:24
11 [2] - 38:8, 76:18
11:00 [2] - 42:17, 43:2
11:35 [3] - 38:10, 42:23, 43:2
12 [1] - 5:14
12:37 [1] - 73:4
12:48 [1] - 73:4
13 [2] - 5:11, 5:13
14 [2] - 76:19, 78:3
15 [3] - 49:13, 59:4, 62:6
16 [1] - 5:3
17 [1] - 48:25
18 [4] - 3:5, 5:15, 64:10, 77:23
18th [2] - 64:11, 64:22
1980 [1] - 69:22
1:02 [2] - 1:5, 80:14

**2**

2 [2] - 22:2, 22:3
20 [1] - 65:8
2000 [1] - 15:1
2004 [1] - 52:4
2006 [1] - 40:20
2007 [1] - 49:2
2009 [1] - 40:19
2011 [1] - 35:4
2012 [2] - 35:4, 37:17
2014 [1] - 17:24
2015 [2] - 37:17, 44:13
2016 [1] - 18:4
2018 [1] - 40:25
2022 [1] - 1:7
21201 [1] - 1:24
23 [1] - 40:25
23rd [1] - 27:18
24 [2] - 1:7, 48:24

25 [2] - 48:2, 48:21
28th [1] - 79:18
2B1.1(b)1(D) [1] - 4:22
2B4.1(a) [1] - 4:20
2B4.1(b) [1] - 4:22
2X1.1(a [1] - 4:20

**3**

30 [3] - 13:7, 61:12, 64:5
30-plus [1] - 28:10
30th [1] - 79:19
32 [1] - 47:25
35 [3] - 44:20, 48:25
3553(a [5] - 11:1, 12:18, 14:3, 22:11, 73:7
3553(a)(2 [1] - 76:23
3553(a)(2)(2) [1] - 77:24
371 [1] - 3:5
3B1.3 [1] - 5:2

**4**

4 [1] - 45:15
40 [5] - 37:14, 37:15, 50:12
410-962-4474 [1] - 1:25
42 [1] - 57:7
44 [1] - 46:1
45 [1] - 61:12
4th [1] - 1:24

**5**

50 [2] - 7:25, 8:1
52-year-old [1] - 47:24
5C1.1 [1] - 45:14

**6**

65 [1] - 73:9
6th [2] - 79:23, 79:24

**7**

70 [2] - 32:20
7A [1] - 1:8

**8**

8 [2] - 4:19, 76:19
818 [1] - 76:23

**9**

90 [4] - 49:23, 78:25, 79:15, 79:16

9:35 [1] - 1:5

**A**

a.m [3] - 1:5, 43:2
abhorrent [1] - 26:9
ability [3] - 44:7, 44:11, 77:7
able [16] - 2:22, 28:16, 32:25, 33:1, 38:3, 44:25, 54:9, 58:2, 58:4, 65:23, 66:3, 66:4, 69:25, 73:20, 76:14, 79:8
above-entitled [1] - 80:19
absolutely [2] - 26:24, 74:7
abuse [2] - 29:17, 34:3
academies [1] - 28:22
accept [1] - 33:17
acceptance [2] - 5:3, 5:6
accepted [4] - 30:7, 64:6, 73:9
accepting [3] - 26:18, 33:7, 42:5
access [4] - 27:25, 28:13, 28:14, 77:3
accordance [1] - 45:18
accordingly [1] - 7:3
account [1] - 56:23
accountable [3] - 11:6, 12:3, 18:13
accumulated [1] - 74:8
accuracy [1] - 10:8
accurate [5] - 5:19, 21:15, 34:15, 36:16, 43:10
acknowledge [2] - 8:25, 33:19
act [1] - 76:14
acting [1] - 35:9
action [2] - 34:16, 71:9
actions [2] - 72:7
active [2] - 28:12, 55:19
actively [1] - 71:15
activities [1] - 34:17
activity [1] - 5:1
acts [2] - 43:7, 75:16
actual [1] - 42:2
acute [1] - 73:21
add [1] - 77:2
added [3] - 4:21, 4:23, 5:2
addicted [2] - 7:13,

16:21
addiction [1] - 16:18
addition [5] - 12:4, 65:15, 65:20, 72:19, 77:1
additional [5] - 4:21, 4:22, 5:5, 62:25, 72:13
additionally [1] - 26:8
address [13] - 3:6, 6:8, 6:10, 46:20, 46:24, 47:2, 47:7, 51:14, 54:18, 58:17, 63:19, 69:21
addressing [1] - 3:11
administered [1] - 74:16
admission [1] - 75:6
admissions [2] - 12:1, 17:3
admit [1] - 71:21
admits [1] - 23:12
admitted [4] - 20:24, 21:4, 23:16, 26:22
admitting [1] - 23:19
adult [1] - 73:11
adversaries [1] - 30:4
advertise [1] - 31:13
advocate [1] - 71:13
affairs [2] - 78:21, 79:1
affliction [1] - 8:6
afford [1] - 53:25
afforded [1] - 9:4
African [1] - 49:10
African-Americans [1] - 49:10
after-the-fact [1] - 34:18
afternoon [1] - 55:3
age [1] - 48:25
Agent [2] - 1:19, 2:11
ago [6] - 13:7, 27:16, 35:2, 35:3, 40:11, 59:4
agony [1] - 54:7
agree [2] - 36:22, 75:9
agreed [9] - 11:17, 20:21, 21:11, 22:13, 22:17, 38:22, 39:6, 60:7
agreement [9] - 8:18, 10:20, 11:15, 20:20, 21:8, 22:9, 23:5, 35:19
agreements [1] - 66:16
ahead [3] - 48:19, 55:1, 63:22
alleged [1] - 24:17

alleviate [2] - 52:25, 72:21
alleviated [2] - 15:11, 73:18
allow [4] - 39:1, 59:23, 78:16, 79:5
allowed [3] - 32:24, 60:18, 65:16
allowing [1] - 58:25
allows [5] - 38:20, 38:22, 38:24, 38:25, 42:13
alluding [1] - 20:13
almost [2] - 56:10, 56:11
ALS [6] - 42:15, 56:18, 57:6, 61:19, 61:25, 72:18
alternate [1] - 36:12
alternative [5] - 53:16, 63:5, 66:9, 68:13, 68:14
Alzheimer's [1] - 63:2
amassed [2] - 68:5, 68:6
amazes [1] - 68:6
amazing [1] - 50:3
amended [2] - 6:19, 7:3
America [1] - 2:9
AMERICA [1] - 1:3
Americans [6] - 4:21, 5:17, 7:25, 27:10, 50:2, 77:11
amounts [1] - 27:5
Amyotrophic [1] - 72:18
analogy [1] - 69:6
analyses [1] - 30:10
anathema [1] - 32:16
anatomy [1] - 61:4
answer [4] - 34:25, 40:7, 60:25, 66:25
answered [1] - 4:5
answering [1] - 67:23
anti [1] - 3:4
anti-kickback [1] - 3:4
anyway [3] - 17:5, 32:10, 32:11
apart [1] - 28:24
apologies [1] - 59:11
apologize [6] - 6:14, 6:24, 7:1, 8:14, 72:9, 79:18
appeal [2] - 78:4, 78:7
appear [1] - 9:20
appearance [1] - 74:21
applicable [2] - 45:16,

77:8
**applying** [1] - 73:7
**appointed** [1] - 31:22
**appreciate** [6] - 20:9, 53:4, 53:9, 55:4, 69:19, 72:22
**apprehensive** [1] - 60:24
**approach** [6] - 6:2, 21:8, 21:20, 30:14, 47:8, 70:3
**approaches** [1] - 71:9
**appropriate** [13] - 2:22, 18:18, 18:23, 26:6, 26:15, 33:13, 35:9, 35:14, 38:23, 71:12, 76:1, 77:22, 80:2
**appropriately** [2] - 18:11, 41:24
**approved** [1] - 37:19
**April** [1] - 79:18
**aqua** [1] - 65:14
**arguing** [4] - 21:3, 21:4, 32:12, 36:23
**argument** [2] - 15:9, 69:3
**arrangements** [1] - 3:6
**array** [1] - 60:18
**arrive** [1] - 61:3
**art** [1] - 71:12
**articles** [4] - 31:17, 54:6, 63:4, 71:17
**aside** [1] - 38:13
**aspect** [1] - 20:3
**aspects** [1] - 62:10
**aspirin** [1] - 42:9
**assessment** [2] - 5:17, 77:11
**asset** [1] - 68:2
**assets** [1] - 74:9
**assistance** [2] - 20:5, 74:3
**assistant** [1] - 64:5
**assisted** [1] - 73:17
**assisting** [1] - 72:16
**associate** [1] - 46:19
**associated** [2] - 9:9, 70:6
**associating** [1] - 71:18
**Association** [1] - 52:5
**assume** [1] - 35:21
**assumed** [1] - 56:22
**assumes** [3] - 9:18, 10:8, 10:9
**assumption** [2] - 9:19, 19:14, 19:25
**assumptions** [1] -

11:12
**athlete** [1] - 47:25
**attached** [3] - 13:15, 15:12, 28:17
**attachment** [1] - 21:11
**attachments** [1] - 4:10
**attention** [3] - 10:22, 15:25, 70:22
**attorney** [1] - 37:10
**Attorney's** [1] - 77:6
**attorneys** [1] - 4:3
**attracting** [1] - 15:25
**attributable** [2] - 9:21, 16:24
**audience** [1] - 69:8
**authorize** [1] - 77:4
**available** [6] - 30:15, 30:16, 39:10, 40:16, 41:11, 61:2
**averments** [1] - 11:16
**avoid** [1] - 66:12
**awarded** [1] - 31:18
**aware** [5] - 10:24, 12:4, 21:9, 43:24, 70:4
**awareness** [1] - 25:18
**awful** [1] - 49:17

# B

**baby** [1] - 58:3
**bad** [2] - 15:6, 49:6
**baked** [1] - 13:7
**balance** [1] - 17:18
**balancing** [1] - 76:11
**Baltimore** [5] - 1:8, 1:24, 43:19, 59:3, 67:12
**Barre** [1] - 62:15
**base** [2] - 4:1, 4:19
**based** [9] - 5:5, 12:20, 17:16, 18:15, 19:4, 29:16, 75:1, 77:7
**basis** [2] - 23:9, 31:2, 50:14
**bathing** [1] - 56:22
**bears** [1] - 36:5
**beat** [1] - 40:20
**became** [5] - 52:4, 67:4, 69:25, 70:4, 70:11
**becomes** [2] - 19:2, 27:9
**bedside** [2] - 50:4, 51:3
**befallen** [1] - 40:24
**BEFORE** [1] - 1:10
**began** [2] - 61:9, 66:3
**begged** [1] - 40:25
**begun** [1] - 40:14

behalf [4] - 2:16, 2:23, 19:11, 30:4
**behavior** [8] - 12:13, 13:9, 26:6, 26:9, 41:12, 72:13, 75:6, 75:23
**behaviors** [1] - 17:14
**belong** [1] - 50:25
**below** [2] - 22:5, 27:8
**bench** [5] - 6:4, 6:6, 21:8, 21:24, 25:10
**bend** [1] - 3:25
**benefit** [1] - 60:19
**benefits** [1] - 75:11
**best** [13] - 13:9, 13:10, 46:12, 50:10, 53:10, 64:25, 65:18, 69:22, 70:2, 71:8, 74:22
**better** [11] - 12:25, 13:1, 15:19, 35:23, 49:22, 49:25, 50:3, 57:19, 62:20, 63:11, 65:10
**between** [7] - 5:14, 5:15, 5:16, 7:22, 37:16, 37:17, 76:19
**beyond** [5] - 8:17, 10:1, 35:20, 48:13, 67:7
**bigger** [1] - 43:14
**bilateral** [1] - 49:18
**billed** [1] - 74:6
**binder** [1] - 32:20
**birthday** [1] - 64:11
**bit** [7] - 3:18, 8:9, 16:7, 26:24, 59:9, 75:4, 79:8
**blamed** [1] - 74:9
**blind** [1] - 12:14
**blindness** [2] - 23:23, 25:1
**block** [1] - 50:9
**blood** [3] - 49:19, 49:21, 50:1
**board** [3] - 28:21, 45:8, 64:16
**book** [1] - 56:11
**books** [1] - 74:18
**boosted** [3] - 3:16, 48:8, 69:18
**born** [2] - 57:24, 64:9
**bought** [1] - 36:11
**branched** [1] - 56:5
**breached** [2] - 4:24, 23:4
**break** [1] - 38:8
**bribes** [2] - 18:19, 74:13
**brief** [1] - 6:11
**briefly** [5] - 19:11,

21:22, 47:2, 55:11, 67:11
**brighten** [1] - 68:10
**bring** [2] - 10:22, 22:10
**bringing** [1] - 57:16
**broaden** [1] - 68:9
**brother** [6] - 39:14, 39:15, 55:6, 56:17, 58:1, 58:3
**brother's** [1] - 56:4
**brother-in-law** [1] - 56:17
**brotherhood** [1] - 64:16
**brothers** [1] - 57:5
**brought** [3] - 66:10, 67:20, 67:22
**built** [2] - 19:19, 37:24
**bunch** [1] - 66:15
**Bureau** [3] - 77:14, 78:17, 80:4
**business** [9] - 25:1, 36:18, 41:2, 43:25, 44:16, 75:7, 75:8, 75:9
**busy** [1] - 54:5
**button** [4] - 78:22, 79:4, 79:9, 79:12

# C

**C-o-h-e-n** [1] - 63:25
**cabinets** [1] - 46:5
**calculation** [1] - 6:23
**Cameron** [3] - 6:10, 6:12, 7:1
**camp** [3] - 77:16, 77:17, 77:20
**canceled** [1] - 72:1
**cancer** [5] - 8:5, 49:24, 53:24, 63:2, 74:17
**cancers** [1] - 62:17
**cannot** [2] - 70:4, 70:8
**capsulize** [1] - 69:3
**care** [23] - 20:4, 49:9, 49:20, 50:5, 50:22, 52:23, 53:16, 53:21, 55:17, 55:21, 56:10, 56:22, 56:25, 63:4, 63:11, 65:4, 65:12, 65:14, 66:25, 70:3, 70:21, 71:5
**cared** [2] - 49:19, 65:25, 66:2
**career** [2] - 28:5, 28:19, 71:17
**carefree** [1] - 54:9
**careful** [1] - 74:16

**cares** [3] - 49:16, 50:21, 76:2
**caretaker** [1] - 56:21
**caring** [2] - 51:3, 74:7
**carpal** [1] - 62:12
**carry** [1] - 75:3
**CASE** [1] - 1:3
**case** [14] - 2:7, 2:8, 3:23, 5:20, 7:21, 12:24, 23:13, 27:6, 33:10, 61:7, 62:22, 64:17, 76:18, 80:4
**Case** [1] - 2:9
**cases** [7] - 33:9, 33:25, 60:10, 60:17, 60:18, 70:3, 70:25
**cash** [2] - 30:6, 30:7
**catastrophic** [1] - 14:22
**category** [2] - 5:12, 76:19
**cater** [1] - 26:3
**caught** [2] - 15:7, 16:5
**caused** [3] - 29:18, 52:12, 76:13
**causes** [2] - 13:8, 72:17
**cell** [1] - 67:23
**centers** [1] - 72:20
**central** [1] - 32:23
**certain** [5] - 7:25, 19:10, 71:21, 74:17, 75:22
**certainly** [10] - 9:3, 11:6, 18:22, 37:5, 38:6, 46:7, 63:15, 75:13, 75:22, 78:24
**certainty** [1] - 61:19
**certified** [1] - 28:21
**certify** [1] - 80:17
**cervical** [1] - 62:11
**cetera** [1] - 4:13
**challenges** [1] - 70:15
**challenging** [2] - 7:10, 70:24
**chance** [1] - 10:14
**change** [2] - 66:11, 74:25
**changed** [2] - 65:4, 68:15
**changer** [1] - 64:14
**changes** [3] - 6:19, 6:25, 7:2
**changing** [1] - 56:12
**character** [17] - 2:22, 9:14, 9:15, 9:17, 10:5, 10:6, 10:7, 12:6, 12:13, 12:18, 20:10, 25:6, 39:25, 40:2, 47:2, 75:5,

75:14
**characteristics** [3] - 6:18, 11:2, 73:8
**characterization** [1] - 5:19
**Charcot** [1] - 62:15
**Charcot-Marie-Tooth** [1] - 62:15
**charge** [9] - 4:17, 8:18, 9:25, 24:11, 26:21, 29:25, 35:19, 42:1, 45:11
**charged** [5] - 9:23, 26:17, 35:15, 35:16, 44:15
**charges** [1] - 24:12
**charitable** [1] - 72:20
**check** [1] - 39:7
**cheerlead** [1] - 67:14
**child** [2] - 53:15, 53:21
**childhood** [2] - 73:12, 73:13
**children** [3] - 4:12, 56:9, 73:12
**chiropractic** [1] - 71:9
**chiropractor** [2] - 59:2, 59:18
**choose** [1] - 52:8
**choosing** [1] - 3:17
**chose** [2] - 35:25, 56:14
**chronic** [5] - 20:6, 31:9, 52:12, 54:9, 70:11
**circumstance** [3] - 22:24, 23:12, 75:17
**circumstances** [6] - 23:17, 25:4, 35:13, 72:2, 74:11, 74:16
**circus** [1] - 17:5
**cite** [1] - 45:24
**cited** [1] - 30:3
**cities** [1] - 17:19
**City** [1] - 59:3
**claiming** [1] - 42:3
**claims** [2] - 39:5, 43:6
**Clark** [3] - 1:23, 80:17, 80:21
**class** [4] - 34:16, 38:25, 67:13
**clear** [1] - 17:7
**clearly** [4] - 3:19, 16:21, 25:25, 43:12
**CLERK** [6] - 42:25, 63:16, 73:2, 79:18, 79:23, 80:12
**client** [3] - 19:14, 20:21, 79:5
**clients** [1] - 30:5
**Clinic** [1] - 16:16

**clinic** [5] - 16:19, 17:6, 18:4, 61:20, 61:22
**clinical** [3] - 60:5, 61:3, 62:9
**clinician** [1] - 62:20
**clinics** [1] - 71:6
**close** [1] - 19:22
**closed** [2] - 27:23, 52:20
**closest** [3] - 77:17, 77:18, 77:20
**closing** [1] - 53:10
**clue** [1] - 61:18
**cluster** [2] - 50:6, 50:19
**co** [1] - 8:11
**co-conspirators** [1] - 8:11
**coach** [4] - 48:1, 48:20, 48:21
**coaching** [2] - 48:2, 48:22
**cocaine** [2] - 11:18, 46:2
**Code** [3] - 3:5, 76:23, 77:23
**codefendants** [1] - 8:11
**Cohen** [7] - 63:15, 63:19, 63:24, 64:1, 64:5, 67:10, 68:20
**COHEN** [4] - 63:24, 64:3, 64:8, 68:21
**Cohen's** [1] - 69:1
**colleague** [1] - 59:13
**colleagues** [1] - 57:20
**college** [2] - 47:25, 49:4
**combat** [1] - 43:16
**comers** [1] - 71:4
**comfort** [1] - 57:12
**comfortable** [2] - 57:1, 73:15
**comforted** [1] - 60:24
**coming** [4] - 27:24, 33:1, 33:3, 59:10
**commanded** [1] - 11:1
**comment** [2] - 25:21, 69:1
**comments** [4] - 7:14, 25:17, 25:19, 76:9
**Commission** [1] - 80:3
**commitment** [2] - 57:3, 79:25
**committed** [1] - 71:19
**committees** [1] - 71:16
**common** [1] - 70:15
**commonality** [1] -

7:22
**commonplace** [1] - 74:19
**communicated** [2] - 56:21, 57:14
**community** [14] - 31:12, 40:13, 41:10, 41:22, 42:13, 46:10, 54:13, 57:20, 58:9, 63:10, 68:2, 71:14, 72:20, 76:3
**companies** [9] - 7:19, 15:2, 15:14, 19:23, 36:8, 36:11, 36:17, 42:7, 76:7
**company** [9] - 18:1, 21:18, 34:13, 43:21, 44:23, 71:18, 74:13, 74:22, 76:16
**compass** [1] - 72:1
**compassion** [6] - 52:23, 53:13, 54:3, 56:15, 67:1, 68:12
**compassionate** [5] - 52:9, 54:8, 54:12, 65:20, 70:21
**compelled** [1] - 34:2
**compensation** [1] - 7:18
**competitive** [1] - 36:18
**competitor** [1] - 36:13
**complete** [2] - 53:20, 60:22
**completed** [1] - 59:4
**complex** [5] - 60:18, 60:20, 61:7, 62:22, 70:23
**compliance** [1] - 35:6
**compliant** [1] - 79:6
**complicated** [1] - 60:12
**complicity** [1] - 33:6
**comply** [2] - 76:22, 78:18
**comprehensive** [1] - 71:2
**compromised** [1] - 74:20
**concern** [1] - 66:25
**concerned** [4] - 9:14, 73:12, 75:21, 75:22
**concerning** [1] - 6:7
**conclude** [1] - 7:6
**concluded** [2] - 7:6, 80:14
**condition** [7] - 43:11, 56:19, 62:3, 70:4, 70:11, 70:19, 77:2
**conditions** [9] - 60:12,

61:23, 62:9, 62:14, 62:15, 62:19, 71:11, 77:1, 78:19
**conduct** [33] - 7:11, 7:17, 8:16, 9:3, 9:7, 10:2, 10:24, 13:2, 13:22, 14:25, 16:10, 18:14, 18:21, 23:16, 23:19, 24:17, 24:18, 26:17, 29:25, 32:15, 33:11, 33:18, 33:22, 33:24, 34:2, 41:20, 42:1, 42:2, 44:20, 73:10, 75:20
**conducted** [1] - 28:3
**conduction** [1] - 59:5
**confer** [1] - 79:10
**Confer** [1] - 79:13
**Conference** [3] - 6:4, 21:24, 25:10
**conference** [1] - 6:6
**confess** [1] - 38:14
**confinement** [2] - 41:10, 76:3
**confirm** [1] - 60:23
**congestive** [1] - 57:11
**congratulations** [2] - 64:7, 68:20
**Connecticut** [1] - 57:12
**consciousness** [2] - 15:20, 16:7
**conservative** [1] - 71:7
**consider** [7] - 10:6, 11:1, 11:2, 33:17, 34:2, 34:4, 45:17
**considerable** [1] - 61:19
**consideration** [8] - 9:6, 10:3, 38:23, 46:16, 54:14, 63:12, 72:22, 76:10
**considering** [2] - 10:4, 23:11
**considers** [1] - 39:21
**consistent** [1] - 32:2
**conspiracy** [11] - 3:4, 9:22, 9:23, 26:21, 35:16, 35:22, 35:24, 36:7, 75:1
**conspirators** [1] - 8:11
**consult** [1] - 79:5
**consultant** [1] - 31:21
**contact** [1] - 62:22
**contained** [2] - 10:10, 74:14
**containing** [1] - 32:20
**context** [2] - 23:1,

45:1
**continue** [4] - 42:16, 45:1, 51:4, 78:18
**continued** [2] - 26:11, 61:12
**continuing** [2] - 63:10, 72:15
**contributed** [2] - 71:16, 72:7
**control** [1] - 54:6
**controlled** [1] - 20:15
**conversation** [1] - 6:12
**convict** [1] - 22:4
**conviction** [2] - 45:12, 78:4
**cookout** [1] - 53:7
**cooperated** [1] - 22:21
**cooperating** [1] - 6:7
**cooperation** [2] - 22:19, 22:21
**coordinated** [1] - 56:21
**cord** [1] - 62:16
**core** [3] - 16:10, 16:11, 32:23
**corner** [1] - 31:14
**corners** [1] - 9:25
**correct** [7] - 5:7, 5:8, 23:21, 38:21, 48:5, 48:24, 80:18
**correspondence** [1] - 4:11
**corresponds** [1] - 44:14
**corrupt** [2] - 15:6, 76:14
**corrupted** [4] - 36:8, 74:12, 76:7, 76:16
**counsel** [4] - 2:24, 3:25, 6:2, 7:15
**Counsel** [3] - 47:9, 79:10, 79:13
**counseling** [1] - 71:10
**counselor** [1] - 30:16
**Count** [2] - 3:4, 4:19
**counted** [1] - 29:23
**counterbalance** [1] - 75:13
**countless** [3] - 51:4, 60:16, 64:11
**country** [4] - 13:25, 15:15, 43:19, 55:9
**counts** [1] - 77:25
**County** [1] - 67:12
**county** [1] - 36:21
**couple** [5] - 10:18, 30:12, 35:11, 40:11, 66:21
**course** [7] - 21:6,

28:10, 36:20, 44:6, 71:8, 78:8
**COURT** [115] - 1:1, 2:4, 2:13, 2:19, 2:24, 3:2, 3:25, 4:5, 4:7, 5:10, 5:22, 6:8, 7:1, 7:5, 8:25, 10:4, 10:7, 10:11, 10:15, 12:5, 12:8, 12:12, 12:16, 15:2, 16:24, 19:7, 19:17, 20:19, 21:2, 21:6, 21:11, 21:21, 21:23, 21:25, 22:4, 22:16, 22:19, 22:23, 23:11, 23:16, 23:21, 23:23, 24:1, 24:5, 24:13, 24:15, 24:17, 24:25, 25:9, 25:11, 25:14, 27:15, 36:6, 36:10, 36:20, 38:7, 38:10, 39:14, 39:19, 39:23, 40:2, 42:17, 42:21, 43:3, 46:17, 46:22, 46:24, 47:4, 47:8, 47:12, 47:16, 47:21, 48:4, 48:7, 48:9, 48:14, 48:18, 51:5, 51:8, 51:10, 51:15, 51:18, 51:22, 51:25, 54:15, 54:19, 54:24, 55:1, 58:11, 58:15, 58:18, 58:23, 59:8, 63:13, 63:18, 63:20, 64:1, 64:7, 68:19, 68:24, 69:13, 72:24, 73:5, 77:17, 77:20, 78:3, 78:12, 78:15, 78:24, 79:11, 79:14, 79:16, 79:24, 80:8, 80:10
**court** [6] - 6:5, 6:12, 21:13, 22:17, 24:21, 79:11
**Court** [25] - 1:23, 2:2, 3:11, 6:24, 9:1, 9:22, 11:1, 11:12, 13:21, 17:18, 26:25, 40:15, 42:25, 43:24, 45:17, 46:20, 46:25, 47:7, 51:14, 54:18, 58:17, 63:19, 73:2, 80:12, 80:22
**Court's** [6] - 8:21, 9:6, 10:2, 10:22, 25:13, 59:1
**courtesy** [1] - 79:8
**Courtroom** [1] - 1:8
**courtroom** [1] - 33:3
**coward** [1] - 12:8
**cracks** [1] - 6:16

**create** [3] - 39:2, 40:15
**created** [2] - 11:4, 74:4
**creative** [1] - 39:4
**credit** [2] - 11:7, 74:10
**crime** [11] - 16:4, 24:2, 24:3, 27:6, 27:11, 33:6, 33:7, 35:20, 42:5, 43:16, 45:8
**criminal** [9] - 3:3, 5:1, 5:11, 5:12, 13:21, 16:7, 18:14, 75:16, 76:19
**CRIMINAL** [1] - 1:3
**criminality** [1] - 15:21
**crisis** [5] - 15:15, 15:16, 27:3, 45:22
**critically** [1] - 74:7
**cross** [2] - 38:15
**cross-examination** [1] - 38:15
**cry** [1] - 51:7
**crying** [1] - 16:22
**Cub** [1] - 56:4
**culture** [1] - 56:6
**cured** [1] - 70:4
**current** [1] - 63:3
**cursory** [1] - 30:9
**customer** [1] - 26:2
**cut** [1] - 14:15
**CV** [2] - 28:17
**CVS** [3] - 17:23, 34:13, 34:15
**CVS's** [1] - 34:17

**D**

**dad** [23] - 19:19, 54:24, 55:5, 55:10, 55:13, 55:16, 55:20, 55:24, 56:9, 56:13, 56:14, 56:16, 56:19, 56:25, 57:7, 57:9, 57:12, 57:16, 57:19, 57:21, 57:23, 58:2
**dad's** [1] - 58:5
**damage** [1] - 76:13
**damages** [1] - 34:17
**dangerous** [1] - 74:15
**Daniel** [2] - 1:19, 2:11
**date** [4] - 9:20, 51:2, 78:20, 79:17
**daughter** [2] - 49:4, 74:1
**daughters** [1] - 31:11
**Davis** [1] - 59:23
**day-to-day** [1] - 42:6
**days** [5] - 27:17, 78:3, 78:25, 79:15, 79:16
**DEA** [3] - 13:23, 27:19,

44:10
**deal** [2] - 31:23, 41:22
**dealer** [10] - 33:4, 33:6, 35:23, 43:16, 43:18, 67:3, 69:6, 69:9, 69:11
**dealers** [2] - 43:15, 69:1
**dealing** [3] - 16:17, 16:18, 30:21
**death** [3] - 14:13, 79:2
**deaths** [2] - 45:24, 46:4
**debilitating** [1] - 52:12
**debt** [1] - 53:19
**decades** [2] - 32:18, 60:10
**decided** [1] - 56:20
**decision** [2] - 26:11, 61:3
**decline** [1] - 56:20
**declined** [1] - 26:7
**dedicate** [1] - 72:15
**dedicated** [5] - 28:5, 28:19, 41:18, 69:22, 71:4
**deemed** [1] - 58:7
**deeper** [1] - 53:18
**deeply** [1] - 72:1
**defect** [1] - 78:6
**Defendant** [5] - 1:5, 1:15, 6:7, 79:10, 79:13
**DEFENDANT** [6] - 2:2, 3:1, 3:24, 4:4, 4:6, 69:19
**defendant** [16] - 3:3, 6:18, 6:22, 10:21, 11:3, 12:1, 22:5, 26:4, 26:8, 26:9, 26:10, 26:12, 26:14, 45:15, 73:8, 74:12
**defendant's** [5] - 4:10, 5:6, 25:5, 26:17, 36:7
**defense** [4] - 7:10, 7:15, 8:20, 77:13
**defer** [1] - 19:12
**defines** [1] - 45:19
**delicious** [1] - 56:12
**demonstrate** [2] - 9:13, 42:1
**demonstrated** [2] - 15:20, 56:16
**demonstrating** [1] - 12:5
**demonstration** [2] - 9:16, 33:3
**denied** [1] - 27:25
**deny** [1] - 20:22

**Department** [1] - 35:18
**department** [1] - 31:21
**depositions** [1] - 37:10
**deprive** [1] - 44:25
**describe** [2] - 39:25, 52:8
**described** [1] - 30:15
**describes** [1] - 28:19
**describing** [1] - 14:18
**descriptions** [1] - 9:20
**deserved** [2] - 66:18, 67:1, 70:21
**deserves** [1] - 9:4
**designation** [1] - 78:17
**designed** [2] - 8:4, 8:7, 74:17
**desire** [1] - 3:12
**despite** [1] - 25:23
**destroy** [1] - 67:19
**detailed** [2] - 61:2, 71:2
**detailing** [1] - 63:4
**detention** [1] - 76:3
**deter** [4] - 44:2, 44:21, 44:23, 45:5
**deterioriating** [1] - 64:23
**determining** [1] - 23:13
**deterrence** [6] - 44:3, 44:18, 44:23, 75:21, 75:22, 75:24
**deterrent** [3] - 76:2, 76:5, 76:6
**deterring** [2] - 44:18, 45:7
**detriment** [1] - 16:14
**developed** [2] - 72:12, 73:14
**devised** [1] - 26:19
**devoted** [2] - 55:6, 69:23
**devotion** [1] - 56:16
**diagnosed** [3] - 57:11, 61:25, 63:1
**diagnosis** [2] - 61:4, 61:11
**diapers** [1] - 56:12
**diastrophic** [1] - 64:10
**different** [10] - 23:6, 28:21, 30:23, 33:7, 37:9, 45:1, 45:23, 62:5, 62:18, 75:19
**differentiate** [1] - 60:12
**difficult** [3] - 16:17, 17:18, 59:18

**difficulties** [1] - 70:14
**difficulty** [1] - 32:17
**digesting** [1] - 7:21
**dignity** [2] - 57:1, 65:22
**diminishes** [1] - 69:7
**direct** [1] - 47:9
**directed** [1] - 34:18
**direction** [1] - 15:19
**directly** [3] - 33:5, 47:3, 52:6
**disabilities** [1] - 56:24
**discharged** [3] - 26:9, 26:12, 35:7
**disciplines** [2] - 28:22, 28:23
**discretion** [2] - 34:4, 58:8
**discuss** [1] - 22:14
**discussed** [1] - 18:22
**discussion** [1] - 79:11
**discussions** [1] - 61:2
**disease** [2] - 56:18, 62:15
**disguised** [1] - 71:24
**disk** [1] - 62:11
**dismissed** [1] - 77:25
**dispose** [1] - 8:1
**dispute** [2] - 4:18, 73:18
**disputing** [3] - 23:7, 23:8
**disservice** [1] - 54:12
**distress** [1] - 70:12
**distributed** [1] - 30:6
**distribution** [3] - 7:23, 8:12
**DISTRICT** [2] - 1:1, 1:1
**district** [1] - 33:10
**diverse** [1] - 60:18
**DIVISION** [1] - 1:2
**doctor** [28] - 9:24, 11:20, 12:24, 13:8, 13:24, 27:7, 28:15, 30:19, 30:23, 33:4, 35:9, 40:10, 41:12, 42:11, 42:12, 44:3, 44:18, 44:21, 45:5, 45:7, 46:9, 49:13, 49:25, 50:9, 50:24, 51:2, 54:8, 65:13
**Doctor** [2] - 59:8, 63:13
**doctor's** [1] - 13:5
**doctor/patient** [1] - 16:11
**doctors** [21] - 13:12, 13:25, 15:5, 15:6, 15:7, 16:12, 18:19, 27:3, 28:13, 30:18,

30:20, 31:3, 31:5, 38:1, 43:8, 43:22, 46:5, 49:9, 49:21, 56:22, 59:21
**document** [2] - 20:20, 42:3
**documents** [1] - 29:23
**dollars** [1] - 76:2
**donation** [1] - 54:1
**done** [15] - 12:25, 19:2, 19:22, 22:11, 25:20, 30:10, 39:5, 39:9, 40:18, 41:22, 46:8, 60:25, 61:13, 62:23, 76:12
**door** [2] - 25:23, 52:15
**doors** [2] - 27:23, 27:25
**dose** [1] - 14:4
**doses** [1] - 20:15
**doubt** [8] - 15:8, 15:10, 35:20, 58:5, 73:18, 73:25, 74:3, 75:15
**down** [9] - 14:9, 14:12, 18:5, 27:21, 41:1, 45:25, 50:16, 59:8, 59:9
**dr** [1] - 78:15
**Dr** [171] - 2:12, 2:23, 2:25, 3:21, 4:23, 5:11, 5:25, 8:2, 8:22, 9:10, 9:14, 9:16, 9:21, 9:24, 10:2, 11:17, 13:14, 13:24, 14:6, 14:14, 14:15, 15:10, 15:23, 16:25, 17:1, 17:23, 19:11, 20:10, 20:13, 20:14, 20:17, 20:24, 23:20, 24:18, 24:21, 24:23, 25:18, 25:19, 25:23, 25:24, 25:25, 26:4, 26:10, 26:13, 26:22, 26:25, 27:18, 28:1, 28:10, 28:15, 28:17, 28:21, 28:24, 28:25, 29:1, 29:3, 29:5, 29:13, 30:19, 31:5, 32:3, 32:5, 32:15, 32:23, 33:17, 33:19, 34:5, 34:19, 34:24, 35:7, 36:2, 36:24, 37:2, 37:3, 37:4, 37:9, 37:16, 37:22, 38:3, 39:6, 39:17, 39:21, 42:11, 43:9, 43:12, 44:1, 44:6, 44:19, 44:25, 45:20, 46:6, 46:11, 49:3,

49:6, 49:8, 49:19, 49:24, 50:4, 50:8, 50:10, 50:14, 50:17, 50:22, 50:25, 51:1, 52:4, 52:8, 52:23, 53:2, 53:19, 53:25, 54:4, 54:11, 55:22, 58:14, 58:17, 58:18, 59:2, 59:3, 59:23, 60:1, 60:2, 60:5, 60:9, 60:16, 60:21, 61:6, 61:11, 62:2, 62:7, 62:19, 62:21, 63:2, 63:7, 63:9, 63:14, 64:9, 64:14, 64:15, 64:16, 64:19, 65:2, 65:23, 66:3, 66:14, 66:21, 66:24, 67:5, 67:10, 67:14, 67:17, 67:18, 67:23, 68:2, 69:10, 73:17, 74:19, 75:4, 75:5, 75:20, 75:22, 75:25, 76:12, 80:11
**DR** [3] - 58:21, 58:25, 59:11
**dreams** [1] - 54:8
**dressing** [1] - 56:23
**drive** [1] - 53:18
**driving** [2] - 40:18, 40:20
**drove** [2] - 50:8, 57:12
**drug** [26] - 7:16, 8:6, 13:6, 14:5, 15:23, 16:2, 17:14, 18:1, 24:11, 26:6, 27:6, 33:4, 33:6, 43:15, 43:16, 44:6, 67:3, 69:1, 69:2, 69:6, 69:9, 69:11, 74:15, 74:17, 74:24
**drug-seeking** [2] - 17:14, 26:6
**drugs** [9] - 8:21, 11:19, 26:20, 26:21, 27:5, 29:16, 43:19, 43:23, 69:5
**due** [4] - 4:21, 34:1, 45:25, 49:17
**during** [3] - 3:6, 3:17, 37:13
**DVD** [1] - 53:20
**dwarfism** [1] - 64:10
**dying** [1] - 14:14
**dysplasia** [1] - 64:10

### E

**e-mail** [1] - 15:22
**e-mails** [2] - 13:15,

50:18
**ear** [2] - 6:2, 52:24
**early** [2] - 28:3, 40:7
**earn** [1] - 44:11
**earpiece** [1] - 5:25
**ease** [2] - 40:9, 60:25
**easy** [1] - 16:8
**eat** [1] - 56:8
**echo** [1] - 20:2
**educated** [2] - 16:12, 19:19
**education** [1] - 16:13
**effect** [1] - 45:7
**effective** [1] - 71:3
**effects** [2] - 62:18, 70:7
**effort** [2] - 50:2, 56:3
**eight** [1] - 76:24
**eighty** [1] - 39:19
**eighty-nine** [1] - 39:19
**either** [7] - 3:14, 23:4, 31:6, 33:5, 36:13, 55:24, 74:10
**elaborating** [1] - 55:10
**elated** [1] - 17:10
**electrodiagnostics** [1] - 59:5
**element** [2] - 32:7
**eligible** [1] - 7:12
**elsewhere** [1] - 41:23
**elucidate** [1] - 22:8
**emergency** [1] - 49:5
**EMG** [6] - 59:5, 60:2, 60:6, 60:9, 60:10, 62:23
**EMGs** [6] - 49:20, 59:6, 59:12, 59:16, 59:18, 62:7
**emotionally** [1] - 70:18
**empathized** [1] - 70:13
**employed** [1] - 52:4
**employee** [1] - 53:23
**employers** [1] - 53:22
**encounters** [1] - 55:20
**end** [2] - 15:9, 63:16
**ended** [2] - 25:10, 75:1
**endless** [1] - 55:16
**energy** [1] - 55:16
**engage** [2] - 13:8, 75:23
**engaged** [5] - 3:16, 18:14, 36:7, 36:18, 75:17
**engaging** [1] - 25:2, 75:2
**enjoyed** [2] - 71:13,

72:6
**enlist** [1] - 46:11
**enormous** [1] - 15:16
**enrich** [1] - 68:10
**ensured** [1] - 57:14
**entered** [2] - 8:19, 41:4
**entire** [5] - 53:7, 55:10, 56:15, 64:13
**entitled** [2] - 44:4, 80:19
**enzyme** [1] - 49:18
**equipment** [2] - 30:13
**ER** [1] - 67:25
**especially** [6] - 44:19, 65:18, 70:10, 74:1, 76:5, 79:6
**Esq** [3] - 1:13, 1:14, 1:16
**essential** [2] - 32:7
**essentially** [2] - 29:1, 29:10
**established** [3] - 26:1, 27:8, 29:1
**establishes** [1] - 28:18
**Esther** [1] - 53:6
**et** [1] - 4:12
**evaluate** [1] - 71:1
**evenings** [1] - 55:13
**event** [3] - 55:25, 59:24, 72:1
**eventually** [2] - 49:22, 60:7
**everyday** [1] - 62:13
**evidence** [7] - 9:15, 11:13, 12:13, 29:8, 29:21, 33:24, 75:14
**evil** [1] - 19:14
**evolved** [2] - 59:7, 59:13
**exactly** [3] - 13:20, 22:11, 25:22
**examination** [3] - 38:15, 60:22, 71:3
**example** [1] - 46:3
**examples** [3] - 49:16, 53:12, 57:18
**exams** [4] - 30:8, 30:9, 60:11, 65:5
**except** [3] - 10:8, 22:5, 66:22
**exception** [1] - 23:19
**excessive** [1] - 27:9
**exchange** [1] - 13:3
**excised** [1] - 20:22
**excuse** [1] - 34:12
**exemplified** [1] - 70:2
**exercise** [1] - 58:7
**exercises** [1] - 65:15

**exhibit** [1] - 57:3
**exist** [1] - 33:18
**exited** [1] - 61:16
**expect** [1] - 16:12
**experience** [7] - 30:22, 48:2, 48:21, 59:17, 60:11, 63:7, 66:13
**experienced** [2] - 59:21, 64:24
**experiencing** [1] - 61:9
**expert** [1] - 71:14
**expertise** [4] - 59:16, 60:5, 60:10, 60:19
**explain** [1] - 6:13
**express** [1] - 63:6
**expressed** [1] - 74:1
**expressly** [2] - 10:20, 10:23
**extend** [2] - 78:25, 79:7
**extension** [1] - 6:15
**extent** [2] - 8:20, 20:12
**externalities** [1] - 11:5
**extraordinary** [1] - 28:19
**extravagantly** [1] - 40:18
**extreme** [1] - 61:9
**extremely** [2] - 74:15, 75:15
**extremity** [3] - 61:10, 61:13, 61:14
**eye** [2] - 12:14, 29:14
**eye-popping** [1] - 29:14

### F

**face** [1] - 61:14
**faced** [1] - 70:15
**facilitate** [1] - 5:1
**facility** [1] - 78:17
**facing** [2] - 16:6, 17:23
**fact** [19] - 9:21, 13:5, 19:17, 20:25, 24:21, 26:6, 31:4, 32:14, 32:23, 34:14, 34:18, 34:24, 39:24, 40:13, 43:24, 45:13, 49:7, 50:5, 69:10
**factor** [3] - 12:18, 70:5, 75:2
**factors** [6] - 14:3, 18:16, 22:11, 73:7, 76:11, 77:23
**facts** [15] - 8:19,

11:16, 12:2, 20:16, 20:19, 21:14, 22:13, 22:17, 22:24, 25:4, 25:24, 35:25, 36:1, 36:2, 75:3
**factual** [1] - 32:7
**failed** [1] - 52:13
**failure** [1] - 57:11
**fair** [3] - 10:13, 12:3, 36:6
**fairly** [2] - 20:6, 71:1
**faith** [2] - 67:8, 68:4
**fake** [1] - 7:19, 8:3
**falls** [1] - 77:21
**familial** [1] - 79:7
**families** [9] - 14:22, 16:13, 17:15, 29:18, 33:14, 53:8, 67:19, 67:20
**family** [21] - 4:12, 14:11, 20:4, 39:12, 39:21, 46:5, 54:2, 55:7, 55:11, 56:15, 57:21, 57:24, 58:6, 58:9, 64:15, 65:12, 66:10, 68:1, 72:19, 74:2
**fantastic** [1] - 79:16
**far** [7] - 8:17, 9:13, 37:12, 62:7, 73:12, 75:21
**fashion** [1] - 42:12
**fashioning** [1] - 45:12
**father** [6] - 20:4, 39:16, 57:6, 57:10, 63:1, 68:3
**FBI** [3] - 1:19, 2:11, 13:23
**FDA** [1] - 37:19
**FDA-approved** [1] - 37:19
**fears** [1] - 13:4
**February** [2] - 27:18, 40:25
**FEBRUARY** [1] - 1:7
**Federal** [1] - 1:23
**feelings** [1] - 76:12
**feet** [1] - 64:22
**fell** [1] - 13:25
**fellows** [1] - 28:22
**felony** [1] - 38:25
**felt** [1] - 70:2
**female** [1] - 16:20
**fentanyl** [7] - 14:4, 14:5, 14:8, 29:16, 46:1, 71:22, 74:14
**fentanyl-based** [1] - 29:16
**ferreted** [1] - 13:23
**few** [6] - 2:23, 43:4,

49:16, 59:1, 60:8, 61:24
**field** [2] - 30:20, 70:1
**figure** [2] - 50:2, 61:10
**figured** [1] - 56:6
**file** [3] - 32:9, 32:19, 78:3
**filed** [3] - 9:20, 39:8, 80:3
**files** [2] - 28:1, 35:10
**filling** [1] - 17:24
**final** [3] - 6:15, 54:2, 57:2
**financial** [6] - 43:11, 53:19, 74:4, 77:4, 77:5
**financially** [1] - 53:15
**fine** [11] - 5:16, 21:23, 23:3, 27:15, 40:17, 42:21, 76:1, 76:2, 76:21, 77:7
**finished** [1] - 61:20
**first** [14] - 10:19, 11:16, 14:2, 35:1, 38:16, 45:15, 45:19, 59:3, 62:22, 65:13, 66:23, 69:19, 79:20
**fit** [1] - 58:7
**five** [5] - 2:22, 27:17, 27:22, 47:2, 55:15
**flags** [3] - 11:25, 14:24, 17:22
**flash** [2] - 28:2, 28:5
**Floor** [1] - 1:24
**flow** [2] - 43:19, 44:4
**folks** [1] - 16:17
**followed** [1] - 52:21
**following** [2] - 28:4, 57:6
**food** [1] - 56:7
**FOR** [1] - 1:1
**force** [1] - 31:22
**foregoing** [1] - 80:18
**foreign** [1] - 67:4
**foremost** [1] - 10:19
**forever** [1] - 22:9
**forfeiting** [1] - 39:7
**forfeiture** [1] - 77:10
**forget** [5] - 25:22, 49:8, 49:11, 53:13, 56:2
**form** [2] - 21:16, 64:10
**formal** [1] - 59:15
**formally** [1] - 4:16
**former** [1] - 47:24
**forms** [1] - 13:12
**formulate** [1] - 71:3
**forth** [3] - 9:14, 22:5, 50:3
**forward** [1] - 63:21

**foundation** [1] - 59:15
**four** [8] - 8:17, 9:24, 24:9, 27:16, 28:8, 29:21, 35:3, 55:7
**four-year** [1] - 28:8
**frankly** [1] - 35:13
**fraud** [1] - 4:21
**free** [4] - 19:2, 54:7, 56:7, 74:6
**frequently** [2] - 58:1, 70:6
**friend** [4] - 59:14, 64:25, 65:19, 68:4
**friends** [3] - 57:20, 67:4, 74:2
**frustrations** [1] - 70:20
**fulfillment** [1] - 70:22
**full** [7] - 47:13, 51:18, 54:20, 58:19, 59:17, 63:23, 64:23
**fully** [8] - 3:13, 3:16, 48:7, 51:19, 54:21, 58:19, 63:21, 69:17
**function** [1] - 69:24
**functions** [1] - 43:23
**fundamental** [1] - 78:6
**furthermore** [1] - 70:25
**fusion** [1] - 49:2
**future** [2] - 48:23, 54:7

**G**

**gain** [2] - 41:1, 59:18
**gallery** [1] - 66:15
**game** [2] - 64:12, 64:14
**gamut** [1] - 31:11
**GBMC** [2] - 31:21, 49:3
**Gehrig's** [1] - 56:18
**general** [2] - 37:10, 75:24
**generalization** [1] - 32:14
**generalized** [1] - 10:9
**generally** [3] - 33:22, 38:15, 43:14
**generated** [1] - 3:23
**generosity** [2] - 53:13, 54:3
**generous** [6] - 52:9, 52:14, 54:1, 54:11, 63:3
**GEORGE** [1] - 1:10
**George** [1] - 2:3
**gift** [1] - 57:16
**given** [12] - 5:25, 7:25, 11:7, 13:5, 13:6,

13:14, 17:17, 44:20, 69:10, 74:10, 76:5
**Glendening** [1] - 31:19
**GLR-21-178** [2] - 1:4, 2:10
**glue** [1] - 55:7
**gluten** [1] - 56:7
**gluten-free** [1] - 56:7
**go-to** [1] - 31:13
**goals** [1] - 65:25
**goods** [1] - 13:7
**government** [38] - 5:4, 8:20, 9:13, 9:21, 10:11, 20:23, 21:10, 22:21, 23:8, 24:9, 27:6, 29:7, 29:10, 29:11, 29:21, 30:1, 31:25, 32:4, 33:5, 33:8, 33:20, 33:23, 34:7, 35:15, 35:19, 38:19, 38:24, 39:5, 41:21, 41:25, 43:6, 44:12, 45:4, 46:7, 69:3, 80:7
**government's** [8] - 4:9, 4:15, 10:10, 19:4, 25:21, 33:16, 42:2, 69:3
**Governor** [1] - 31:18
**graces** [1] - 13:11
**graduate** [2] - 64:6, 68:20
**graduated** [1] - 66:4
**grandbaby** [1] - 79:2
**grandchild** [1] - 57:23
**grandchildren** [2] - 57:15, 57:16
**grandfather** [1] - 68:4
**grandfather's** [1] - 57:13
**grandkids** [2] - 48:1, 48:21
**grandpa** [1] - 55:5, 57:10, 57:15
**granted** [1] - 5:10
**grateful** [1] - 58:7
**grave** [2] - 53:25, 71:17
**great** [8] - 7:2, 13:18, 29:19, 32:17, 41:22, 50:24, 57:16
**great-grandchildren** [1] - 57:16
**greater** [1] - 76:22
**greatest** [1] - 17:20
**grieves** [1] - 57:8
**gross** [2] - 34:8, 71:19
**group** [1] - 53:3
**growing** [1] - 55:12

**guess** [3] - 10:13, 14:24, 69:1
**guideline** [9] - 4:18, 5:14, 5:20, 6:23, 18:22, 38:20, 45:16, 76:20, 77:21
**guidelines** [7] - 6:21, 18:17, 38:20, 39:1, 45:13, 76:18, 77:22
**Guidelines** [1] - 4:20
**Guillain** [1] - 62:15
**Guillain-Barre** [1] - 62:15
**guilt** [1] - 15:20, 16:7
**guilty** [6] - 3:3, 4:16, 6:5, 78:4, 78:7, 78:9
**guise** [1] - 7:19
**gullible** [1] - 39:23
**guy** [1] - 40:12
**guys** [3] - 17:25, 18:1, 31:13

**H**

**H-a-l-l-m-a-n** [2] - 58:16, 58:22
**habits** [1] - 25:18
**half** [2] - 29:22, 58:1
**Hallman** [6] - 58:14, 58:16, 58:17, 58:18, 58:21, 63:14
**HALLMAN** [3] - 58:21, 58:25, 59:11
**hand** [1] - 40:9
**handle** [1] - 80:6
**happy** [9] - 6:19, 6:24, 19:9, 19:12, 47:17, 51:25, 58:23, 64:1, 69:17
**hard** [2] - 48:23, 74:5
**harm** [3] - 29:13, 29:18, 29:19
**harmful** [1] - 32:11
**harsh** [1] - 49:10
**headache** [3] - 50:6, 50:7, 50:19
**headlines** [1] - 28:4
**heads** [2] - 38:12
**heads-up** [1] - 38:12
**headstone** [1] - 53:25
**health** [2] - 65:17, 70:23
**healthcare** [2] - 69:23, 70:25
**Healthy** [4] - 18:5, 24:11, 24:14, 30:3
**hear** [13] - 8:9, 10:11, 19:9, 20:1, 37:2, 37:4, 39:11, 46:18, 47:17, 52:1, 58:24,

64:2, 69:17
**heard** [1] - 3:18
**HEARING** [1] - 1:5
**heart** [2] - 50:11,
57:11
**hearts** [1] - 67:22
**heavily** [2] - 57:9, 58:6
**heavy** [2] - 75:3, 76:10
**held** [1] - 11:6
**help** [4] - 40:9, 42:14,
51:4, 63:10
**helped** [7] - 15:10,
21:15, 49:4, 50:15,
61:1, 66:17, 66:18
**helpful** [1] - 37:20
**helping** [4] - 46:11,
57:4, 62:24, 69:24
**helps** [1] - 56:10
**hereby** [1] - 80:17
**herniations** [1] - 62:12
**heroin** [3] - 11:18,
14:9, 46:2
**hesitation** [1] - 57:11
**hide** [1] - 7:19
**high** [3] - 14:4, 20:14,
47:24
**higher** [2] - 15:21,
37:25
**highest** [1] - 18:7
**himself** [7] - 15:25,
25:6, 60:23, 61:20,
74:5, 74:20, 74:22
**hip** [1] - 64:23
**history** [7] - 5:12,
11:2, 70:14, 71:2,
73:8, 76:19
**hitter** [2] - 7:24, 14:19
**Hoffberg** [139] - 2:9,
2:12, 2:16, 2:23,
2:25, 3:21, 4:16,
5:11, 5:25, 8:2, 8:22,
9:10, 9:14, 9:21,
11:17, 13:14, 13:24,
14:14, 14:15, 15:10,
15:23, 16:16, 16:25,
17:8, 17:23, 19:11,
20:24, 23:20, 24:15,
24:16, 24:18, 24:23,
25:23, 26:4, 26:22,
26:25, 28:1, 28:10,
28:15, 29:3, 29:5,
29:12, 29:13, 30:2,
30:13, 30:19, 32:5,
32:15, 32:23, 34:5,
34:19, 36:2, 36:24,
37:2, 37:3, 37:4,
37:9, 37:16, 37:22,
38:3, 39:6, 39:17,
39:21, 42:11, 43:9,
43:12, 44:1, 44:6,

44:19, 44:25, 45:20,
46:6, 46:11, 49:3,
49:6, 49:8, 49:19,
49:24, 50:8, 50:10,
50:14, 50:17, 50:22,
50:25, 51:1, 52:4,
52:5, 52:8, 52:23,
53:2, 53:19, 53:25,
54:4, 54:11, 55:22,
59:2, 59:3, 60:1,
60:2, 60:5, 60:9,
60:16, 60:21, 61:6,
61:11, 62:2, 62:7,
62:21, 63:2, 63:7,
63:9, 64:9, 64:14,
64:15, 64:16, 64:19,
65:2, 65:23, 66:24,
67:5, 67:14, 67:17,
67:18, 67:23, 68:2,
69:10, 69:14, 72:24,
73:17, 74:19, 75:20,
75:22, 75:25, 76:12,
78:3, 78:15, 78:21
**HOFFBERG** [1] - 1:5
**hoffberg** [2] - 67:10,
80:11
**Hoffberg's** [24] - 4:23,
9:13, 9:16, 10:2,
14:6, 17:1, 20:10,
20:13, 20:17, 25:18,
27:18, 28:17, 28:21,
31:5, 33:17, 34:24,
35:7, 50:4, 62:19,
66:3, 66:14, 66:21,
75:4, 75:5
**hold** [4] - 12:3, 18:13,
32:14, 40:8
**holding** [1] - 32:20
**holiday** [1] - 79:21
**holidays** [1] - 40:7
**holistic** [5] - 30:14,
65:14, 66:6, 70:3
**Home** [1] - 67:12
**home** [9] - 41:9, 50:8,
50:9, 61:25, 65:15,
71:6, 76:3, 76:4
**homes** [2] - 33:15,
71:6
**honest** [1] - 18:20
**Honor** [79] - 2:8, 2:15,
2:20, 5:8, 5:21, 6:11,
6:14, 6:20, 6:23, 7:4,
8:14, 9:18, 10:13,
10:17, 11:11, 12:1,
12:11, 12:20, 12:21,
15:17, 16:9, 18:15,
19:3, 19:16, 20:7,
22:2, 22:18, 22:20,
25:7, 25:12, 25:16,
26:16, 27:13, 28:18,

32:19, 34:1, 35:11,
36:15, 38:5, 38:13,
38:15, 41:7, 41:25,
42:5, 43:4, 43:5,
44:17, 45:11, 45:13,
45:21, 46:13, 46:14,
46:21, 46:23, 47:1,
47:11, 47:18, 47:23,
50:21, 50:25, 52:2,
54:14, 55:3, 58:5,
63:12, 64:4, 68:22,
69:11, 72:22, 77:16,
78:2, 78:11, 78:14,
79:15, 79:18, 79:19,
79:22, 80:7, 80:9
**honor** [2] - 67:9, 72:18
**HONORABLE** [1] -
1:10
**Honorable** [4] - 2:3,
42:25, 73:2, 80:12
**honoraria** [4] - 13:8,
13:13, 71:24, 75:18
**honorarium** [3] - 7:19,
8:2, 8:3
**honors** [1] - 66:4
**hooked** [2] - 14:7,
29:16
**HOOPER** [10] - 47:11,
47:14, 47:15, 47:18,
47:22, 48:6, 48:8,
48:20, 51:7, 51:9
**Hooper** [11] - 47:6,
47:7, 47:8, 47:14,
47:15, 47:16, 47:24,
48:10, 48:11, 48:19,
51:12
**hope** [9] - 2:21, 42:12,
54:6, 68:13, 68:16,
69:9, 70:22, 78:11
**Hopkins** [2] - 59:24,
61:21
**horribles** [1] - 14:10
**horrific** [1] - 49:5
**hospital** [1] - 57:14
**Hospital** [2] - 49:3,
67:13
**hospitals** [1] - 71:6
**host** [1] - 53:7
**hosted** [1] - 59:24
**hours** [3] - 52:17,
66:21, 71:4
**house** [2] - 40:8,
56:23
**houses** [1] - 33:1
**Howard** [4] - 2:9, 2:16,
60:1, 64:9
**HOWARD** [1] - 1:5
**hug** [1] - 41:17
**human** [2] - 50:24,
65:21

**humbly** [1] - 68:11
**hurt** [1] - 30:24
**husband** [4] - 19:18,
20:4, 55:6, 57:7
**hyperbole** [1] - 34:7

**I**

**i.e** [1] - 26:2
**idea** [2] - 8:8, 67:2
**identify** [1] - 33:12
**ignored** [1] - 37:4
**Ill** [2] - 1:10, 2:3
**illegal** [1] - 43:7
**illicit** [1] - 46:1
**illicitly** [1] - 69:5
**illnesses** [2] - 52:12
**imagine** [2] - 20:2,
65:8
**imaging** [1] - 65:6
**immediate** [2] - 3:20,
20:6
**immediately** [1] -
59:25
**impact** [1] - 68:15
**impacted** [1] - 66:2
**important** [2] - 74:7,
78:18
**impose** [1] - 77:7
**imposed** [1] - 5:18
**imposing** [2] - 45:17,
75:25
**imposition** [1] - 69:15
**impressed** [1] - 49:12
**imprison** [1] - 69:4
**imprisonment** [4] -
18:17, 40:15, 44:19,
45:18
**improper** [3] - 24:17,
75:12, 75:20
**improprieties** [1] -
71:19
**impropriety** [1] - 72:2
**improve** [1] - 50:23
**improving** [1] - 55:18
**IN** [1] - 1:1
**in-home** [1] - 71:6
**inappropriate** [1] -
75:6
**incapacitating** [1] -
70:6
**incarcerate** [1] - 54:11
**incarcerated** [1] - 23:2
**incarceration** [1] -
38:19
**include** [1] - 6:6
**included** [1] - 17:2
**includes** [1] - 23:12
**including** [5] - 4:11,
14:6, 20:15, 55:7,

**humbly**

71:9
**increase** [1] - 46:3
**increased** [1] - 46:1
**incredible** [2] - 41:12,
55:4
**incredibly** [1] - 58:6
**indeed** [2] - 61:25,
55:20
**indicated** [4] - 9:5,
17:4, 35:6, 46:17
**indicates** [1] - 25:25
**indicating** [3] - 7:15,
11:22, 17:4
**indications** [1] - 11:20
**individual** [2] - 4:17,
44:3
**individuals** [9] - 7:11,
8:5, 19:10, 20:5,
73:19, 73:21, 73:23,
75:10, 79:5
**information** [9] - 3:4,
4:17, 10:22, 11:15,
20:22, 20:24, 77:4,
77:5, 77:6
**ingested** [1] - 15:5
**injections** [2] - 65:15,
71:9
**injuries** [2] - 31:9,
62:16
**inquiring** [1] - 8:21
**insight** [1] - 69:10
**insisted** [1] - 65:17
**instance** [1] - 74:23
**instances** [1] - 75:19
**instead** [3] - 36:12,
74:23, 75:7
**instructed** [1] - 35:8
**instructs** [1] - 35:18
**insurance** [1] - 30:7
**Insys** [11] - 9:23,
13:11, 13:12, 16:1,
18:9, 18:19, 24:22,
26:19, 26:21, 43:24,
71:18
**integrated** [1] - 70:2
**integrity** [2] - 54:4,
67:9
**intensity** [1] - 70:8
**intent** [1] - 21:17
**interest** [1] - 50:10
**interested** [1] - 60:15
**interesting** [1] - 7:22
**interests** [2] - 56:3,
74:22
**Internet** [1] - 41:5
**interpretation** [1] -
62:24
**interrupting** [1] - 8:15
**introduced** [1] - 65:13
**introduction** [1] -

48:14
**investigated** [1] - 44:15
**investigation** [5] - 3:22, 13:23, 28:8, 37:10, 37:13
**involuntary** [1] - 78:5
**involved** [7] - 19:20, 26:18, 61:5, 65:12, 70:14, 70:15, 71:14
**involvement** [1] - 36:7
**involving** [1] - 61:7
**irresponsible** [1] - 72:13
**irreversible** [1] - 70:6
**issue** [5] - 6:9, 43:14, 44:17, 75:13, 78:10
**issues** [4] - 6:21, 16:18, 31:23, 39:12
**itself** [5] - 4:8, 7:16, 7:23, 36:14, 62:3

## J

**jail** [6] - 23:9, 41:8, 44:2, 44:19, 45:5, 46:9
**Janice** [3] - 51:13, 51:23, 52:3
**janice** [1] - 51:14
**JANICE** [1] - 51:23
**January** [1] - 57:25
**Jason** [2] - 1:16, 2:10
**Jersey** [1] - 56:20
**job** [1] - 17:18
**jobs** [2] - 33:14, 53:11
**Johns** [1] - 61:21
**Johnson** [2] - 3:14, 3:15
**Jordan** [1] - 58:1
**Joshua** [2] - 1:13, 2:15
**judge** [3] - 34:5, 63:16, 68:2
**Judge** [4] - 1:10, 58:25, 64:3, 69:21
**judgment** [4] - 15:19, 41:4, 72:4, 79:25
**June** [3] - 79:21, 79:23, 79:24
**jurors** [1] - 63:17
**Justice** [1] - 35:18

## K

**keep** [1] - 47:20
**keeps** [1] - 55:7
**kept** [5] - 13:11, 14:16, 18:6, 50:1, 50:22
**keys** [1] - 59:10

**kick** [1] - 26:18
**kickback** [7] - 3:4, 24:3, 26:18, 26:19, 33:7, 35:16, 35:21
**kickbacks** [7] - 13:3, 18:19, 21:17, 24:24, 29:15, 71:23, 74:13
**kids** [4] - 48:1, 48:20, 56:11, 56:14
**kill** [1] - 66:20
**killed** [1] - 77:9
**killing** [1] - 36:21
**kind** [12] - 13:21, 17:5, 32:1, 32:2, 36:23, 45:5, 55:22, 64:12, 65:6, 67:16, 69:7, 75:23
**kindness** [1] - 57:2
**kinds** [1] - 39:10
**knee** [2] - 40:11, 48:25
**knock** [1] - 52:15
**knowing** [5] - 11:17, 25:1, 25:24, 52:4, 53:18
**knowledge** [7] - 8:10, 20:14, 21:17, 60:6, 63:3, 68:5, 68:6
**known** [5] - 12:25, 50:7, 55:5, 56:18, 65:8
**knows** [4] - 12:2, 16:3, 30:1, 33:8
**kosher** [1] - 56:7

## L

**label** [5] - 7:16, 36:14, 42:6, 42:8, 42:9
**lack** [2] - 65:10, 72:4
**lady** [1] - 17:3
**LALCHANDANI** [11] - 46:23, 47:1, 47:5, 47:10, 48:11, 48:16, 51:12, 54:16, 58:13, 58:16, 63:14
**Lalchandani** [4] - 1:14, 2:16, 37:7, 46:19
**language** [1] - 37:3
**large** [6] - 27:5, 28:23, 31:8, 36:15, 37:22, 76:4
**last** [6] - 11:11, 28:8, 44:12, 49:13, 58:15, 63:15
**late** [2] - 40:6, 40:8
**Lateral** [1] - 72:18
**laudatory** [1] - 40:19
**laundering** [1] - 30:11
**lavish** [1] - 76:4

**law** [2] - 56:17, 66:1
**leaning** [1] - 57:9
**leap** [1] - 32:4
**learned** [4] - 26:10, 53:24, 56:13, 63:7
**least** [13] - 20:9, 21:14, 21:16, 25:2, 27:25, 33:5, 39:24, 43:7, 44:14, 46:11, 53:4, 63:15, 74:21
**leave** [2] - 27:24, 76:9
**lectured** [1] - 31:18
**lectures** [2] - 71:16, 71:24
**led** [3] - 15:15, 15:16, 56:3
**left** [3] - 2:17, 29:17, 35:1
**legal** [1] - 64:5
**legitimate** [8] - 24:4, 24:8, 27:1, 27:4, 27:11, 32:6, 35:9, 36:3
**legs** [1] - 49:18
**Len** [5] - 56:17, 56:22, 56:25, 57:1, 57:3
**Len's** [1] - 56:19, 56:20, 56:22
**less** [2] - 27:10, 75:2
**letter** [10] - 15:12, 34:11, 34:13, 39:25, 48:4, 48:10, 48:11, 48:13, 48:15, 67:21
**letters** [4] - 4:12, 15:12, 20:1, 32:20
**level** [10] - 4:19, 5:3, 5:5, 5:11, 5:13, 7:23, 7:24, 15:21, 27:2, 76:18
**levels** [7] - 4:21, 4:22, 5:2, 5:3, 26:14, 29:15, 37:25
**LEVI** [1] - 1:10
**Levi** [1] - 2:3
**license** [7] - 41:2, 44:3, 44:4, 44:10, 45:10, 51:6
**licensed** [1] - 41:14
**life** [28] - 17:21, 28:19, 31:23, 39:19, 41:18, 48:3, 48:22, 49:14, 50:23, 54:10, 59:7, 59:13, 64:13, 65:16, 65:23, 65:25, 66:2, 66:5, 66:7, 67:14, 68:15, 69:23, 69:24, 73:16, 74:5
**Life** [4] - 18:5, 24:11, 24:14, 30:3
**light** [2] - 65:1, 77:22

**limitations** [1] - 39:3
**limited** [1] - 22:2
**limiting** [1] - 70:5
**lines** [1] - 13:18
**list** [2] - 37:14, 61:22
**listened** [1] - 49:12
**listener** [1] - 55:19
**listening** [1] - 49:7
**live** [9] - 32:24, 40:18, 41:15, 54:9, 65:16, 65:23, 67:14, 68:16
**lived** [1] - 73:15
**lives** [7] - 17:15, 32:24, 55:18, 57:18, 57:25, 68:10
**living** [1] - 44:11
**lob** [1] - 43:9
**location** [2] - 26:12, 26:13, 77:15
**locations** [1] - 55:8
**locked** [1] - 27:25
**Logan** [1] - 57:24
**Logan's** [1] - 57:25
**Lombard** [1] - 1:24
**LONG** [1] - 47:15
**long-time** [1] - 53:23
**look** [7] - 11:14, 11:15, 14:2, 17:22, 18:18, 19:1, 40:24
**looked** [1] - 61:18
**looking** [5] - 40:5, 55:2, 55:14, 73:8, 74:21
**lose** [1] - 44:8
**loses** [1] - 51:6
**loss** [2] - 44:2, 64:24
**lost** [20] - 17:14, 17:15, 17:16, 33:14, 33:15, 41:1, 41:2, 41:4, 44:7, 44:10, 44:11, 49:23, 53:15, 57:5, 65:18, 73:20
**Lou** [1] - 56:18
**loud** [1] - 16:22
**Louis** [1] - 57:25
**love** [5] - 40:21, 41:11, 57:2, 57:21, 58:3
**loved** [3] - 14:12, 57:17, 57:22
**loving** [3] - 20:3, 55:5, 74:7
**lower** [1] - 61:14
**luck** [1] - 80:10
**luckily** [1] - 77:8
**lucrative** [1] - 74:4
**lumbar** [1] - 62:11
**lunch** [3] - 18:2, 53:3, 53:5
**lure** [1] - 16:8

**lured** [1] - 15:17

## M

**ma'am** [1] - 63:20
**magic** [1] - 27:8
**mail** [1] - 15:22
**mailing** [1] - 34:14
**mails** [2] - 13:15, 50:18
**maintained** [1] - 26:1
**maintaining** [1] - 28:15
**major** [2] - 18:1, 48:24
**majority** [1] - 37:21
**mama** [1] - 40:3
**man** [12] - 33:3, 33:11, 40:10, 41:8, 50:21, 54:4, 54:12, 66:17, 68:3, 68:4, 68:7, 68:12
**managed** [1] - 55:15
**Management** [1] - 52:5
**management** [7] - 9:8, 28:20, 30:19, 31:19, 31:21, 72:11, 74:14
**manager** [1] - 52:6
**managing** [1] - 20:5
**mandate** [1] - 3:8
**mandatory** [1] - 77:1
**manner** [2] - 50:4, 51:3
**manual** [1] - 35:18
**manufacturer** [2] - 34:12
**Marie** [1] - 62:15
**mark** [1] - 54:2
**market** [1] - 42:7
**marketing** [4] - 36:17, 43:22, 44:13, 71:19
**married** [4] - 47:25, 73:9, 73:11
**marry** [1] - 62:10
**Marshal** [1] - 78:16
**marvel** [1] - 55:14
**MARYLAND** [1] - 1:1
**Maryland** [6] - 1:8, 1:24, 18:7, 77:17, 77:18, 77:20
**mask** [10] - 3:11, 3:13, 3:18, 3:19, 25:13, 51:19, 54:20, 58:20, 63:22, 69:18
**masked** [1] - 3:10
**masking** [1] - 3:8
**mass** [1] - 34:14
**material** [1] - 7:21
**materials** [1] - 9:11
**math** [2] - 38:21, 64:5

matriculated [1] - 73:14
matter [3] - 15:5, 60:20, 80:19
matters [1] - 79:7
MDX [1] - 40:20
meal [1] - 56:12
mean [4] - 15:3, 15:8, 23:16, 40:17
means [3] - 45:9, 55:10, 70:8
meant [3] - 55:12, 63:8
measure [2] - 36:15, 37:23
measured [1] - 70:8
media [1] - 76:5
medical [18] - 24:4, 24:8, 27:1, 27:4, 27:11, 28:19, 32:6, 36:3, 41:14, 42:10, 44:10, 63:10, 70:23, 71:16, 73:14, 73:15, 74:6
medically [2] - 26:6, 35:5
medication [15] - 7:12, 8:13, 9:9, 26:5, 26:7, 26:13, 35:5, 36:12, 36:13, 36:14, 44:22, 50:19, 52:22, 74:18
medications [3] - 20:16, 37:24, 71:11
medicine [6] - 31:7, 46:5, 50:16, 70:1, 70:9, 71:12
medicochirurgical [1] - 31:22
medinger [1] - 22:6
MEDINGER [14] - 2:8, 5:8, 10:17, 12:7, 12:10, 12:15, 12:17, 15:16, 17:1, 22:7, 22:13, 78:2, 78:14, 80:7
Medinger [15] - 1:16, 2:6, 2:10, 5:7, 7:8, 10:16, 19:8, 20:13, 25:17, 30:3, 34:23, 39:8, 78:1, 78:13, 80:5
Medinger's [2] - 34:10, 34:21
meet [1] - 58:3
melissa [1] - 1:23
Melissa [6] - 63:15, 63:19, 63:24, 64:4, 80:17, 80:21
MELISSA [1] - 63:25
member [2] - 57:24,

72:16
members [5] - 3:9, 4:12, 14:11, 72:19, 74:2
memo [1] - 13:15
memoranda [5] - 4:9, 4:10, 4:15, 7:9, 9:1
memorandum [2] - 10:10, 11:5
men [1] - 40:21
mens [1] - 21:16
mensch [1] - 67:8
mental [3] - 65:17, 70:12, 70:23
mention [5] - 34:9, 35:11, 39:17, 52:17, 68:25
mentor [1] - 59:13
mentorship [1] - 59:20
message [3] - 18:24, 76:6, 76:15
messages [2] - 70:16, 75:19
met [5] - 49:2, 49:6, 57:23, 59:3, 59:23
methods [1] - 20:14
microphone [2] - 4:1, 63:21
mid [1] - 57:24
mid-1980s [1] - 27:23
middle [1] - 67:24
might [5] - 25:22, 38:1, 60:15, 60:20
migraines [1] - 67:11
mile [1] - 56:5
mill [4] - 29:13, 30:2, 30:5, 30:6
million [3] - 29:22, 56:1
millions [1] - 76:1
Mills [3] - 26:13, 28:24, 52:7
mind [2] - 48:6, 69:6
minus [1] - 5:3
minute [1] - 38:12
minutes [4] - 13:7, 59:1, 61:12, 72:25
mirrored [2] - 48:14, 48:15
mischaracterizations [1] - 34:8
misery [1] - 29:17
missed [1] - 67:25
misses [3] - 32:7, 45:5, 46:10
missing [1] - 34:7
mistake [1] - 71:17
mixed [2] - 46:2, 70:16
model [1] - 56:14

Moderna [1] - 3:14
mom [2] - 48:22, 57:5
moment [2] - 41:7, 56:2
moments [1] - 57:2
money [19] - 8:1, 14:20, 15:18, 16:8, 29:20, 30:11, 33:15, 39:5, 39:7, 40:17, 42:5, 43:8, 43:10, 43:12, 43:14, 43:15, 44:4, 44:22, 53:5
moneys [1] - 8:2
monster [1] - 41:21
month [1] - 53:4
months [10] - 5:14, 5:15, 49:24, 59:22, 60:4, 60:8, 61:24, 75:18, 76:19, 76:24
moral [2] - 45:9, 72:1
morale [1] - 57:12
morning [15] - 2:5, 2:8, 2:18, 2:25, 3:1, 6:17, 46:23, 47:1, 47:11, 47:12, 47:23, 51:15, 51:17, 63:24, 64:4
most [10] - 16:15, 31:4, 35:20, 48:24, 52:13, 52:21, 59:18, 62:7, 70:5
mostly [1] - 6:18
mother [6] - 39:23, 53:14, 53:21, 56:9, 57:6, 74:2
motion [1] - 5:4
Move [1] - 52:15
move [5] - 5:9, 13:17, 15:24, 49:4, 63:21
MR [88] - 2:8, 2:15, 2:20, 5:8, 5:21, 6:11, 8:14, 9:18, 10:6, 10:8, 10:13, 10:17, 12:7, 12:10, 12:15, 12:17, 15:16, 17:1, 19:16, 20:7, 21:1, 21:3, 21:7, 21:19, 21:22, 22:1, 22:7, 22:12, 22:13, 22:18, 22:20, 22:25, 23:15, 23:19, 23:22, 23:24, 24:2, 24:6, 24:14, 24:16, 24:20, 25:7, 25:12, 25:15, 27:16, 36:9, 36:15, 36:22, 38:9, 38:13, 39:15, 39:20, 39:24, 40:4, 42:19, 43:4, 46:19, 46:23, 47:1, 47:5, 47:10, 47:11, 47:14,

47:18, 47:22, 48:6, 48:11, 48:16, 48:20, 51:7, 51:9, 51:12, 54:16, 58:13, 58:16, 63:14, 68:22, 68:25, 77:16, 77:19, 78:2, 78:11, 78:14, 78:23, 79:15, 79:22, 80:7, 80:9
MRIs [1] - 30:9
MS [12] - 51:17, 51:21, 51:23, 52:2, 54:22, 54:25, 55:2, 62:16, 63:24, 64:3, 64:8, 68:21
multiple [3] - 61:8, 70:16
muscles [2] - 61:14
musculoskeletal [1] - 70:7
must [1] - 77:3
myelitis [1] - 62:16

N

name [13] - 41:5, 47:13, 47:23, 51:18, 52:3, 54:20, 54:22, 55:3, 58:15, 58:19, 63:23, 64:4, 64:12
namely [1] - 71:22
narcotics [1] - 7:23
nationwide [2] - 34:14, 34:20
nature [5] - 22:24, 23:11, 23:17, 25:4, 74:11
nearly [1] - 57:7
necessarily [2] - 74:10, 77:9
necessary [2] - 21:16, 76:22
need [16] - 7:1, 11:9, 14:8, 14:21, 27:14, 29:19, 38:8, 42:20, 45:2, 45:4, 45:8, 52:18, 56:9, 72:16, 75:24
needed [2] - 6:10, 59:16
needless [2] - 48:2, 48:22
needs [5] - 42:14, 45:11, 57:6, 57:20, 57:21
Neel [2] - 1:14, 2:16
negative [2] - 11:4, 11:21
negotiate [1] - 33:1
negotiations [1] - 36:1

neighbors [1] - 57:19
nerve [2] - 50:9, 59:5
nervous [1] - 47:19
networking [1] - 59:24
neurodegenerative [1] - 61:23
neurologic [1] - 70:7
neurologists [2] - 59:19, 62:6
neurology [1] - 61:4
neuropathies [1] - 62:13
neuropathy [1] - 49:18
neurosurgeon [1] - 59:24
never [11] - 49:8, 49:11, 52:18, 53:11, 53:13, 62:14, 65:12, 66:5, 66:7, 67:25, 73:13
nevertheless [2] - 74:19, 75:11
New [1] - 56:20
new [3] - 50:18, 50:19, 63:4
newest [1] - 57:24
news [1] - 28:3
newspapers [1] - 28:4
next [5] - 14:3, 51:11, 51:13, 60:16, 62:4
night [2] - 40:8, 67:24
nilly [1] - 65:11
nine [1] - 39:19
NO [1] - 1:3
nobody [4] - 49:7, 66:22, 67:15
noise [4] - 78:22, 79:4, 79:9, 79:12
non [2] - 45:15, 45:19
non-violent [2] - 45:15, 45:19
none [4] - 27:2, 30:13, 33:10, 64:8
NORTHERN [1] - 1:2
note [4] - 4:7, 30:8, 45:15, 62:21
noted [4] - 5:10, 22:16, 30:3, 34:23
notes [3] - 42:19, 45:14, 61:20
nothing [10] - 15:3, 15:4, 24:6, 29:24, 30:12, 35:23, 41:8, 44:2, 55:20, 58:3
noticed [2] - 14:12
nowhere [3] - 28:6, 28:14, 52:13
number [2] - 27:8, 45:24, 67:24
numbers [3] - 31:25,

32:1
**Numeral** [2] - 5:13, 5:14
**numerous** [3] - 4:10, 70:17, 71:15
**nursing** [1] - 71:6

## O

**object** [3] - 8:16, 8:24, 21:12
**objection** [5] - 9:6, 10:19, 12:20, 22:8, 22:16
**objections** [3] - 4:7, 4:15, 6:17
**objective** [1] - 70:8
**observe** [2] - 59:23, 60:4
**observed** [3] - 60:16, 62:5, 70:10
**obtaining** [2] - 70:14, 70:20
**obviously** [2] - 13:24, 58:20
**occasions** [1] - 37:9
**occurred** [2] - 44:24, 75:18
**occurring** [1] - 9:7
**OF** [2] - 1:1, 1:3
**off-label** [3] - 7:16, 42:6, 42:8
**offender** [2] - 45:15, 45:20
**offense** [11] - 4:19, 4:24, 5:3, 5:11, 5:13, 22:24, 23:12, 23:18, 25:5, 74:11, 76:18
**offer** [1] - 63:10
**Office** [1] - 77:6
**office** [25] - 9:8, 10:21, 13:5, 28:24, 28:25, 30:11, 30:12, 52:7, 52:17, 52:18, 52:20, 53:10, 53:20, 59:3, 59:25, 60:3, 62:23, 66:15, 66:21, 71:10, 71:25, 77:5
**OFFICER** [2] - 6:14, 7:4
**officer** [1] - 77:3
**offices** [2] - 30:14, 53:8
**Official** [2] - 1:23, 80:22
**officials** [1] - 43:25
**often** [9] - 16:16, 26:10, 55:14, 59:19, 60:1, 67:15, 70:5, 70:13, 72:12

**old** [6] - 40:23, 56:10, 56:11, 58:1, 64:5, 73:9
**on-site** [1] - 31:20
**once** [1] - 53:4
**one** [38] - 5:5, 5:15, 7:20, 15:17, 15:18, 15:19, 16:20, 17:2, 21:16, 23:2, 25:16, 25:21, 26:1, 29:9, 31:13, 32:22, 34:11, 36:2, 39:25, 49:17, 50:12, 50:14, 53:13, 53:14, 55:22, 56:11, 60:3, 62:7, 64:18, 67:8, 67:16, 68:25, 71:21, 75:17, 76:17, 76:20, 76:25, 77:8
**one-time** [1] - 75:17
**ones** [2] - 14:12, 60:13
**ongoing** [1] - 37:12
**open** [5] - 21:13, 22:17, 24:21, 37:12, 77:25
**opening** [1] - 48:15
**operated** [1] - 66:24
**operating** [2] - 20:3, 35:3
**operation** [5] - 27:22, 29:2, 39:16, 40:21, 42:7
**operations** [1] - 8:10
**opioid** [12] - 7:24, 8:4, 8:12, 15:4, 18:7, 20:16, 31:23, 37:21, 46:4, 71:22, 74:14
**opioid-related** [1] - 46:4
**opioids** [8] - 15:14, 29:15, 29:17, 30:6, 37:24, 45:25, 66:7, 69:5
**opportunity** [16] - 3:22, 4:2, 4:8, 4:14, 7:8, 7:14, 9:5, 10:18, 21:19, 39:2, 42:22, 46:11, 55:4, 58:8, 69:14, 69:21
**options** [2] - 63:5, 71:3
**orally** [1] - 9:5
**ordeals** [1] - 70:13
**order** [11] - 5:24, 8:3, 14:2, 22:4, 39:7, 41:10, 74:13, 77:10, 78:21, 79:1, 79:25
**orders** [1] - 6:20
**organizations** [2] - 71:15, 72:18
**origin** [1] - 65:9

**otherwise** [9] - 5:24, 7:12, 7:13, 13:22, 41:25, 42:4, 75:14, 77:12, 78:9
**ought** [1] - 45:3
**outfit** [1] - 17:17
**outfitting** [1] - 56:23
**outline** [3] - 27:14, 38:16, 38:17
**outlined** [1] - 25:3
**outpatient** [1] - 71:6
**outpouring** [1] - 38:5
**outright** [1] - 19:25
**outside** [5] - 9:8, 29:25, 35:6, 42:1
**outstanding** [1] - 73:13
**over-prescription** [2] - 32:2, 32:5
**overdosing** [2] - 45:22, 45:25
**overnight** [1] - 41:2
**overprescribe** [1] - 44:21
**overprescribed** [2] - 26:20, 26:21
**overprescribing** [1] - 43:8
**overruled** [1] - 26:10
**oversee** [1] - 28:22
**Owings** [3] - 26:13, 28:24, 52:7
**own** [7] - 19:23, 25:5, 29:3, 29:4, 56:3, 56:14, 61:1
**oxy** [3] - 11:19, 11:21, 11:22
**oxycodone** [4] - 16:21, 16:23, 20:15, 34:24

## P

**p.m** [4] - 1:5, 73:4, 80:14
**pack** [2] - 7:25, 8:1
**page** [2] - 22:2, 66:17
**pages** [1] - 65:3
**paid** [1] - 36:24
**Pain** [1] - 52:5
**pain** [43] - 9:8, 15:11, 16:18, 18:4, 20:5, 28:20, 30:18, 30:19, 30:21, 31:2, 31:19, 31:21, 40:10, 41:23, 41:24, 45:2, 49:6, 49:17, 50:8, 50:13, 50:15, 50:16, 50:23, 52:12, 52:25, 53:1, 54:6, 54:7, 54:9,

61:9, 64:12, 64:21, 65:9, 65:22, 66:2, 70:6, 70:8, 70:9, 72:11, 73:18, 73:21, 74:14
**painkiller** [1] - 37:23
**paints** [1] - 41:21
**pandemic** [1] - 37:11
**papers** [2] - 9:20, 30:15
**paperwork** [1] - 65:3
**parade** [1] - 14:10
**paragraph** [2] - 22:2, 22:3
**paranoid** [4] - 15:24, 16:4, 16:5
**parent** [1] - 56:13
**parents** [5] - 31:11, 57:13, 67:18, 67:20, 79:1
**paresthesias** [1] - 61:9
**part** [15] - 11:16, 20:16, 20:20, 21:16, 28:23, 31:8, 32:13, 33:17, 38:23, 41:13, 52:13, 59:20, 71:12, 73:21, 79:20
**participate** [2] - 56:5, 66:5
**participating** [2] - 3:9, 3:11
**particular** [11] - 7:16, 7:22, 8:3, 34:9, 53:12, 73:19, 74:17, 74:23, 75:12, 77:12, 78:20
**partner** [4] - 12:14, 25:2, 75:7, 75:9
**partner's** [1] - 75:10
**partners** [2] - 24:13, 24:19, 75:8
**partnership** [1] - 75:11
**parts** [2] - 40:22, 60:8
**party** [1] - 53:7
**pass** [1] - 19:2
**passed** [2] - 53:24, 56:17
**passing** [1] - 57:6
**passion** [1] - 76:11
**past** [3] - 37:8, 45:24, 56:18
**patience** [1] - 66:24
**patient** [18] - 13:4, 17:2, 24:7, 26:2, 26:5, 34:22, 34:23, 35:1, 50:5, 52:18, 61:7, 61:10, 61:21, 66:17, 70:3, 70:5,

71:13, 72:21
**patient's** [7] - 32:9, 40:8, 60:20, 61:15, 61:17, 62:2, 70:19
**patients** [67] - 4:12, 8:5, 11:18, 11:22, 13:20, 13:21, 14:6, 14:12, 15:24, 16:14, 16:15, 16:21, 17:8, 17:11, 18:11, 26:3, 26:9, 26:11, 26:14, 27:19, 27:20, 27:23, 27:24, 28:11, 28:16, 29:14, 29:16, 29:18, 29:19, 31:5, 31:8, 32:18, 32:21, 37:14, 37:15, 37:22, 39:22, 41:16, 50:4, 50:13, 52:10, 52:11, 52:16, 52:20, 54:5, 54:13, 55:11, 55:18, 55:21, 57:20, 60:2, 60:17, 60:24, 61:1, 62:11, 62:13, 62:17, 63:11, 69:2, 70:10, 70:22, 71:21, 72:9, 74:17, 74:23, 76:14
**patients'** [5] - 14:13, 68:10, 70:7, 70:13, 71:11
**pattern** [1] - 32:2
**paved** [1] - 66:7
**pay** [6] - 13:19, 14:19, 14:20, 43:13, 48:23, 77:7
**paying** [1] - 43:22
**payment** [2] - 44:13, 71:25
**payments** [2] - 18:9, 24:22
**peace** [1] - 67:22
**peer** [1] - 31:17
**peer-reviewed** [1] - 31:17
**peers** [1] - 71:24
**pejorative** [1] - 29:10
**Penny** [2] - 53:23
**people** [29] - 3:10, 11:24, 14:20, 15:11, 16:12, 17:20, 17:21, 19:25, 32:16, 33:14, 37:20, 38:2, 40:5, 41:22, 42:14, 45:2, 54:7, 55:17, 57:9, 57:16, 60:25, 67:2, 67:4, 67:16, 69:24, 72:16, 73:17, 75:25
**per** [1] - 27:9
**percent** [2] - 18:10, 46:1

**perception** [1] - 72:7
**perform** [1] - 41:10
**performed** [1] - 59:19
**performing** [1] - 59:16
**perhaps** [2] - 17:9, 45:1
**period** [6] - 20:6, 53:17, 75:18, 76:25, 79:9
**peripheral** [1] - 62:12
**permanently** [1] - 52:21
**permission** [1] - 25:13
**persistence** [1] - 49:22
**person** [4] - 19:14, 19:21, 55:25, 66:23
**personal** [6] - 6:18, 39:11, 62:21, 67:23, 70:21, 71:5
**personally** [1] - 63:8
**Pfizer** [1] - 3:14
**pharmaceutical** [17] - 7:18, 15:2, 15:13, 19:23, 21:18, 34:11, 34:13, 36:8, 36:10, 36:17, 43:21, 44:22, 71:18, 74:12, 74:22, 76:7, 76:16
**pharmacy** [1] - 42:7
**phone** [5] - 31:15, 40:8, 50:20, 57:15, 67:24
**phony** [2] - 30:9, 30:10
**photograph** [3] - 34:22, 35:2, 35:4
**physiatrists** [2] - 59:19, 62:6
**physical** [10] - 30:9, 30:14, 30:16, 56:22, 60:11, 65:5, 65:14, 70:1, 71:2, 71:9
**physically** [1] - 70:17
**physician** [10] - 4:25, 49:20, 64:15, 65:7, 70:1, 72:5, 72:11, 73:11, 73:25, 74:8
**physicians** [3] - 45:8, 72:8, 76:7
**picking** [1] - 43:16
**picture** [1] - 16:20
**pictures** [1] - 56:1
**pill** [4] - 29:13, 30:2, 30:5, 30:6
**pills** [1] - 30:17
**placate** [1] - 16:1
**place** [3] - 3:19, 29:9, 54:3
**places** [1] - 5:13

**Plaintiff** [2] - 1:3, 1:12
**plan** [1] - 72:15
**plate** [1] - 54:1
**play** [3] - 13:19, 14:19, 58:2
**played** [1] - 48:23
**player** [1] - 53:20
**playing** [1] - 31:10
**plea** [14] - 6:5, 8:18, 10:20, 11:15, 20:20, 21:7, 22:9, 28:8, 35:19, 38:23, 78:5, 78:7, 78:9
**pleasure** [3] - 2:6, 2:14, 52:3
**pled** [2] - 3:3, 9:25
**pocket** [1] - 53:6
**podium** [3] - 25:8, 47:9
**point** [17] - 10:18, 11:11, 15:22, 18:24, 19:2, 19:7, 19:20, 21:3, 28:6, 36:23, 36:24, 36:25, 37:1, 37:13, 45:10, 45:21, 49:7
**pointed** [1] - 40:14
**points** [1] - 75:4
**poison** [2] - 14:22, 17:16
**poisoned** [1] - 14:22
**policy** [2] - 3:8, 6:5
**pool** [1] - 53:7
**poor** [1] - 9:16
**pop** [1] - 56:6
**popping** [1] - 29:14
**Pops** [2] - 55:5, 58:2
**pops** [1] - 41:6
**portion** [5] - 3:7, 5:22, 6:2, 7:7, 61:13
**portions** [1] - 60:23
**position** [2] - 74:20, 75:23
**positive** [2] - 11:18, 58:7
**possibilities** [1] - 39:10
**possible** [4] - 64:9, 66:6, 66:8, 69:23
**possibly** [2] - 36:13, 56:2
**postgraduate** [1] - 59:4
**potential** [1] - 59:17
**potentially** [3] - 8:11, 9:16, 25:5
**pounds** [1] - 49:23
**power** [1] - 52:25
**powerful** [4] - 8:4, 14:5, 29:16, 75:15

**practice** [20] - 11:3, 11:24, 14:17, 14:18, 17:20, 18:11, 19:20, 26:1, 26:3, 27:4, 27:18, 27:21, 28:23, 34:19, 35:3, 35:7, 35:8, 37:6, 38:1, 73:15
**practiced** [1] - 52:7
**practices** [5] - 25:3, 52:22, 75:1, 75:10, 77:9
**practicing** [1] - 72:5
**practitioners** [1] - 63:11
**precise** [1] - 8:6
**predicate** [1] - 9:19
**preface** [1] - 20:12
**preference** [1] - 26:5
**preferences** [1] - 56:7
**prepare** [1] - 38:16
**prepared** [6] - 2:17, 33:19, 40:13, 73:1, 79:25, 80:1
**preparing** [1] - 56:12
**preponderance** [1] - 33:24
**prescribe** [7] - 8:3, 26:13, 29:15, 32:22, 36:11, 44:6, 52:19
**prescribed** [3] - 34:24, 65:14, 71:10
**prescribing** [11] - 14:16, 16:2, 27:5, 29:14, 29:19, 36:3, 36:12, 69:4, 69:5, 75:1, 75:10
**prescription** [17] - 8:12, 9:9, 13:9, 20:14, 24:3, 24:7, 25:18, 27:1, 27:8, 27:10, 29:9, 32:2, 32:5, 35:22, 37:18, 45:25, 74:18
**prescriptions** [8] - 7:11, 8:21, 11:21, 13:3, 27:3, 27:7, 29:3, 29:4
**presence** [1] - 69:20
**Present** [1] - 1:18
**present** [3] - 19:10, 47:2, 72:10
**presentation** [5] - 19:12, 44:13, 60:20, 61:17, 68:23
**presentations** [3] - 36:24, 36:25, 37:17
**presentence** [5] - 3:22, 4:8, 6:9, 6:20, 33:9

**presently** [1] - 48:1
**presents** [1] - 73:9
**presiding** [1] - 2:3
**pressure** [1] - 45:10
**pretty** [2] - 18:20, 65:15
**prevented** [1] - 31:10
**pride** [2] - 38:3, 55:17
**primary** [1] - 49:20
**prison** [4] - 44:18, 50:25, 76:6
**Prisons** [3] - 77:15, 78:17, 80:4
**private** [1] - 4:24
**probation** [8] - 6:10, 35:12, 38:22, 38:24, 39:1, 77:3, 77:5
**PROBATION** [2] - 6:14, 7:4
**problem** [5] - 14:2, 33:21, 33:22, 46:12, 50:2
**problems** [2] - 49:19, 70:23
**procedures** [2] - 64:11, 70:17
**proceed** [1] - 2:17
**proceeding** [6] - 3:10, 5:23, 6:3, 6:6, 7:7, 78:6
**Proceedings** [1] - 80:14
**proceedings** [3] - 3:7, 44:9, 80:19
**proceeds** [1] - 24:22
**process** [1] - 62:3
**produced** [1] - 29:24
**producer** [1] - 18:7
**product** [6] - 8:4, 37:19, 37:20, 42:8, 71:20, 71:22
**productive** [1] - 72:16
**productively** [1] - 80:6
**products** [3] - 7:24, 36:19, 74:14
**profession** [3] - 41:14, 42:10, 73:21
**professional** [2] - 69:23, 71:15
**professionally** [1] - 63:8
**proffer** [1] - 20:17
**proffered** [2] - 11:13, 12:10
**profit** [2] - 7:13, 75:8
**profited** [2] - 12:15, 12:16
**profits** [2] - 15:14, 24:18
**profound** [1] - 70:10

**program** [3] - 35:6, 42:15, 67:13
**promise** [1] - 50:22
**promises** [1] - 13:7
**promising** [1] - 13:16
**promote** [1] - 74:13
**proof** [2] - 10:9, 26:24
**proper** [1] - 53:21
**properly** [1] - 54:2
**prosecuted** [3] - 18:5, 43:25, 44:16
**prosecuting** [1] - 46:9
**prosecution** [1] - 30:4
**prostate** [1] - 63:1
**protect** [1] - 13:21
**protected** [1] - 13:20
**protection** [1] - 34:18
**protocols** [1] - 29:1
**prouder** [1] - 55:20
**provable** [1] - 35:20
**prove** [6] - 27:6, 30:1, 33:23, 35:16, 35:17, 41:25
**provide** [5] - 9:2, 26:7, 45:1, 57:12, 77:3
**provided** [8] - 20:5, 45:23, 59:15, 63:9, 65:23, 71:5, 71:7, 74:6
**provider** [2] - 41:14, 59:22
**providers** [4] - 52:19, 70:16, 70:25, 74:6
**providing** [3] - 9:9, 71:2, 71:24
**proving** [1] - 27:7
**provision** [1] - 21:7
**PSR** [2] - 6:16, 43:11
**psychosocial** [1] - 71:10
**Public** [1] - 67:12
**public** [5] - 3:9, 4:24, 20:20, 22:15, 72:7
**pull** [1] - 4:1
**pulled** [1] - 15:18
**punish** [2] - 43:18, 44:24
**purpose** [6] - 24:4, 24:8, 27:2, 27:11, 32:6, 36:4
**purposes** [4] - 3:2, 7:13, 12:5, 76:22
**pursuant** [3] - 4:19, 4:22, 5:2
**push** [1] - 66:11
**put** [17] - 2:21, 6:1, 9:14, 14:1, 16:20, 18:21, 21:20, 41:5, 41:9, 44:16, 50:2, 52:17, 60:25, 74:20,

76:15, 79:4, 79:9
**putting** [1] - 44:1

## Q

**qualified** [1] - 30:18
**questions** [4] - 4:5, 19:5, 61:1, 66:25
**quiet** [1] - 76:8
**Quit** [1] - 14:14
**quite** [1] - 18:20
**quoting** [1] - 25:25

## R

**R-e-u-l-i-n-g** [1] - 51:24
**races** [1] - 56:5
**raid** [2] - 29:23, 45:6
**raided** [1] - 52:19
**raising** [1] - 5:2
**Randy** [3] - 58:14, 58:17, 58:21
**RANDY** [1] - 58:21
**range** [13] - 4:18, 5:14, 5:15, 5:16, 5:20, 18:22, 31:1, 38:22, 45:16, 62:18, 76:19, 76:20, 77:21
**rare** [2] - 62:17, 64:9
**rarely** [1] - 62:14
**rave** [1] - 55:21
**rays** [1] - 30:11
**rea** [1] - 21:16
**reach** [1] - 53:5
**read** [9] - 4:14, 9:11, 28:18, 28:25, 29:4, 62:1, 67:21, 68:8
**Reading** [1] - 22:4
**reading** [2] - 47:20, 56:11
**readings** [1] - 60:15
**real** [2] - 15:15, 39:3
**reality** [2] - 21:13, 73:25
**realize** [4] - 55:16, 59:16, 71:23
**really** [17] - 12:25, 14:4, 14:11, 14:21, 15:6, 21:9, 27:11, 40:16, 42:1, 49:16, 50:21, 50:22, 65:1, 69:2, 69:4, 73:13, 76:4
**realm** [1] - 8:15
**reason** [1] - 50:22
**reasonable** [1] - 35:20
**reasons** [2] - 75:16, 80:1
**receive** [3] - 7:12,

7:18, 74:13
**received** [7] - 8:2, 37:15, 55:21, 71:23, 71:25, 75:11, 75:14
**receiving** [3] - 18:20, 21:17, 70:16
**recent** [2] - 56:16, 63:1
**recently** [7] - 37:11, 39:12, 39:15, 56:17, 57:10, 64:6, 68:8
**receptionists** [1] - 53:14
**Recess** [1] - 73:4
**recess** [5] - 42:23, 43:1, 43:2, 73:3, 80:13
**recitation** [1] - 12:22
**recognize** [1] - 20:9
**recognized** [3] - 31:18, 37:5, 70:20
**recommend** [2] - 59:25, 77:12
**recommendation** [2] - 19:5, 77:14
**recommended** [2] - 60:1, 71:7
**reconstruction** [1] - 49:1
**record** [16] - 2:21, 8:23, 17:7, 21:8, 21:12, 21:14, 21:20, 22:15, 24:7, 24:21, 26:24, 44:20, 47:13, 51:19, 63:23, 80:19
**records** [7] - 8:23, 28:14, 32:3, 44:12, 80:1, 80:2
**recovery** [1] - 34:16
**recuperating** [1] - 39:16
**red** [3] - 11:24, 14:24, 17:22
**reduces** [1] - 5:10
**refer** [1] - 53:15
**reference** [2] - 34:21, 69:6
**references** [1] - 56:6
**referred** [3] - 31:5, 60:2, 64:15
**reflect** [1] - 44:12
**regain** [1] - 69:24
**regard** [3] - 6:9, 10:12, 21:17
**regarded** [1] - 71:14
**regarding** [7] - 3:6, 6:21, 19:12, 54:6, 61:17, 74:3, 78:10
**regardless** [3] - 41:4, 44:5, 55:8

**Reginald** [1] - 59:23
**regret** [1] - 72:1
**regular** [2] - 50:14, 57:15
**regularly** [2] - 56:10, 62:11
**rehabilitation** [1] - 70:1
**Rehabilitation** [1] - 52:5
**reiterate** [1] - 26:16
**related** [8] - 7:20, 8:12, 9:2, 9:6, 9:7, 33:9, 46:4, 62:2
**relates** [1] - 75:5
**relationship** [2] - 31:3, 59:2
**relationships** [2] - 16:11, 72:11
**relatively** [1] - 74:19
**release** [6] - 5:15, 76:20, 77:2, 77:4, 78:19, 79:6
**released** [1] - 76:24
**relevance** [1] - 33:23
**relevancy** [1] - 8:16
**relevant** [3] - 10:2, 33:8
**relieved** [1] - 41:24
**rely** [1] - 11:14
**remain** [3] - 3:10, 5:23, 58:8
**remarkable** [3] - 39:21, 40:10, 57:3
**remarks** [2] - 20:11, 48:12
**remember** [3] - 55:13, 61:6, 65:2
**remind** [1] - 9:22
**reminded** [1] - 72:4
**remorse** [1] - 72:6
**remove** [6] - 3:11, 3:13, 51:19, 54:20, 58:20, 63:22
**removed** [1] - 28:1
**rep** [5] - 13:6, 13:16, 15:23, 16:1, 16:2
**repair** [1] - 40:22
**repeat** [1] - 38:18
**repeated** [1] - 62:3
**repeating** [3] - 20:8, 36:5, 61:12
**repeats** [1] - 23:4
**replacement** [1] - 64:23
**replete** [1] - 35:10
**reply** [2] - 4:14, 7:9
**report** [9] - 3:22, 4:3, 4:8, 6:9, 6:20, 7:3, 33:9, 43:11, 78:20

**Reported** [1] - 1:22
**Reporter** [2] - 1:23, 80:22
**representations** [1] - 9:2
**reputation** [2] - 31:12, 71:13
**requested** [2] - 26:7, 77:3
**required** [3] - 3:12, 7:18, 60:21
**research** [2] - 54:5, 60:14
**reserve** [1] - 10:21
**reserved** [1] - 10:23
**resolved** [1] - 6:22
**resonance** [1] - 18:1
**respect** [7] - 17:19, 25:17, 34:1, 43:7, 43:11, 69:2, 71:19
**respectfully** [1] - 18:16
**respective** [1] - 30:5
**respond** [3] - 10:14, 25:7, 34:9
**responding** [2] - 13:13, 25:16
**response** [2] - 9:12, 10:19
**responsibility** [2] - 5:4, 73:10
**resting** [1] - 54:2
**restitution** [2] - 33:12, 77:8
**restrictions** [1] - 41:9
**result** [2] - 5:12, 74:9
**resulted** [5] - 20:17, 28:8, 60:3, 70:12, 72:13
**results** [6] - 11:18, 11:22, 14:23, 61:11, 61:17, 62:24
**resume** [1] - 38:10
**retain** [1] - 78:8
**retest** [1] - 60:22
**retrospect** [1] - 37:5
**return** [1] - 66:4
**Reuling** [6] - 51:13, 51:14, 51:15, 51:23, 52:3, 54:16
**REULING** [4] - 51:17, 51:21, 51:23, 52:2
**reuling** [1] - 51:25
**reunited** [1] - 79:3
**revealed** [1] - 75:19
**review** [6] - 3:22, 4:9, 7:8, 7:14, 61:11, 62:23
**reviewed** [2] - 6:23, 31:17

**reviewing** [1] - 4:17
**revocation** [1] - 44:8
**revoke** [1] - 45:10
**revoked** [1] - 41:3
**rightfully** [1] - 43:6
**rights** [1] - 78:9
**rise** [4] - 2:2, 42:25, 73:2, 80:12
**role** [6] - 3:17, 3:20, 4:23, 56:14, 59:7, 59:12
**Roman** [1] - 5:13
**room** [6] - 16:22, 17:10, 27:20, 61:16, 66:14, 66:19
**root** [2] - 40:17, 65:11
**Rosen** [24] - 9:24, 16:16, 17:8, 23:20, 24:15, 24:16, 24:18, 24:21, 25:19, 25:24, 25:25, 26:10, 26:13, 26:20, 28:25, 29:1, 29:3, 29:5, 29:12, 30:2, 30:13, 32:3, 33:19, 52:5
**Rosen's** [5] - 11:17, 20:13, 20:14, 25:18, 28:24
**Rosen-Hoffberg** [1] - 52:5
**Rosenberg** [1] - 29:12
**routinely** [1] - 56:21
**RPR** [2] - 1:23, 80:17
**RT** [2] - 53:15, 53:16
**ruined** [2] - 17:21, 41:13
**rules** [2] - 26:1, 26:2
**ruling** [1] - 73:1
**RUSSELL** [1] - 1:10
**Russell** [3] - 2:3, 58:25, 69:21
**Rzepecki** [2] - 1:19, 2:11

## S

**sacrificing** [2] - 55:13, 71:5
**sad** [1] - 17:5
**sadly** [1] - 53:24
**sale** [1] - 8:12
**Sara** [4] - 54:17, 54:18, 54:22, 55:3
**SARA** [1] - 54:22
**satisfy** [1] - 56:6
**saved** [3] - 65:16, 67:19, 67:25
**saw** [5] - 13:14, 37:22, 56:19, 62:1, 62:11, 62:14

**scale** [2] - 11:9, 31:2
**scheduled** [2] - 27:20, 71:25
**scheduling** [1] - 38:7
**scheme** [3] - 7:22, 16:1, 26:19
**school** [9] - 47:24, 64:6, 65:16, 66:1, 66:4, 67:12, 68:20, 73:14
**Schools** [1] - 67:12
**Sclerosis** [1] - 72:18
**Scouts** [1] - 56:4
**scratch** [1] - 19:20
**script** [1] - 17:2
**scripts** [3] - 11:23, 14:7, 17:24
**sealed** [5] - 3:7, 5:23, 7:7, 22:1
**search** [4] - 27:21, 28:2, 28:12, 44:7
**searched** [1] - 27:18
**seat** [2] - 2:4, 73:5
**seated** [1] - 2:17
**second** [1] - 10:25
**Section** [3] - 73:7, 76:23, 77:24
**secure** [1] - 53:21
**see** [15] - 2:15, 13:13, 13:18, 30:23, 31:15, 31:16, 32:9, 32:10, 49:25, 52:16, 61:21, 64:19, 65:1, 79:1
**seeing** [3] - 31:9, 60:25, 64:17
**seek** [1] - 10:1
**seeking** [5] - 9:13, 17:14, 26:6, 34:16, 67:3
**seem** [1] - 59:10
**seized** [1] - 29:22
**selected** [1] - 72:17
**self** [4] - 78:10, 78:16, 79:8, 79:17
**self-surrender** [4] - 78:10, 78:16, 79:8, 79:17
**sell** [1] - 8:1
**selling** [2] - 11:22, 36:17
**send** [3] - 18:24, 45:5, 76:6
**sending** [2] - 41:8, 63:4, 65:6
**senior** [1] - 72:20
**sent** [3] - 34:13, 35:6, 49:21
**sentence** [17] - 18:17, 34:5, 39:3, 42:12, 45:12, 45:13, 45:18,

48:15, 69:15, 76:21, 77:21, 78:7, 78:8, 79:2, 79:3
**sentences** [1] - 18:20
**SENTENCING** [1] - 1:5
**sentencing** [21] - 2:12, 3:3, 3:6, 4:9, 4:10, 4:15, 4:18, 5:20, 6:6, 6:21, 7:9, 8:25, 13:15, 22:10, 23:6, 44:18, 44:19, 45:17, 46:9, 77:22, 80:2
**Sentencing** [4] - 4:20, 80:3
**sentiments** [1] - 20:2
**separate** [1] - 28:23
**serious** [3] - 35:20, 56:19, 74:12
**serve** [1] - 72:10
**served** [2] - 41:8, 64:16
**Service** [1] - 78:16
**service** [3] - 28:5, 40:21, 41:11
**services** [3] - 31:19, 45:1, 72:20
**session** [1] - 2:3
**set** [6] - 22:5, 38:2, 53:19, 73:19, 76:22, 77:23
**settings** [1] - 71:7
**several** [8] - 6:17, 37:8, 50:1, 59:22, 60:4, 62:5, 73:11, 75:18
**severe** [4] - 29:13, 49:18, 50:6, 50:7
**shall** [1] - 5:23
**sham** [1] - 36:25
**share** [2] - 60:5, 77:5
**shared** [2] - 60:10, 60:14
**shopping** [1] - 11:20
**short** [3] - 53:17, 59:6, 59:12
**shortly** [1] - 39:9, 44:9, 79:3
**shots** [1] - 3:14
**shoulder** [3] - 31:1, 40:12, 48:25
**show** [4] - 32:1, 32:8, 50:20, 68:11
**showed** [4] - 16:6, 57:2, 68:12, 68:16
**shown** [2] - 37:13, 42:3
**shows** [2] - 15:21, 16:2
**shut** [4] - 18:5, 27:21,

28:13, 41:1
**siblings** [2] - 55:7, 55:13
**side** [3] - 11:9, 62:18, 75:5
**sign** [1] - 77:10
**signed** [2] - 21:14, 39:7
**significant** [3] - 19:18, 39:16, 75:2
**signs** [1] - 60:11
**similar** [2] - 18:21
**simple** [3] - 27:12, 60:13, 60:17
**simpler** [1] - 60:7
**simply** [1] - 45:4
**sincere** [1] - 74:2
**sincerely** [1] - 72:22
**single** [7] - 27:1, 29:9, 34:22, 53:14, 56:2, 59:9, 65:3
**sister** [2] - 67:11, 67:24
**site** [1] - 31:20
**sitting** [1] - 17:10
**situation** [3] - 35:19, 58:5, 65:18
**situations** [1] - 16:17
**six** [1] - 4:20
**sixth** [1] - 57:23
**size** [1] - 44:5
**skill** [1] - 73:19
**skill-set** [1] - 73:19
**skills** [3] - 4:25, 42:13, 72:21
**slipped** [1] - 6:16
**slow** [1] - 59:8
**small** [1] - 53:3
**smell** [1] - 59:10
**smoke** [1] - 59:10
**so..** [1] - 40:23
**social** [2] - 30:16, 76:5
**society** [2] - 69:25, 72:16
**solution** [2] - 46:12, 67:15
**someone** [2] - 46:18, 62:21
**sometimes** [5] - 16:15, 29:4, 52:15, 55:18, 70:18
**somewhat** [1] - 37:12
**son** [3] - 53:16, 53:20, 55:6
**sons** [1] - 31:11
**soon** [4] - 39:7, 41:3, 58:4, 70:4
**sooner** [1] - 72:3
**sorely** [1] - 42:13

**Sorry** [1] - 48:19
**sorry** [2] - 58:15, 66:6
**sort** [12] - 7:10, 7:15, 7:22, 8:8, 14:1, 14:19, 14:25, 15:17, 15:18, 16:1, 17:19, 38:12
**sought** [1] - 77:13
**source** [4] - 43:20, 43:21, 43:23, 46:3
**space** [1] - 53:19
**speaking** [3] - 3:12, 3:17, 3:20
**Special** [2] - 1:19, 2:11
**special** [5] - 4:25, 5:17, 55:25, 77:2, 77:11
**specialists** [2] - 50:1, 61:8
**specialized** [1] - 61:22
**specialty** [2] - 59:20, 72:6
**specific** [1] - 75:21
**specifically** [4] - 8:4, 34:19, 59:5
**spectrum** [1] - 71:11
**spell** [5] - 47:13, 51:18, 54:20, 58:19, 63:23
**spend** [2] - 20:8, 71:1
**spent** [2] - 29:14, 60:21, 65:7
**spinal** [1] - 62:16
**spiral** [2] - 14:13, 29:17
**splash** [1] - 45:6
**sports** [2] - 48:2, 48:22
**spot** [1] - 17:14
**spouse** [1] - 14:14
**spouses** [1] - 14:13
**spray** [1] - 14:5
**Sr** [2] - 47:15, 47:24
**St** [1] - 57:25
**staff** [9] - 31:20, 52:11, 53:2, 53:3, 53:7, 53:11, 57:14, 71:25
**stand** [3] - 23:3, 31:14, 46:24
**standard** [1] - 77:1
**standards** [1] - 63:3
**standing** [1] - 63:16
**standpoint** [1] - 38:8
**start** [8] - 19:13, 19:15, 19:17, 19:24, 25:16, 38:1, 38:12, 47:5
**started** [5] - 14:9,

27:22, 37:25, 42:14, 60:9
**starts** [1] - 31:3
**state** [6] - 37:14, 47:12, 51:18, 54:19, 58:19, 63:23
**statement** [14] - 8:19, 11:16, 20:16, 20:19, 21:13, 22:23, 25:24, 35:25, 36:1, 36:2, 49:10, 72:23, 75:3, 80:1
**statements** [3] - 9:7, 10:1, 10:9
**States** [8] - 2:9, 2:10, 3:5, 4:20, 76:23, 77:23, 80:3, 80:4
**STATES** [2] - 1:1, 1:3
**statute** [2] - 3:5, 38:25
**stay** [3] - 40:6, 53:20, 56:20
**steal** [1] - 37:3
**steering** [1] - 71:21
**stenographic** [1] - 80:18
**Stephen** [5] - 47:6, 47:7, 47:14, 47:23
**STEPHEN** [1] - 47:15
**stepped** [1] - 54:1
**stiff** [1] - 18:20
**still** [13] - 11:19, 11:20, 11:23, 16:14, 16:23, 35:3, 37:12, 50:3, 51:2, 56:9, 57:9, 61:6, 61:8
**stipulation** [1] - 25:3
**stop** [6] - 15:3, 18:3, 18:6, 18:8, 33:23
**stopping** [1] - 43:18
**stops** [1] - 34:6
**straight** [1] - 12:18
**street** [12] - 7:23, 7:24, 11:19, 14:8, 14:9, 31:14, 35:23, 43:17, 43:20, 46:2, 46:4
**Street** [1] - 1:24
**street-level** [2] - 7:23, 7:24
**strengths** [1] - 62:8
**strong** [1] - 9:15
**strongly** [1] - 9:1
**struck** [1] - 39:12
**struggle** [1] - 63:6
**struggling** [1] - 53:14
**studies** [2] - 50:18, 60:14
**study** [1] - 68:7
**stuff** [1] - 14:1
**subjective** [1] - 30:21
**sublingual** [1] - 14:4

**submission** [1] - 6:15
**submissions** [3] - 25:22, 28:18, 29:12
**submit** [3] - 18:16, 19:6, 44:17
**submitted** [3] - 2:21, 7:9, 44:12
**subsection** [1] - 45:19
**subsequent** [2] - 35:25, 52:21
**subsequently** [2] - 35:5, 44:15
**subspecialize** [1] - 70:9
**substances** [2] - 20:15, 46:2
**substantial** [1] - 74:8
**Subsys** [8] - 13:17, 37:15, 37:19, 44:13, 44:14, 50:13, 71:22
**Suburban** [1] - 40:19
**successful** [3] - 19:18, 73:15, 74:8
**succinctly** [1] - 63:6
**suddenly** [2] - 53:15, 72:1
**sued** [1] - 34:15
**suffering** [9] - 8:6, 45:3, 52:11, 54:9, 62:17, 70:10, 72:13, 72:21, 73:19
**sufficient** [1] - 76:21
**suggest** [2] - 42:4, 69:7
**suggestions** [1] - 62:25
**suggestive** [1] - 14:17
**suicide** [2] - 50:7, 64:25
**suite** [1] - 30:13
**summarized** [1] - 21:14
**summer** [1] - 53:14
**supervised** [4] - 5:15, 76:20, 76:24, 77:2
**supervision** [1] - 60:8
**supplement** [1] - 22:1
**supplier** [1] - 69:7
**support** [11] - 19:18, 21:16, 29:22, 29:24, 38:6, 42:2, 57:2, 57:8, 57:13, 58:9, 69:20
**supported** [1] - 57:22
**supports** [1] - 16:13
**supposed** [2] - 17:12, 33:2
**surgeries** [5] - 48:24, 48:25, 52:13, 61:8, 64:11

**surgery** [5] - 49:1, 49:5, 57:13, 64:22, 67:25
**surrender** [4] - 78:10, 78:16, 79:8, 79:17
**suspect** [1] - 30:22
**suspend** [1] - 45:9
**suspended** [1] - 41:3
**sway** [1] - 15:13
**symptoms** [1] - 60:12
**Synagog** [1] - 64:17
**syndrome** [2] - 62:12, 62:16
**system** [3] - 19:18, 57:8, 69:20

## T

**table** [2] - 6:1, 45:17
**tactics** [1] - 75:12
**tainting** [1] - 72:7
**tale** [1] - 17:19
**talent** [1] - 41:12
**talents** [1] - 46:10
**tapered** [1] - 35:5
**target** [1] - 28:7
**task** [2] - 31:22, 47:22
**taxing** [1] - 70:18
**teach** [1] - 45:14
**Teddy** [1] - 57:10
**temporary** [1] - 53:19
**tempted** [1] - 16:3
**ten** [9] - 35:2, 38:12, 45:24, 56:5, 60:16, 62:4, 64:22, 65:3, 72:25
**ten-mile** [1] - 56:5
**tend** [1] - 79:1
**terms** [4] - 12:23, 39:3, 41:13, 41:14
**terrible** [1] - 17:14
**terribly** [1] - 33:2
**terrific** [1] - 19:19
**test** [6] - 11:21, 60:8, 61:12, 61:17, 61:25, 65:6
**test's** [1] - 59:17
**testament** [1] - 38:6
**tested** [1] - 62:9
**testimony** [1] - 23:5
**testing** [7] - 59:6, 60:2, 60:11, 61:13, 62:3, 62:25, 65:6
**tests** [5] - 49:20, 49:21, 60:25, 61:10, 62:9
**Teva** [2] - 13:17, 16:2
**text** [1] - 75:19
**texts** [1] - 50:18
**Thanksgiving** [1] -

56:19
**THE** [131] - 1:1, 1:1, 1:10, 2:2, 2:4, 2:13, 2:19, 2:24, 3:1, 3:2, 3:24, 3:25, 4:4, 4:5, 4:6, 4:7, 5:10, 5:22, 6:8, 6:14, 7:1, 7:4, 7:5, 8:25, 10:4, 10:7, 10:11, 10:15, 12:5, 12:8, 12:12, 12:16, 15:2, 16:24, 19:7, 19:17, 20:19, 21:2, 21:6, 21:11, 21:21, 21:23, 21:25, 22:4, 22:16, 22:19, 22:23, 23:11, 23:16, 23:21, 23:23, 24:1, 24:5, 24:13, 24:15, 24:17, 24:25, 25:9, 25:11, 25:14, 27:15, 36:6, 36:10, 36:20, 38:7, 38:10, 39:14, 39:19, 39:23, 40:2, 42:17, 42:21, 42:25, 43:3, 46:17, 46:22, 46:24, 47:4, 47:8, 47:12, 47:16, 47:21, 48:4, 48:7, 48:9, 48:14, 48:18, 51:5, 51:8, 51:10, 51:15, 51:18, 51:22, 51:25, 54:15, 54:19, 54:24, 55:1, 58:11, 58:15, 58:18, 58:23, 59:8, 63:13, 63:16, 63:18, 63:20, 64:1, 64:7, 68:19, 68:24, 69:13, 69:19, 72:24, 73:2, 73:5, 77:17, 77:20, 78:3, 78:12, 78:15, 78:24, 79:11, 79:14, 79:16, 79:18, 79:23, 79:24, 80:8, 80:10, 80:12
**themselves** [1] - 31:7
**therapist** [1] - 30:16
**therapy** [5] - 30:14, 30:17, 65:14, 71:9
**therefore** [1] - 32:5
**thinking** [1] - 7:20
**thirty** [1] - 27:22
**thirty-five** [1] - 27:22
**thorough** [3] - 60:22, 65:2
**thoroughly** [1] - 62:8
**thoughts** [1] - 61:16
**thousands** [2] - 28:11, 37:16
**three** [8] - 5:16, 28:21, 37:9, 40:20, 41:11, 49:23, 56:10, 76:20

**threw** [1] - 49:4
**throw** [1] - 50:12
**THURSDAY** [1] - 1:7
**tide** [1] - 66:3
**timeliness** [1] - 5:5
**Title** [3] - 3:5, 76:23, 77:23
**today** [13] - 2:12, 8:18, 18:13, 27:17, 32:17, 32:25, 50:3, 51:1, 66:7, 66:15, 69:20, 71:21, 72:10
**together** [4] - 55:8, 56:8, 57:17, 67:20
**token** [1] - 11:8
**tolerance** [1] - 37:24
**tolerant** [1] - 37:21
**tomorrow** [1] - 43:13
**tongue** [1] - 61:15
**TOO** [1] - 38:2
**took** [8] - 12:14, 18:19, 20:23, 29:9, 38:3, 50:13, 60:22, 64:13
**Tooth** [1] - 62:15
**top** [1] - 55:5
**totally** [1] - 32:15
**touch** [4] - 30:20, 31:4, 55:11, 74:7
**toward** [1] - 28:2
**Towson** [2] - 26:12, 28:25
**track** [1] - 13:12
**trained** [2] - 30:19, 56:4
**training** [5] - 59:4, 59:15, 59:20, 76:10, 77:12
**transcript** [1] - 80:18
**transition** [1] - 69:25
**translate** [1] - 37:6
**transverse** [1] - 62:16
**treat** [12] - 8:7, 26:11, 28:16, 41:16, 41:18, 49:10, 50:8, 53:3, 70:24, 73:20, 74:17, 76:14
**treated** [12] - 16:19, 17:8, 17:11, 18:11, 49:25, 52:10, 65:21, 67:10, 69:9
**treating** [3] - 61:22, 73:24, 75:10
**treatment** [10] - 28:20, 41:23, 63:5, 66:3, 66:6, 70:15, 71:3, 74:9, 76:10, 77:13
**treatments** [1] - 62:18
**TREEM** [55] - 2:15, 2:20, 5:21, 6:11,

8:14, 9:18, 10:6, 10:8, 10:13, 19:16, 20:7, 21:1, 21:3, 21:7, 21:19, 21:22, 22:1, 22:12, 22:18, 22:20, 22:25, 23:15, 23:19, 23:22, 23:24, 24:2, 24:6, 24:14, 24:16, 24:20, 25:7, 25:12, 25:15, 27:16, 36:9, 36:15, 36:22, 38:9, 38:13, 39:15, 39:20, 39:24, 40:4, 42:19, 43:4, 46:19, 68:22, 68:25, 77:16, 77:19, 78:11, 78:23, 79:15, 79:22, 80:9
**Treem** [20] - 1:13, 2:14, 2:16, 5:19, 6:8, 9:1, 19:9, 19:14, 25:11, 36:6, 38:7, 42:18, 43:3, 46:17, 77:14, 78:10, 78:20, 79:4, 79:14, 80:8
**Treem's** [1] - 15:9
**trend** [1] - 13:18
**trial** [2] - 23:4, 38:14
**trials** [1] - 50:18
**triathlons** [1] - 56:5
**tried** [5] - 43:9, 50:15, 53:10, 53:16, 66:9
**troop** [1] - 56:4
**troubling** [5] - 12:24, 14:11, 14:17, 14:25
**true** [4] - 12:2, 21:15, 23:8, 59:16
**trust** [4] - 4:25, 49:14, 64:18, 72:8
**trusting** [1] - 40:1
**truth** [1] - 15:13
**try** [2] - 20:7, 38:18
**trying** [5] - 15:3, 18:21, 50:1, 50:3, 59:22
**tunnel** [1] - 62:12
**turn** [5] - 6:1, 12:8, 45:23, 52:14, 66:3
**turned** [3] - 24:18, 28:7, 75:8
**turning** [2] - 52:18, 75:7
**turpitude** [1] - 45:9
**tutelage** [2] - 60:19, 62:19
**tutor** [1] - 64:5
**Two** [1] - 4:22
**two** [13] - 3:14, 5:2, 5:3, 6:21, 17:19, 29:22, 34:10, 41:11, 52:8, 53:12, 56:9,

58:1, 62:10
**two-and-a-half-year-old** [1] - 58:1
**twofold** [1] - 66:14
**typical** [1] - 42:9

## U

**U.S** [2] - 77:6, 78:16
**ultimately** [1] - 35:7
**unable** [1] - 53:17
**unauthorized** [1] - 7:11
**uncharged** [6] - 7:10, 8:16, 9:3, 33:22, 33:24, 34:3
**uncle** [2] - 55:6, 56:17
**uncorroborated** [1] - 9:7
**under** [8] - 7:19, 11:1, 22:10, 40:16, 49:10, 52:6, 60:8, 74:16
**under-treat** [1] - 49:10
**undercutting** [1] - 15:9
**undergoing** [1] - 70:17
**undergone** [1] - 37:23
**underlying** [1] - 70:4
**understood** [2] - 52:24, 62:8
**unemployed** [2] - 28:6, 53:18
**unemployment** [1] - 53:12
**unethical** [2] - 12:13, 25:3
**unfortunate** [2] - 70:14, 72:4
**unfortunately** [3] - 41:13, 57:10, 61:24
**unindicted** [1] - 8:11
**unique** [2] - 66:13, 67:16
**UNITED** [2] - 1:1, 1:3
**United** [8] - 2:9, 2:10, 3:5, 4:19, 76:23, 77:23, 80:3, 80:4
**unlawful** [5] - 7:17, 25:3, 78:5, 78:8
**unless** [3] - 19:5, 74:16, 77:13
**unproven** [1] - 34:3
**unreal** [1] - 15:15
**unrelenting** [1] - 70:11
**unusual** [1] - 53:2
**unwavering** [1] - 57:3
**up** [20] - 4:1, 15:7, 15:9, 15:25, 21:12,

22:10, 29:21, 37:24, 38:2, 38:12, 41:6, 43:16, 46:24, 51:11, 53:19, 54:1, 55:12, 68:5, 75:2
**upper** [3] - 61:9, 61:10, 61:13
**upset** [2] - 66:22
**urge** [2] - 9:1, 34:4
**urine** [1] - 30:10

## V

**vaccinated** [8] - 3:13, 3:16, 48:7, 51:20, 54:21, 58:20, 63:22, 69:17
**various** [3] - 4:11, 55:8, 62:17
**vegetarian** [1] - 56:7
**vein** [1] - 18:21
**versus** [1] - 2:9
**victims** [1] - 33:12
**videos** [1] - 56:1
**violate** [1] - 3:4
**violation** [1] - 3:5
**violent** [2] - 45:15, 45:19
**virtually** [1] - 30:8
**vocational** [1] - 77:12
**volunteer** [1] - 72:19
**volunteering** [1] - 42:15
**vs** [1] - 1:4
**vulnerable** [2] - 16:15, 70:24

## W

**W-i-l-k-i-n-s** [1] - 54:23
**waiting** [5] - 16:22, 27:20, 61:21, 66:14, 66:19
**waived** [2] - 78:6, 78:9
**walk** [3] - 25:23, 49:17, 64:22
**walks** [1] - 69:24
**walls** [1] - 8:17
**wants** [8] - 15:23, 32:4, 33:21, 40:6, 44:21, 68:9, 68:10, 69:3
**warrant** [1] - 27:21
**watching** [1] - 61:6
**weaknesses** [1] - 62:8
**wean** [1] - 38:2
**weather** [1] - 33:2
**week** [3] - 27:19, 64:6, 79:21

**weekends** [2] - 40:7, 55:14
**weigh** [2] - 76:11, 76:13
**weighed** [1] - 58:6
**weight** [3] - 9:2, 9:3, 75:3
**weighty** [1] - 75:13
**well-deserved** [1] - 70:21
**whirlwind** [1] - 64:21
**whole** [2] - 31:11, 54:13
**wide** [2] - 62:18, 71:11
**Wilkins** [7] - 54:17, 54:18, 54:19, 54:22, 55:3, 58:11, 58:13
**WILKINS** [3] - 54:22, 54:25, 55:2
**willful** [2] - 23:23, 24:25
**willy** [1] - 65:11
**willy-nilly** [1] - 65:11
**window** [1] - 38:17
**wish** [3] - 19:13, 22:10, 40:10
**witness** [1] - 23:3
**witnesses** [7] - 2:22, 17:4, 39:11, 39:25, 40:3, 46:20, 47:2
**word** [3] - 36:2, 59:9, 65:10
**words** [9] - 2:23, 4:24, 12:6, 29:10, 36:10, 49:8, 49:12, 52:8, 73:25
**worker** [1] - 30:16
**worried** [2] - 40:2, 76:3
**worry** [1] - 13:16
**worsened** [1] - 70:18
**worth** [1] - 76:1
**worthwhile** [1] - 72:17
**wrap** [1] - 68:5
**wrist** [1] - 49:1
**write** [1] - 39:6
**writing** [4] - 9:6, 27:3, 27:9, 54:6
**wrote** [8] - 8:22, 17:2, 20:1, 26:25, 29:3, 29:4, 48:4, 71:16

## X

**X-rays** [1] - 30:11

## Y

**year** [9] - 28:8, 41:10, 53:6, 56:10, 56:11,

58:1, 73:9, 76:25
**years** [35] - 5:16, 24:9, 27:16, 27:22, 28:5, 28:10, 28:16, 29:14, 29:21, 31:9, 35:2, 35:3, 37:8, 37:23, 39:19, 40:11, 40:20, 44:20, 45:24, 47:25, 49:13, 56:2, 56:16, 57:7, 59:4, 60:16, 62:4, 62:6, 64:5, 65:8, 68:13, 72:12, 76:20
**years'** [2] - 48:2, 48:21
**young** [2] - 53:16, 56:9
**younger** [1] - 67:10

## Z

**zone** [1] - 6:21
**Zone** [2] - 38:20, 45:16
**Zoom** [1] - 58:2