IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLR-21-178** |
| | * | |
| | * | |
| **HOWARD HOFFBERG,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

## RESPONSE TO COURT'S ORDER (ECF 46)

Comes now the United States of America, by and through undersigned counsel, and in response to the Court's Order (ECF 46), states as follows:

1. On December 19, 2023, Defendant Howard Hoffberg filed a letter indicating he had served his sentence and was requesting the return of his passport. ECF 45.

2. According to BOP records, Hoffberg was released from BOP custody on October 27, 2022. At that point, he began his 12-month term of supervised release. *See* ECF 36.

3. Undersigned counsel has consulted with the U.S. Probation Officer assigned to Mr. Hoffberg. According to the USPO, Mr. Hoffberg has successfully completed his period of supervised release as of October 26, 2023.

4. Based on the foregoing, the government does not oppose the request by Mr. Hoffberg to retrieve his passport. The USPO has prepared a proposed order for the Court's signature (ECF 47).

Respectfully submitted,

Erek L. Barron
United States Attorney

By:_____/s/_____
Jason D. Medinger (Bar No. 28470)
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court via CM/ECF and served on the defendant via U.S. Mail to the address provided in the defendant's filing.

By:_____/s/_____
Jason D. Medinger (Bar No. 28470)
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800